## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD,<br><br>      Defendants. | Case No. 1:24-cv-00954-WO-JEP<br><br>Hon. William L. Osteen, Jr. |

## MOTION OF JAMES A. CUTSHALL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

Plaintiff James A. Cutshall ("Cutshall") respectfully moves this Court for an order: (1) appointing Cutshall as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Cutshall's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Cutshall seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act. This motion is based on this notice, the attached memorandum of law, the declaration of Garth Spencer, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

1

Respectfully submitted,

Dated:   January 17, 2025       /s/ *Garth Spencer*

**GLANCY PRONGAY & MURRAY LLP**

Charles H. Linehan*
   CLinehan@glancylaw.com
Garth Spencer (NCSB# 60142)
   GSpencer@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for James A. Cutshall and
Proposed Lead Counsel for the Class*


**LAW OFFICES OF HOWARD G. SMITH**

Howard G. Smith*
   HSmith@howardsmithlaw.com
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*


* LR 83.1(d) special appearance

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I served the foregoing Motion of James A. Cutshall for Appointment as Lead Plaintiff and Approval of Counsel on all counsel of record via the CM/ECF system.

/s/ Garth Spencer
Garth Spencer