| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD, <br><br>　　　　Defendants. | Case No. 1:24-cv-00954-WO-JEP |

**[PROPOSED] ORDER**

Having considered the Motion of James A. Cutshall for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints James A. Cutshall as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v) the Court approves Glancy Prongay & Murray LLP as Lead Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2025 _____
HON. WILLIAM L. OSTEEN, JR.
UNITED STATES DISTRICT JUDGE

1