## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD,<br><br>      Defendants. | Case No. 1:24-cv-00954-WO-JEP<br><br>Hon. William L. Osteen, Jr. |

**DECLARATION OF GARTH SPENCER IN SUPPORT OF MOTION OF JAMES A. CUTSHALL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Garth Spencer, hereby declare as follows:

1.  I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for proposed lead plaintiff James A. Cutshall ("Cutshall") in the above-captioned action. I make this declaration in support of the Motion of James A. Cutshall for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:   Press release published November 18, 2024 on *Business Wire* announcing the pendency of the securities class action against Defendants herein;

Exhibit B:   Analysis of Cutshall's financial interest; and

Exhibit C:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 17th day of January, 2025.

/s/ Garth Spencer
Garth Spencer

1

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I served the foregoing Declaration of Garth Spencer in Support of Motion of James A. Cutshall for Appointment as Lead Plaintiff and Approval of Counsel on all counsel of record via the CM/ECF system.

*/s/ Garth Spencer*
Garth Spencer