# EXHIBIT B

<h1 style="text-align:center">Financial Interest Analysis</h1>

**Company Name:** Humacyte, Inc.
**Ticker:** HUMA
**Class Period:** May 10, 2024 to October 17, 2024
**Name:** James A. Cutshall

**Account 1 & 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/9/2024 | 2,000 | $8.0000 | -$16,000.0000 | | $0.0000 | -$16,000.00 |
| 10/7/2024 | 10,000 | $5.5000 | -$55,000.0000 | | $0.0000 | -$55,000.00 |
| 10/17/2024 | -12,000 | | $0.0000 | $5.1500 | $61,800.0000 | $61,800.00 |
| 10/17/2024 | 10,000 | $5.3500 | -$53,500.0000 | | $0.0000 | -$53,500.00 |

| Shares Retained: | 10,000 | | | | Subtotal: | -$62,700.00 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $47,933.33 |
| | | | $4.7933 | 10,000 | Total: | -$14,766.67 |

**Account 3**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/9/2024 | 950 | $8.0000 | -$7,600.0000 | | $0.0000 | -$7,600.00 |
| 9/9/2024 | 1,250 | $5.3500 | -$6,687.5000 | | $0.0000 | -$6,687.50 |
| 10/23/2024 | -2,200 | | $0.0000 | $5.6498 | $12,429.6500 | $12,429.65 |

| Shares Retained: | 0 | | | | Subtotal: | -$1,857.85 |
|---|---|---|---|---|---|---|
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $4.7933 | 0 | Total: | -$1,857.85 |

| | Combined Total: | -$16,624.52 |
|---|---|---|

<u>Notes</u>

On October 3, 2024, Mr. Cutshall transferred his HUMA shares from Account 1 to Account 2.

The 90-Day Average Price used in this financial interest analysis is the average closing price between October 17, 2024  and January 14, 2025.

Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.