| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD,<br><br>                 Defendants. | Case No.: 1:24-cv-00954-WO-JEP<br><br>**CLASS ACTION** |

# MOTION OF FREDERICK FOOTE TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL

Frederick Foote ("Movant" or "Mr. Foote"), by and through his undersigned counsel, hereby respectfully moves this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Foote as Lead Plaintiff in the above-captioned action; (2) approving his selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Tin Fulton Walker & Owen PLLC ("TFWO") as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

This motion is made on the grounds that Mr. Foote believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Movant believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses that he incurred on his investments in Humacyte, Inc. ("Humacyte" or the "Company") securities during the Class Period. Movant also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are

- 1 -

typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

Movant further requests that the Court approve his selection of Hagens Berman as Lead Counsel for the Class. The firm has actively investigated the allegations raised against Defendants. Hagens Berman is a nationally recognized law firm with significant class action, fraud, and complex litigation experience, with the resources to effectively and properly pursue this Action. Movant also requests that the Court approve his selection of TFWO as Liaison Counsel for the Class. Gagan Gupta of TFWO has a well-established practice involving complex civil and class litigation before this Court.

This motion is based on the accompanying Memorandum of Law in support thereof, Declaration of Gagan Gupta filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

**WHEREFORE**, Movant respectfully requests that this Court: (1) appoint Movant as Lead Plaintiff on behalf of all similarly situated Humacyte investors; (2) approve his selection of Lead and Liaison Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: January 17, 2025       <u>/s/ Gagan Gupta</u>

Gagan Gupta (Bar No. 53119)
TIN FULTON WALKER & OWEN PLLC
119 Orange Street
Durham, NC 27701
Telephone: (919) 307-8400
Email: ggupta@tinfulton.com

*Local Counsel for Proposed Lead*
*Plaintiff Frederick Foote*

Lucas E. Gilmore (Notice of Special
Appearance forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Counsel for Proposed Lead*
*Plaintiff Frederick Foote*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Gagan Gupta*
GAGAN GUPTA