**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD,<br><br>                Defendants. | Case No.: 1:24-cv-00954-WO-JEP<br><br>**CLASS ACTION** |

**[PROPOSED] ORDER GRANTING MOTION OF FREDERICK FOOTE TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

WHEREAS, the Court has considered the motion of class member Frederick Foote ("Movant") for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Humacyte, Inc. ("Humacyte" or the "Company") from May 10, 2024 through October 17, 2024, both dates inclusive; (2) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class and Tin Fulton Walker & Owen PLLC ("TFWO"), as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints Movant as Lead Plaintiff in the Action.  Movant satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2.    Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, Lead Plaintiff's selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel and Tin Fulton Walker & Owen PLLC as Liaison Counsel for the Class, is approved.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

(a) to coordinate the briefing and argument of motions;

(b) to coordinate the conduct of discovery proceedings;

(c) to coordinate the examination of witnesses in deposition;

(d) to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e) to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f) to coordinate all settlement negotiations with counsel for defendants;

(g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

(h) to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs

Case 1:24-cv-00954-TDS-JEP    Document 11-1    Filed 01/17/25    Page 3 of 5

without the approval of lead counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of lead counsel.

5.    Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

6.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7.    Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

8.    Defendants shall effect service of papers on plaintiffs by serving a copy of same on lead counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

9.    During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and

electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HON. WILLIAM L. OSTEEN, JR.
UNITED STATES DISTRICT JUDGE