## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD, <br><br> Defendants. | Case No.: 1:24-cv-00954-WO-JEP <br><br> **CLASS ACTION** |

**DECLARATION OF GAGAN GUPTA IN SUPPORT OF THE MOTION OF FREDERICK FOOTE TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD COUNSEL**

I, Gagan Gupta, declare as follows:

1.  I am a member in good standing of the bar of the State of North Carolina and of this Court. I am a Partner of the law firm of Tin Fulton Walker & Owen PLLC ("TFWO"). I submit this declaration in support of the Motion filed by Frederick Foote for: (1) appointment as Lead Plaintiff; (2) approval of his selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") to serve as Lead Counsel and TFWO as Liaison Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

> Exhibit A:    Movant's sworn Certification;
>
> Exhibit B:    Charts of Movant's estimated losses;
>
> Exhibit C:    Movant's Declaration;
>
> Exhibit D:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on November 18, 2024;
>
> Exhibit E:    Hagens Berman's firm résumé; and

Exhibit F:   Tin Fulton Walker & Owen PLLC firm

résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of January 2025, at Durham, North Carolina.

*/s/ Gagan Gupta*
GAGAN GUPTA
