# Exhibit B

## Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)
## Class Period 05/10/24 - 10/17/24

|  | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Common Stock Account 1 | $58,527.67 | $58,527.67 |
| Common Stock Account 2 | $23,390.69 | $23,390.69 |
| Common Stock Account 3 | $67,562.41 | $67,562.41 |
| HUMA240719C10 | -$1,250.00 | -$1,250.00 |
| HUMA240816C10 Account 2 | $2,880.00 | $2,880.00 |
| HUMA240816C10 Account 1 | -$4,265.00 | -$4,265.00 |
| HUMA240816C15 Account 2 | -$900.00 | -$900.00 |
| HUMA240816C15 Account 1 | -$4,990.00 | -$4,990.00 |
| HUMA241220C5 | $40,324.00 | $40,324.00 |
| HUMA241220C7.5 | $4,200.00 | $4,200.00 |
| HUMA250321C5 | $21,816.00 | $1,000.00 |
|  | $207,295.77 | $186,479.77 |

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**Common Stock Account 1**

| | | | P U R C H A S E S | | | S A L E S | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/12/2024 | 206 | $6.59 | $1,356.51 | 07/15/2024 | 5,000 | $8.41 | | $42,025.00 |
| Purchases | 07/12/2024 | 1,800 | $6.90 | $12,420.00 | 07/15/2024 | 5,000 | $8.51 | | $42,550.00 |
| | 07/12/2024 | 700 | $6.90 | $4,829.30 | 08/09/2024 | 5,000 | $7.00 | | $35,000.00 |
| | 07/12/2024 | 4,794 | $6.59 | $31,592.46 | 08/09/2024 | 2,500 | $6.92 | | $17,300.00 |
| | 07/12/2024 | 5,000 | $6.69 | $33,450.00 | 08/09/2024 | 1,772 | $6.55 | | $11,606.60 |
| | 07/15/2024 | 201 | $8.48 | $1,704.48 | 08/09/2024 | 728 | $6.75 | | $4,914.00 |
| | 07/15/2024 | 5,000 | $7.35 | $36,750.00 | 08/29/2024 | 2,332 | $6.11 | | $14,248.99 |
| | 07/15/2024 | 2,500 | $7.43 | $18,569.25 | 08/29/2024 | 5,000 | $6.11 | | $30,550.50 |
| | 07/15/2024 | 2,500 | $8.57 | $21,425.00 | 08/29/2024 | 1,517 | $6.15 | | $9,329.55 |
| | 07/15/2024 | 1,179 | $8.50 | $10,021.50 | 08/29/2024 | 1,151 | $6.16 | | $7,090.16 |
| | 07/15/2024 | 1,120 | $8.58 | $9,609.38 | 08/30/2024 | 260 | $6.13 | | $1,593.80 |
| | 07/16/2024 | 2,500 | $8.50 | $21,250.00 | 08/30/2024 | 1,100 | $6.02 | | $6,622.00 |
| | 07/16/2024 | 500 | $8.64 | $4,319.95 | 08/30/2024 | 1,800 | $6.01 | | $10,818.18 |
| | 07/16/2024 | 2,500 | $8.35 | $20,875.00 | 08/30/2024 | 4,611 | $6.14 | | $28,311.54 |
| | 07/16/2024 | 4,500 | $8.64 | $38,880.00 | 08/30/2024 | 5,000 | $6.03 | | $30,150.00 |
| | 07/17/2024 | 5,000 | $8.55 | $42,750.00 | 08/30/2024 | 5,000 | $6.03 | | $30,153.00 |
| | 07/17/2024 | 5,000 | $8.05 | $40,250.00 | 08/30/2024 | 7,100 | $6.01 | | $42,671.00 |
| | 07/17/2024 | 5,000 | $8.00 | $39,994.50 | 08/30/2024 | 4,740 | $6.11 | | $28,961.40 |
| | 08/19/2024 | 5,000 | $6.31 | $31,550.00 | 08/30/2024 | 389 | $6.13 | | $2,384.57 |
| | 08/21/2024 | 1,000 | $6.35 | $6,350.00 | | | | | |
| | 08/21/2024 | 1,500 | $6.45 | $9,675.00 | | | | | |
| | 08/23/2024 | 220 | $6.87 | $1,511.99 | | | | | |
| | 08/23/2024 | 2,280 | $6.87 | $15,673.63 | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 60,000 | Total Amt. Paid in CP | $454,807.95 | Total Shares Sold in CP | 60,000 | Total Amt. Sold in CP | $396,280.29 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 60,000 | Total Amt. Sold to Current | $396,280.29 ALTERNATIVE |

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | - | (CP Retained Shares) |
| | Net Amount Paid in CP | $58,527.67 |
| | Net Amount Paid in CP Minus Sold to Current Date | $58,527.67 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $4.78 |

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $58,527.67 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $58,527.67 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $58,527.67 ALTERNATIVE |

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**Common Stock Account 2**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/29/2024 | 400 | $7.59 | $3,035.96 | | 07/31/2024 | 9,000 | $9.46 | $85,140.00 |
| Purchases | 07/29/2024 | 325 | $7.58 | $2,463.50 | | 07/31/2024 | 325 | $8.61 | $2,796.63 |
| | 07/29/2024 | 632 | $7.59 | $4,796.88 | | 08/08/2024 | 675 | $8.05 | $5,433.82 |
| | 07/29/2024 | 1,868 | $7.68 | $14,346.24 | | | | | |
| | 07/29/2024 | 6,100 | $7.59 | $46,299.00 | | | | | |
| | 08/01/2024 | 900 | $9.07 | $8,162.73 | | | | | |
| | 08/01/2024 | 900 | $9.07 | $8,162.82 | | | | | |
| | 08/01/2024 | 3,200 | $9.07 | $29,024.00 | | | | | |
| | 08/01/2024 | 4,420 | $8.97 | $39,625.30 | | | | | |
| | 08/06/2024 | 580 | $8.51 | $4,935.80 | | | | | |
| | 08/08/2024 | 35 | $8.22 | $287.70 | | | | | |
| | 08/08/2024 | 115 | $8.23 | $945.88 | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 19,475 | Total Amt. Paid in CP | $162,085.81 | |
| | | Total Shares Sold in CP | 10,000 | Total Amt. Sold in CP | $93,370.44 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | Total Shares Sold to Current | 10,000 | Total Amt. Sold to Current | $93,370.44 ALTERNATIVE |

Actual Net Shares Acquired in CP    9,475 (CP Retained Shares)

Net Amount Paid in CP    $68,715.36
Net Amount Paid in CP Minus Sold to Current Date    $68,715.36 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)    9,475 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    9,475 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $4.78

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $45,324.67
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $45,324.67 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    $23,390.69 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    $23,390.69
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    $23,390.69 ALTERNATIVE

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**Common Stock Account 3**



| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/24/24 | 7500 | $8.17 | $61,273.50 | | | | | |
| Purchases | 07/26/24 | 2500 | $8.23 | $20,568.75 | | | | | |
| | 07/29/24 | 750 | $7.98 | $5,985.00 | | | | | |
| | 07/29/24 | 9,900 | $7.90 | $78,210.00 | | | | | |
| | 07/29/24 | 100 | $7.85 | $785.00 | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |

Total Shares Acquired in CP   20,750   Total Amt. Paid in CP   $166,822.25   Total Shares Sold in CP   0   Total Amt. Sold in CP   $0.00

Post CP Shares Sold   0   Post CP Amount Sold   $0.00

Total Shares Sold to Current   0   Total Amt. Sold to Current   $0.00 ALTERNATIVE

Actual Net Shares Acquired in CP   20,750   (CP Retained Shares)

Net Amount Paid in CP   $166,822.25

Net Amount Paid in CP Minus Sold to Current Date   $166,822.25 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)   20,750   Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date   20,750   Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $4.78

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $99,259.84

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $99,259.84 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $67,562.41 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   $67,562.41

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   $67,562.41 ALTERNATIVE

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA250321C5**

| | **PURCHASES** | | | | | **SALES** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | 10/17/24 | 100 | $2.20 | $22,000.00 | | | | | | |
| Purchases | | | | | | | | | | |
| | | | | | | | | | | |
| Post Class | | | | | Post Class | *11/8/2024 | 100 | $2.1000 | | $21,000.00 |
| Purchases | | | | | Sales | | | | | |
| | | | | | | | | | | |

*Higher of the average closing price or the actual sales price.

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 100 | Total Amt. Paid in CP | $22,000.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Acquired in CP **100**    Total Amt. Paid in CP **$22,000.00**    Total Shares Sold in CP **0**    Total Amt. Sold in CP **$0.00**
Post CP Shares Sold **100**    Post CP Amount Sold **$21,000.00**
Total Shares Sold to Current **100**    Total Amt. Sold to Current **$21,000.00** ALTERNATIVE

Actual Net Shares Acquired in CP **100** (CP Retained Shares)

Net Amount Paid in CP **$22,000.00**
Net Amount Paid in CP Minus Sold to Current Date **$1,000.00** ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) **100** Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date **0** Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP **$1.84**

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price **$184.00**
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price **$0.00** ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price **$22,000.00** ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) **$21,816.00**
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) **$1,000.00** ALTERNATIVE

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA241220C7.5**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 08/27/24 | 50 | $1.45 | $7,250.00 | | 08/30/24 | 77 | $1.00 | $7,700.00 |
| Purchases | 08/27/24 | 50 | $1.39 | $6,950.00 | | 08/30/24 | 20 | $1.00 | $2,000.00 |
| | | | | | | 08/30/24 | 3 | $1.00 | $300.00 |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

Total Shares Acquired in CP | 100    Total Amt. Paid in CP | $14,200.00    Total Shares Sold in CP | 100    Total Amt. Sold in CP | $10,000.00

Post CP Shares Sold | 0    Post CP Amount Sold | $0.00

Total Shares Sold to Current | 100    Total Amt. Sold to Current | $10,000.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP | - (CP Retained Shares)

Net Amount Paid in CP | $4,200.00

Net Amount Paid in CP Minus Sold to Current Date | $4,200.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares) | 0 Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date | 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP | $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 **ALTERNATIVE**

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $4,200.00 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $4,200.00

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $4,200.00 **ALTERNATIVE**

## Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)
## Class Period 05/10/24 - 10/17/24
## HUMA241220C5

| | | **P U R C H A S E S** | | | | | **S A L E S** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 08/30/2024 | 50 | $2.00 | $10,000.00 | | 10/17/2024 | 100 | $1.20 | $12,000.00 |
| **Purchases** | 08/30/2024 | 24 | $1.99 | $4,776.00 | | 10/17/2024 | 3 | $1.10 | $330.00 |
| | 08/30/2024 | 20 | $1.90 | $3,800.00 | | 10/17/2024 | 5 | $1.10 | $550.00 |
| | 08/30/2024 | 10 | $2.00 | $2,000.00 | | 10/17/2024 | 6 | $1.10 | $660.00 |
| | 08/30/2024 | 66 | $2.00 | $13,200.00 | | 10/17/2024 | 30 | $1.10 | $3,300.00 |
| | 08/30/2024 | 50 | $2.00 | $10,000.00 | | 10/17/2024 | 70 | $1.10 | $7,700.00 |
| | 08/30/2024 | 80 | $1.89 | $15,120.00 | | 10/17/2024 | 72 | $1.11 | $7,992.00 |
| | 08/30/2024 | 100 | $2.10 | $21,000.00 | | 10/17/2024 | 100 | $1.00 | $10,000.00 |
| | 08/30/2024 | 100 | $1.95 | $19,500.00 | | 10/17/2024 | 98 | $1.50 | $14,700.00 |
| | | | | | | 10/17/2024 | 10 | $1.10 | $1,100.00 |
| | | | | | | 10/17/2024 | 2 | $1.50 | $300.00 |
| | | | | | | 10/17/2024 | 1 | $1.10 | $110.00 |
| | | | | | | 10/17/2024 | 1 | $1.10 | $110.00 |
| | | | | | | 10/17/2025 | 1 | $1.10 | $110.00 |
| | | | | | | 10/17/2026 | 1 | $1.10 | $110.00 |
| **Post Class** | | | | | **Post Class** | | | | |
| **Purchases** | | | | | **Sales** | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 500 | Total Amt. Paid in CP | $99,396.00 | Total Shares Sold in CP |

Total Shares Sold in CP: 500 — Total Amt. Sold in CP: $59,072.00
Post CP Shares Sold: 0 — Post CP Amount Sold: $0.00
Total Shares Sold to Current: 500 — Total Amt. Sold to Current: $59,072.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP: - (CP Retained Shares)

Net Amount Paid in CP: $40,324.00
Net Amount Paid in CP Minus Sold to Current Date: $40,324.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 0 — Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 0 — Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $40,324.00 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $40,324.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $40,324.00 **ALTERNATIVE**

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA240816C15  Account 2**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | | | | | | 08/08/24 | 90 | $0.10 | $900.00 |
| Purchases | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 0 | Total Amt. Paid in CP | $0.00 | Total Shares Sold in CP | 90 | Total Amt. Sold in CP | $900.00 |
|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 90 | Total Amt. Sold to Current | $900.00 ALTERNATIVE |

| Actual Net Shares Acquired in CP | (90) | (CP Retained Shares) |
|---|---|---|

| Net Amount Paid in CP | -$900.00 |
|---|---|
| Net Amount Paid in CP Minus Sold to Current Date | -$900.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
|---|---|---|
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

| 90-Day Mean Share Price after last Day of CP | $1.84 |
|---|---|

| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 |
|---|---|
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | -$900.00 ALTERNATIVE |

| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | -$900.00 |
|---|---|
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | -$900.00 ALTERNATIVE |

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA240816C15 Account 1**

| | Date | Shares | **PURCHASES** Share Price | | Amount Paid | | Date | Shares | **SALES** Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Held** | | | | | | | | | | | |
| **Class Period** | 07/29/2024 | 1 | $0.20 | | $20.00 | | 07/23/24 | 100 | $0.45 | | $4,500.00 |
| **Purchases** | 07/29/2024 | 9 | $0.25 | | $225.00 | | 07/23/24 | 100 | $0.40 | | $4,000.00 |
| | 07/29/2024 | 13 | $0.25 | | $325.00 | | | | | | |
| | 07/31/2024 | 77 | $0.20 | | $1,540.00 | | | | | | |
| | 07/31/2024 | 100 | $0.14 | | $1,400.00 | | | | | | |
| **Post Class** | | | | | | **Post Class** | | | | | |
| **Purchases** | | | | | | **Sales** | | | | | |
| | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 200 | **Total Amt. Paid in CP** | $3,510.00 | **Total Shares Sold in CP** |

| | | | |
|---|---|---|---|
| **Total Shares Sold in CP** | 200 | **Total Amt. Sold in CP** | $8,500.00 |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 |
| **Total Shares Sold to Current** | 200 | **Total Amt. Sold to Current** | $8,500.00 ALTERNATIVE |

**Actual Net Shares Acquired in CP**    -    **(CP Retained Shares)**

| | |
|---|---|
| **Net Amount Paid in CP** | -$4,990.00 |
| **Net Amount Paid in CP Minus Sold to Current Date** | -$4,990.00 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| **Net Shares Acquired in CP (CP Retained Shares)** | 0 | **Automatically 0 if Negative** |
| **Net Shares Acquired During Class Period Held to Current Date** | 0 | **Automatically 0 if Negative (ALTERNATIVE)** |

**90-Day Mean Share Price after last Day of CP**    $0.00

| | |
|---|---|
| **Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** | $0.00 |
| **Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** | $0.00 ALTERNATIVE |
| **Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** | -$4,990.00 ALTERNATIVE |

| | |
|---|---|
| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | -$4,990.00 |
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | -$4,990.00 ALTERNATIVE |

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA240816C10 Account 2**

| | | P U R C H A S E S | | | | | | S A L E S | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | | Amount Paid | Date | Shares | Share Price | | Amount Received |
| **Pre-Class Held** | | | | | | | | | | |
| **Class Period** | 07/31/2024 | 1 | $1.10 | | $110.00 | 07/31/2024 | 90 | $0.80 | | $7,200.00 |
| **Purchases** | 07/31/2024 | 35 | $1.10 | | $3,850.00 | 08/06/2024 | 88 | $0.55 | | $4,840.00 |
| | 07/31/2024 | 54 | $1.10 | | $5,940.00 | 08/06/2024 | 2 | $0.55 | | $110.00 |
| | 08/08/2024 | 90 | $0.57 | | $5,130.00 | | | | | |
| | | | | | | | | | | |
| **Post Class** | | | | | | | | | | |
| **Purchases** | | | | | | | | | | |
| | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 180 | **Total Amt. Paid in CP** | $15,030.00 | **Total Shares Sold in CP** | 180 |

| | |
|---|---|
| **Post Class Sales** | |

| | | |
|---|---|---|
| **Total Amt. Sold in CP** | $12,150.00 | |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 |
| **Total Shares Sold to Current** | 180 | **Total Amt. Sold to Current** | $12,150.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP**     -     (CP Retained Shares)

| | |
|---|---|
| **Net Amount Paid in CP** | $2,880.00 |
| **Net Amount Paid in CP Minus Sold to Current Date** | $2,880.00 **ALTERNATIVE** |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| **Net Shares Acquired in CP (CP Retained Shares)** | 0 | Automatically 0 if Negative |
| **Net Shares Acquired During Class Period Held to Current Date** | 0 | Automatically 0 if Negative (ALTERNATIVE) |

**90-Day Mean Share Price after last Day of CP**    $0.00

| | | |
|---|---|---|
| **Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** | $0.00 | |
| **Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** | $0.00 | **ALTERNATIVE** |
| **Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** | $2,880.00 | **ALTERNATIVE** |

| | | |
|---|---|---|
| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | $2,880.00 | |
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | $2,880.00 | **ALTERNATIVE** |

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA240816C10 Account 1**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 07/19/2024 | 1 | $0.85 | $85.00 | | 07/18/2024 | 17 | $1.35 | $2,295.00 |
| Purchases | 07/19/2024 | 49 | $0.85 | $4,165.00 | | 07/18/2024 | 75 | $1.25 | $9,375.00 |
| | 07/19/2024 | 50 | $0.85 | $4,250.00 | | 07/18/2024 | 5 | $1.40 | $700.00 |
| | | | | | | 07/18/2024 | 2 | $1.30 | $260.00 |
| | | | | | | 07/18/2024 | 1 | $1.35 | $135.00 |
| | | | | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |

| Total Shares Acquired in CP | 100 | Total Amt. Paid in CP | $8,500.00 | Total Shares Sold in CP | 100 | Total Amt. Sold in CP | $12,765.00 |
|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 100 | Total Amt. Sold to Current | $12,765.00 ALTERNATIVE |

Actual Net Shares Acquired in CP   -   (CP Retained Shares)

Net Amount Paid in CP   -$4,265.00

Net Amount Paid in CP Minus Sold to Current Date   -$4,265.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)   0   Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date   0   Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $0.00

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $0.00 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   -$4,265.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   -$4,265.00

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   -$4,265.00 ALTERNATIVE

**Loss Analysis for Frederick Foote - Humacyte, Inc. (HUMA)**
**Class Period 05/10/24 - 10/17/24**
**HUMA240719C10**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 07/15/2024 | 4 | $0.25 | $100.00 | | 07/15/2024 | 45 | $0.20 | $900.00 |
| **Purchases** | 07/15/2024 | 3 | $0.25 | $75.00 | | 07/15/2024 | 5 | $0.20 | $100.00 |
| | 07/15/2024 | 1 | $0.25 | $25.00 | | 07/16/2024 | 100 | $0.20 | $2,000.00 |
| | 07/15/2024 | 6 | $0.25 | $150.00 | | | | | |
| | 07/15/2024 | 12 | $0.25 | $300.00 | | | | | |
| | 07/15/2024 | 24 | $0.25 | $600.00 | | | | | |
| | 07/18/2024 | 100 | $0.05 | $500.00 | | | | | |
| **Post Class** | | | | | **Post Class** | | | | |
| **Purchases** | | | | | **Sales** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 150 | **Total Amt. Paid in CP** | $1,750.00 | **Total Shares Sold in CP** | 150 | **Total Amt. Sold in CP** | $3,000.00 |

**Total Shares Sold in CP** 150 · **Total Amt. Sold in CP** $3,000.00
**Post CP Shares Sold** 0 · **Post CP Amount Sold** $0.00
**Total Shares Sold to Current** 150 · **Total Amt. Sold to Current** $3,000.00 **ALTERNATIVE**

**Actual Net Shares Acquired in CP** - **(CP Retained Shares)**

**Net Amount Paid in CP** -$1,250.00
**Net Amount Paid in CP Minus Sold to Current Date** -$1,250.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 0 **Automatically 0 if Negative**
**Net Shares Acquired During Class Period Held to Current Date** 0 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $0.00

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $0.00
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** -$1,250.00 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** -$1,250.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** -$1,250.00 **ALTERNATIVE**