# Exhibit F

# FIRM RESUME

## FIRM INTRODUCTION

Tin Fulton has one of the most respected and diverse litigation practices in North Carolina. We have extensive experience litigating complex cases in both federal and state courts, and we do so on behalf of people facing powerful interests. Our core practice areas include: complex commercial disputes, civil rights, wrongful death, employment, education law, medical malpractice, and criminal defense.

Our litigation team is led by prominent and skilled trial and appellate lawyers, many of whom have 30 years or more of experience. We regularly bring class actions or serve as local counsel on class actions in North Carolina. Principal class action attorney Gagan Gupta is an alumnus of both McGuirewoods LLP and Paynter Law PLLC where he specialized in complex commercial and class litigation. To date, Tin Fulton has obtained over $50 million in verdicts and settlements for the firm's clients.

## REPRESENTATIVE MATTERS

Lake v. State Health Plan for Teachers & State Employees, No. 436PA13-4 (N.C. Supreme Court)

Tin Fulton represented a certified class of 220,000 former North Carolina State employees whose rights to remain enrolled in a premium-free health insurance plan upon retirement were eliminated by state statute. The North Carolina Supreme Court held in favor of the class, ruling that class members had obtained a vested right protected under the Contracts Clause of the United States Constitution, and permitting the class action to proceed. The litigation is still pending.

Chaplin v. Rowe, No. 1:23-cv-00423-WO-JLW (M.D.N.C.)

Tin Fulton represents a proposed class of North Carolinians who were overdetained or wrongfully arrested due to the State's adoption and implementation of the so-called "eCourts" technology aimed at transitioning the state court system from paper to digital. The litigation is still pending.

pg. 1

<u>Washington v. City of Raleigh, No. 5:21-cv-00194-M (E.D.N.C.) & Irving v. The City of Raleigh, No. 5:22-cv-00068-BO (E.D.N.C.)</u>

Tin Fulton brought litigation against the City of Raleigh and former Raleigh police detective Omar Abdullah for framing dozens of people in a fake drug scheme beginning in November 2019. The lawsuits alleged that the detective conspired with a confidential informant to provide fake heroin to dozens of black men, resulting in convictions based on falsified evidence. Tin Fulton settled the cases on favorable terms, including significant financial compensation for all 28 plaintiffs and historic policy changes to the City of Raleigh's policing practices.

## OTHER MATTERS

Principal class attorney Gagan Gupta continues to serve as counsel on the following cases in his capacity as "of counsel" with his prior firm, Paynter Law PLLC:

<u>In re Crop Protection Products Loyalty Program Antitrust Litigation (MDL), No. 1:23-md-03062-TDS-JEP (M.D.N.C.)</u>

Mr. Gupta serves as local counsel to a plaintiffs' group in this MDL, which brings antitrust claims against crop protection product manufacturers for price fixing and other anticompetitive conduct on behalf of a proposed class of farmers and other purchasers of those products. The litigation is still pending.

<u>North State Deli v. Cincinnati, No. 225P21-2 (N.C. Supreme Court)</u>

Mr. Gupta brought a lawsuit seeking business interruption insurance coverage against The Cincinnati Insurance Company on behalf of business owners who were forced to close due to the Covid-19 pandemic and related government shutdown orders. The case was the first among thousands across the nation to achieve a summary judgment ruling in favor of policyholders, a landmark victory during an era of economic devastation everywhere. That ruling is currently pending review in the North Carolina Supreme Court.

## COMMITMENT TO COMMUNITY

Every year Tin Fulton attorneys provide hundreds of hours of free legal advice to individuals and the firm has represented individuals and nonprofits in groundbreaking pro bono litigation. Our attorneys also serve in leadership roles on numerous nonprofit and governmental boards and commissions.

oOo

pg. 3