# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD,<br><br>Defendants. | Case No. 1:24-cv-00954-WO-JEP |

**NOTICE OF MOTION AND MOTION OF MATTHEW COGNETTI AND DAMION HOPWOOD FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Middle District of North Carolina, Matthew Cognetti ("Cognetti") and Damion Hopwood ("Hopwood") will and do hereby respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Cognetti and Hopwood as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Humacyte, Inc. securities between May 10, 2024 and October 17, 2024, inclusive; and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel and Schiller & Schiller, PLLC as Liaison Counsel for the Class.

In support of this Motion, Cognetti and Hopwood submit a Memorandum of Law, the Declaration of Jeremy A. Lieberman filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated:  January 17, 2025

Respectfully submitted,

**SCHILLER & SCHILLER, PLLC**

*/s/ David G. Schiller*
David G. Schiller (NC Bar # 26713)
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677
Facsimile:  (919) 789-4469
david@schillerfirm.com

1

*Counsel for Co-Lead Plaintiff Movants*
*Matthew Cognetti and Damion Hopwood and*
*Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Co-Lead Plaintiff Movants*
*Matthew Cognetti and Damion Hopwood and*
*Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ &**
**GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiff*
*Movants Matthew Cognetti and Damion*
*Hopwood*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David G. Schiller*
David G. Schiller

3