| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD, <br><br> Defendants. | Case No. 1:24-cv-00954-WO-JEP |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MATTHEW COGNETTI AND DAMION HOPWOOD FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Matthew Cognetti ("Cognetti") and Damion Hopwood ("Hopwood"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Cognetti and Hopwood's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel and Schiller & Schiller, PLLC ("Schiller & Schiller") as Liaison Counsel for the Class in the Action.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Cognetti and Hopwood's financial interest in the Action; |
| Exhibit B: | Shareholder Certifications executed by Cognetti and Hopwood; |
| Exhibit C: | Press release published via *Business Wire* on November 18, 2024, announcing the pendency of the Action; |
| Exhibit D: | Joint Declaration executed by Cognetti and Hopwood; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Schiller & Schiller. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 17, 2025.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David G. Schiller*
David G. Schiller

2