# EXHIBIT A

**Humacyte, Inc. (HUMA)**
**Class Period: May 10, 2024 to October 17, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $4.7933 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| Matthew Cognetti | Common Stock | | 1 | | ($7) | | (1) | | $7 | 0 | 0 | $0 | ($0) |
| Matthew Cognetti | Options | | 719 | | ($18,189) | | (719) | | $2,680 | 1 | 0 | $0 | ($15,509) |
| **Matthew Cognetti** | **Common Stock and Options** | | | | **($18,196)** | | | | **$2,687** | | | **$0** | **($15,509)** |
| | | | | | | | | | | | | | |
| Damion Hopwood, Account 1 | Common Stock | | 500 | | ($3,750) | | 0 | | $0 | 500 | 500 | $2,397 | ($1,353) |
| Damion Hopwood, Account 1 | Options | | 8 | | ($642) | | (8) | | $820 | 0 | 0 | $0 | $178 |
| Damion Hopwood, Account 2 | Common Stock | | 3,300 | | ($24,750) | | 0 | | $0 | 3,300 | 3,300 | $15,818 | ($8,932) |
| Damion Hopwood, Account 2 | Options | | 34 | | ($215) | | (34) | | $4,395 | 0 | 0 | $0 | $4,180 |
| **Damion Hopwood** | **Common Stock and Options** | | | | **($29,357)** | | | | **$5,215** | | | **$18,215** | **($5,927)** |
| | | | | | | | | | | | | | |
| **Matthew Cognetti; Damion Hopwood** | | | | | **($47,553)** | | | | **$7,902** | | | **$18,215** | **($21,436)** |
| | | | | | | | | | | | | | |
| **Matthew Cognetti** | **Common Stock** | **8/9/2024** | **1** | **$6.8000** | **($7)** | **8/9/2024** | **(1)** | **$6.7500** | **$7** | **0** | **0** | **$0** | **($0)** |
| | | | | | | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/7/2024 | 1 | $0.1500 | ($15) | 8/16/2024 | (678) | expired | $0 | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 32 | $0.2300 | ($736) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 4 | $0.2500 | ($100) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 10 | $0.2500 | ($250) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 2 | $0.2500 | ($50) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 3 | $0.2500 | ($75) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 6 | $0.2500 | ($150) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 6 | $0.2500 | ($150) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 2 | $0.2500 | ($50) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 3 | $0.2500 | ($75) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 35 | $0.2500 | ($875) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 7 | $0.2500 | ($175) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 15 | $0.2500 | ($375) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 100 | $0.2500 | ($2,500) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 100 | $0.2500 | ($2,500) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 60 | $0.2500 | ($1,500) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/8/2024 | 40 | $0.2500 | ($1,000) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 2 | $0.2300 | ($46) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 5 | $0.2200 | ($110) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 100 | $0.2500 | ($2,500) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 33 | $0.2500 | ($825) | | | | | | | | |

*Avg Closing Prices from October 17, 2024 to January 14, 2025

**Humacyte, Inc. (HUMA)**
**Class Period: May 10, 2024 to October 17, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $4.7933 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 6 | $0.2500 | ($150) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 13 | $0.2500 | ($325) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 6 | $0.2500 | ($150) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 6 | $0.2500 | ($150) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 9 | $0.2500 | ($225) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 10 | $0.2500 | ($250) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 8 | $0.2500 | ($200) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 6 | $0.2500 | ($150) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 2 | $0.2400 | ($48) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 1 | $0.2400 | ($24) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 9 | $0.2500 | ($225) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 9 | $0.2500 | ($225) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 3 | $0.2500 | ($75) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 5 | $0.2500 | ($125) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/9/2024 | 1 | $0.2500 | ($25) | | | | | | | | |
| Matthew Cognetti | P 20240816 5 | 8/12/2024 | 4 | $0.0500 | ($20) | | | | | | | | |
| **Matthew Cognetti** | **P 20240816 5** | | **678** | | **($16,774)** | | **(678)** | | **$0** | **0** | **0** | **$0** | **($16,774)** |
| **Matthew Cognetti** | **C 20240816 10** | **8/9/2024** | **20** | **$0.5000** | **($1,000)** | **8/12/2024** | **(20)** | **$0.0100** | **$20** | **0** | **0** | **$0** | **($980)** |
| **Matthew Cognetti** | **C 20240816 7.5** | **8/12/2024** | **20** | **$0.2000** | **($400)** | **8/9/2024** | **(20)** | **$1.3300** | **$2,660** | **0** | **0** | **$0** | **$2,260** |
| **Matthew Cognetti** | **P 20241220 2.5** | **8/30/2024** | **1** | **$0.1500** | **($15)** | **12/20/2024** | **(1)** | **expired** | **$0** | **1** | **0** | **$0** | **($15)** |
| Account 1 | | | | | | | | | | | | | |
| **Damion Hopwood, Account 1** | **Common Stock** | **8/19/2024** | **500** | **$7.5000** | **($3,750)** | | **0** | | **$0** | **500** | **500** | **$2,397** | **($1,353)** |
| **Damion Hopwood, Account 1** | **P 20240816 7.5** | **8/19/2024** | **5** | **assigned** | **$0** | **7/23/2024** | **(5)** | **$1.4000** | **$700** | **0** | **0** | **$0** | **$700** |
| **Damion Hopwood, Account 1** | **C 20240920 7.5** | **8/8/2024** | **3** | **$2.1400** | **($642)** | **8/19/2024** | **(3)** | **$0.4000** | **$120** | **0** | **0** | **$0** | **($522)** |
| Account 2 | | | | | | | | | | | | | |
| **Damion Hopwood, Account 2** | **Common Stock** | **8/19/2024** | **3,300** | **$7.5000** | **($24,750)** | | **0** | | **$0** | **3,300** | **3,300** | **$15,818** | **($8,932)** |
| Damion Hopwood, Account 2 | P 20240816 7.5 | 8/19/2024 | 33 | assigned | $0 | 7/16/2024 | (1) | $1.4500 | $145 | | | | |
| Damion Hopwood, Account 2 | P 20240816 7.5 | | | | | 7/17/2024 | (10) | $1.1300 | $1,130 | | | | |
| Damion Hopwood, Account 2 | P 20240816 7.5 | | | | | 7/17/2024 | (1) | $1.2800 | $128 | | | | |
| Damion Hopwood, Account 2 | P 20240816 7.5 | | | | | 7/23/2024 | (3) | $1.4400 | $432 | | | | |
| Damion Hopwood, Account 2 | P 20240816 7.5 | | | | | 7/23/2024 | (15) | $1.4000 | $2,100 | | | | |
| Damion Hopwood, Account 2 | P 20240816 7.5 | | | | | 7/23/2024 | (3) | $1.4000 | $420 | | | | |
| **Damion Hopwood, Account 2** | **P 20240816 7.5** | | **33** | | **$0** | | **(33)** | | **$4,355** | **0** | **0** | **$0** | **$4,355** |
| **Damion Hopwood, Account 2** | **C 20240920 7.5** | **8/8/2024** | **1** | **$2.1500** | **($215)** | **8/19/2024** | **(1)** | **$0.4000** | **$40** | **0** | **0** | **$0** | **($175)** |

*Avg Closing Prices from October 17, 2024 to January 14, 2025