# EXHIBIT F

# Firm Resume of SCHILLER & SCHILLER, PLLC

Schiller & Schiller, PLLC, based in Raleigh, North Carolina, has extensive litigation and class action experience.  David G. Schiller is a graduate of the University of Miami School of Law (1998, cum laude), where he served as Editor-in-Chief of the <u>Inter-American Law Review</u>. David has a broad range of litigation experience.  U.S. Magistrate Judge Denson commended David's "excellent brief" in <u>Napier v. Wells Fargo</u> (2001), a complex class action case.

David Schiller has appeared in the North Carolina Business Court and North Carolina federal courts in numerous shareholder class action cases. These case include the following, which were granted class action status and settlement approval:

<u>Li v. Square 1 Financial</u>, No. 1:15-CV-373 (M.D.N.C.)

<u>Strougo v. North State Bancorp</u>, No. 15 CV 14606 (N.C.B.C.)

<u>In re Pike Corp. Shareholder Litigation</u>, No. 14-CVS-1202 (N.C.B.C.)

Marvin Schiller (1940-2013) co-founded the law firm.  His case protecting the vested rights of disabled firefighters, law enforcement officers, teachers, and other state and local government employees is the most cited class action case in North Carolina case law. <u>Faulkenbury v. Teachers' and State Employees' Retirement System of North Carolina</u>, 108 N.C. App. 357, 424 S.E.2d 420 (1993) and 345 N.C. 683, 483 S.E.2d 422 (1997).