UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES A. CUTSHALL, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>HUMACYTE, INC., LAURA E. NIKLASON, DALE A. SANDER, and HEATHER PRICHARD,<br><br>              Defendants. | Case No. 1:24-cv-00954-WO-JEP |

**STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD
PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL**

WHEREAS, on November 18, 2024, James A. Cutshall ("Cutshall") commenced the above-captioned action (the "Action"), alleging violations of the federal securities laws on behalf of a putative class (the "Class") consisting of investors in the securities of Humacyte, Inc. ("Humacyte") (*see* Dkt. No. 1);

WHEREAS, as a putative class action alleging violations of the federal securities laws, this Action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides, in relevant part, that any putative Class member may move for appointment as Lead Plaintiff in the Action within 60 days of publication of notice of the pendency of the Action; here, on or before January 17, 2025 (*see* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa));

WHEREAS, on January 17, 2025, three motions were filed seeking appointment as Lead Plaintiff pursuant to the PSLRA by members of the putative Class: (1) Frederick Foote ("Foote") (Dkt. No. 11), alleging a loss of approximately $186,479.77 (*see* Dkt. No. 12 at 7); (2) Matthew Cognetti ("Cognetti") and Damion Hopwood ("Hopwood") (Dkt. No. 14), alleging a collective loss of approximately $21,436 (*see* Dkt.

1

No. 15 at 2, 8); and (3) Cutshall (Dkt. No. 7), alleging a loss of $16,624.52 (*see* Dkt. No. 8 at 8);

WHEREAS, on January 24, 2025, Cutshall filed a notice of withdrawal of his motion (Dkt. No. 16);

WHEREAS, no other putative Class member has filed a motion seeking appointment as Lead Plaintiff in the Action or otherwise opposes the appointment of Foote, Cognetti, and Hopwood as Lead Plaintiffs in the Action;

WHEREAS, the PSLRA provides, *inter alia*, that the most adequate plaintiff to serve as Lead Plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") (15 U.S.C. § 78u-4(a)(3)(B)(iii)(I));

WHEREAS, the PSLRA also provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class (*see* 15 U.S.C. § 78u-4(a)(3)(B)(v));

WHEREAS, Foote, Cognetti, and Hopwood have each provided a sworn Certification pursuant to the PSLRA in support of

2

their respective applications for Lead Plaintiff appointment, setting forth, *inter alia*, their transactions in Humacyte securities (*see* Dkt. Nos. 13-1, 15-3);

WHEREAS, Foote, Cognetti, and Hopwood, each having alleged significant losses in connection with the fraud alleged in the Action, all have a significant financial interest in the outcome of this litigation;

WHEREAS, Foote, Cognetti, and Hopwood are also qualified to serve as Co-Lead Plaintiffs in this case given, among other things, their professional and educational backgrounds as described in the declarations submitted in support of their respective motions (*see* Dkt. Nos. 13-3, 15-5);

WHEREAS, having reviewed one another's submissions to the Court, Foote, Cognetti, and Hopwood believe that they each satisfy the typicality and adequacy requirements of Rule 23;

WHEREAS, having considered the arguments made in their respective submissions to the Court, Foote, Cognetti, and Hopwood have decided that it is in the best interests of the Class to join together as Co-Lead Plaintiffs in that it will provide broader representation to Class members, allow their

counsel to pool their resources to immediately and efficiently commence prosecution of the Action, and avoid further delay associated with a protracted dispute on the appointment of lead plaintiff(s);

WHEREAS, courts in the Fourth Circuit, including in this District specifically, and around the country have endorsed stipulations for co-lead plaintiff appointment among competing lead plaintiff movants as promoting the statutory purposes of the PSLRA, and have permitted independent lead plaintiff movants to join together under similar circumstances. *See, e.g.*, *Maurer v. Argos Therapeutics Inc., et al.*, No. 1:17-cv-00216-TDS-LPA (M.D.N.C.), Dkt. No. 26 (approving stipulation of competing lead plaintiff movants to serve as co-lead plaintiffs and approving their selection of co-lead counsel); *In re Altimmune, Inc. Sec. Litig.*, No. 8:24-cv-01315-ABA (D. Md.), Dkt. No. 22 (same); *In re Grab Holdings Ltd. Sec. Litig.*, No. 1:22-cv-02189-VM (S.D.N.Y.), Dkt. No. 39 (same); *Pizzuto v. Homology Meds., Inc.*, No. 2:22-cv-01968-FLA-JPR (C.D. Cal.), Dkt. No. 38 (same); *Deputy v. Akebia Therapeutics, Inc. et al.*, No. 1:22-cv-01411-AMD-VMS (E.D.N.Y.), ECF Order on June 28, 2022 (same); *Zhou v. Faraday*

4

*Future Intelligent Elec. Inc. et al.*, No. 2:21-cv-09914-CAS-JC (C.D. Cal.), Dkt. No. 33 (same); *Terenzini v. GoodRx Holdings, Inc. et al.*, No. 2:20-cv-11444-DOC-PD (C.D. Cal.), Dkt. No. 65 (same); *In re Facebook, Inc. Sec. Litig.*, No. 5:18-cv-01725-EJD (N.D. Cal.), Dkt. No. 56 (same);

WHEREAS, having reviewed one another's submissions to the Court, Foote, Cognetti, and Hopwood believe that it is in the best interests of the Class for each of them to serve as Co-Lead Plaintiffs and for their respective selections of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Pomerantz LLP ("Pomerantz") to serve as Co-Lead Counsel;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval, as follows:

1. Every pleading in this Action shall bear the following Caption:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954-WO-JEP |
|---|---|
| THIS DOCUMENT RELATES TO: | CLASS ACTION |
| | [TITLE OF DOCUMENT] |

2. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately

5

after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action;

3. Foote's (Dkt. No. 11) and Cognetti and Hopwood's (Dkt. No. 14) motions are granted, and Foote, Cognetti, and Hopwood are hereby appointed Co-Lead Plaintiffs in the Action and any subsequently filed or transferred actions that are consolidated with this Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

4. Co-Lead Plaintiffs' selections of Hagens Berman and Pomerantz as Co-Lead Counsel are hereby approved.

Dated: January 24, 2025

Respectfully submitted,

**TIN FULTON WALKER & OWEN PLLC**

By: */s/   Gagan Gupta*
Gagan Gupta (Bar No. 53119)
119 Orange Street
Durham, NC 27701
Telephone: (919) 307-8400
Email: ggupta@tinfulton.com

6

*Liaison Counsel for Proposed Co-Lead Plaintiff Frederick Foote*

Lucas E. Gilmore (Notice of Special Appearance forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Counsel for Proposed Co-Lead Plaintiff Frederick Foote and Proposed Co-Lead Counsel for the Class*

**SCHILLER & SCHILLER, PLLC**

*/s/ David G. Schiller*

David G. Schiller (NC Bar # 26713)
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677
Facsimile:  (919) 789-4469
david@schillerfirm.com

*Liaison Counsel for Proposed Co-Lead Plaintiffs Matthew Cognetti and Damion Hopwood*

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice* application forthcoming)
J. Alexander Hood II (*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

7

*Counsel for Proposed Co-Lead
Plaintiffs Matthew Cognetti and
Damion Hopwood and Proposed Co-Lead
Counsel for the Class*

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice*
application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Proposed Co-
Lead Plaintiffs Matthew Cognetti and
Damion Hopwood*

8

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Gagan Gupta
GAGAN GUPTA

9