JAMES A. CUTSHALL, Individually and
on Behalf of All Others Similarly Situated,

         Plaintiffs,

v.

HUMACYTE, INC., LAURA E.
NIKLASON, DALE A. SANDER, and
HEATHER PRICHARD,

         Defendants.

Case No.: 1:24-cv-00954

## ORDER

This matter is before the Court on the Parties' Joint Motion to Extend time for Defendants' Response to the Complaint. Motions for designation as lead plaintiff have been filed, and the Court concludes that it would be appropriate to wait until those motions are resolved before requiring Defendants to answer or otherwise respond. It would likewise be appropriate to allow the Parties to meet and confer to propose schedules after the designation as lead plaintiff, including schedules for filing a motion for class certification under Local Rule 23.1, in lieu of the deadline that would otherwise apply.

IT IS THEREFORE ORDERED that the Joint Motion to Extend Time [Doc. #6] is GRANTED, and the time for Defendants to answer or otherwise respond to the Complaint is extended until after a lead plaintiff has been designated and a scheduling order has been entered.

IT IS FURTHER ORDERED that within fourteen (14) days of the Court's entry of a Lead Plaintiff Order, counsel for the court-appointed lead plaintiff(s) and Defendants shall meet and confer and jointly submit for the Court's approval a proposed schedule (or, if they cannot agree, competing proposals) for the filing of an amended complaint (or the designation of the initial

Complaint as the operative Complaint) and Defendants' response to any such amended or designated complaint. The proposal(s) should also include the proposed schedule for a motion for class action determination under Local Rule 23.1(b).

This the 28th day of January, 2024.

_____
Joi Elizabeth Peake
United States Magistrate Judge