| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954-TDS-JEP |
| THIS DOCMENT RELATES TO: ALL ACTIONS | |

**JOINT MOTION TO (1) SET DEADLINE TO FILE THE AMENDED COMPLAINT; (2) ESTABLISH BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADINGS; AND (3) EXCUSE LR 23.1'S DEFAULT CLASS CERTIFICATION MOTION DEADLINE**

Pursuant to the Court's Order [Doc. 19], Co-Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood ("Co-Lead Plaintiffs") and Defendants Humacyte, Inc., Laura E. Niklason, Dale E. Sander, and Heather Prichard (collectively, "Defendants" and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, jointly move as follows:

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Pub. L. No. 104-67, 109 Stat. 737 (1995) ("PSLRA"), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on January 28, 2025, the Court ordered that within fourteen (14) days after entry of the Order appointing lead plaintiffs and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Parties shall submit a joint proposed schedule to the Court related to the filing of (i) an operative complaint, (ii) any answer, motion to dismiss, or other response thereto, (iii) briefing on such motion to dismiss or other response thereto; and (iv) briefing on a motion for class action determination under Local Rule 23.1(b) [*see* Doc. 19];

WHEREAS, on January 31, 2025, the Court issued an order granting the joint stipulation for appointment of Foote, Cognetti, and Hopwood as Co-Lead Plaintiffs and Hagens Berman Sobol Shapiro LLP and Pomerantz LLP as Co-Lead Counsel [*see* Doc. 21];

WHEREAS, pursuant to the January 28, 2025 and January 31, 2025 Orders, the Parties have met and conferred and, based on counsel for the Parties' schedules, the Parties

1

have agreed to the schedule set forth below for the filing of Co-Lead Plaintiffs' consolidated amended complaint and briefing of Defendants' responses thereto; and

WHEREAS, the Parties have met and conferred and have agreed that: (i) any motion for class action determination in this case may require both fact and expert discovery; (ii) in light of the PSLRA's stay of discovery, the Court should excuse the requirement of Local Rule 23.1(b) that a motion for class certification be filed within 90 days after the entry of an initial pretrial order pursuant to the provisions of Fed.R.Civ.P. 16(b) and 26(f) (see Civ. L.R. 23.1 (b)); and (iii) the proposed schedule for a motion for class action determination under Local Rule 23.1(b) should be addressed after resolution of any motion to dismiss as part of any Rule 26(f) process;

The Parties therefore move the Court to enter an order as follows:

1. Co-Lead Plaintiffs shall file a consolidated amended complaint no later than April 24, 2025;

2. Defendants shall answer or otherwise respond to the amended complaint on or before June 27, 2025;

3. If Defendants move to dismiss the amended complaint, Co-Lead Plaintiffs' opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before August 28, 2025;

4. Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before October 3, 2025;

2

5. The class certification motion deadline established by LR 23.1(b) is excused and is extended until such other time as ordered by the Court.

A proposed order is being filed herewith.

Dated: February 12, 2025

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Lucas E. Gilmore*
Lucas E. Gilmore (Special Appearance)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
lucasg@hbsslaw.com

*Counsel for Co-Lead Plaintiff Frederick Foote and Co-Lead Counsel for the Class*

**TIN FULTON WALKER & OWEN PLLC**

By: */s/ Gagan Gupta*
Gagan Gupta (Bar No. 53119)
119 Orange Street
Durham, NC 27701
Telephone: (919) 307-8400
ggupta@tinfulton.com

*Liaison Counsel for Co-Lead Plaintiff Frederick Foote*

**SCHILLER & SCHILLER, PLLC**

*/s/ David G. Schiller*
David G. Schiller (NC Bar # 26713)
304 East Jones Street
Raleigh, North Carolina 27601
Telephone: (919) 789-4677

3

Facsimile: (919) 789-4469
david@schillerfirm.com

*Liaison Counsel for Co-Lead Plaintiffs Matthew Cognetti and Damion Hopwood*

**POMERANTZ LLP**

By: */s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (Special Appearance)
Matthew L. Tuccillo (Special Appearance)
J. Alexander Hood II (*pro hac vice* application forthcoming)
Zachary Denver (Special Appearance)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
zdenver@pomlaw.com

*Counsel for Co-Lead Plaintiffs Matthew Cognetti and Damion Hopwood and Co-Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Co-Lead Plaintiffs Matthew Cognetti and Damion Hopwood*

4

**COVINGTON & BURLING LLP**
Mark P. Gimbel (Special
Appearance forthcoming)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010
mgimbel@cov.com

**SMITH,  ANDERSON,  BLOUNT,  DORSETT,
MITCHELL & JERNIGAN, L.L.P.**

By: */s/ Clifton L. Brinson*
Clifton L. Brinson (Bar No. 34331)
Mary S. Wilson (Bar No. 61169)
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
cbrinson@smithlaw.com
mswilson@smithlaw.com

*Counsel for Defendants*

5

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

6