## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954-TDS-JEP |
| THIS DOCMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO (1) SET DEADLINE TO FILE THE AMENDED COMPLAINT; (2) ESTABLISH BRIEFING SCHEDULE ON DEFENDANTS' RESPONSIVE PLEADINGS; AND (3) EXCUSE LR 23.1'S DEFAULT CLASS CERTIFICATION MOTION DEADLINE**

WHEREAS, the Court has considered the motion of Co-Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood ("Co-Lead Plaintiffs") and Defendants Humacyte, Inc., Laura E. Niklason, Dale E. Sander, and Heather Prichard (collectively, "Defendants" and together with Lead Plaintiffs, the "Parties"), and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Co-Lead Plaintiffs shall file a consolidated amended complaint no later than April 24, 2025;

2. Defendants shall answer or otherwise respond to the amended complaint on or before June 27, 2025;

3. If Defendants move to dismiss the amended complaint, Co-Lead Plaintiffs' opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before August 28, 2025;

4. Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before October 3, 2025;

5. The class certification motion deadline established by LR 23.1(b) is excused and is extended until such other time as ordered by the Court.

**IT IS SO ORDERED**.

DATED: _____, 2025


_____
HON. THOMAS D. SCHROEDER
UNITED STATES DISTRICT JUDGE

1