UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954 |
| THIS DOCMENT RELATES TO: ALL ACTIONS | |

**ORDER**

This matter is before the Court on the motion of Co-Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood ("Co-Lead Plaintiffs") and Defendants Humacyte, Inc., Laura E. Niklason, Dale E. Sander, and Heather Prichard (collectively, "Defendants" and together with Lead Plaintiffs, the "Parties") to set a schedule for an amended complaint and response, and the extend any deadline for filing a class certification motion. The Court finds good cause to allow the joint request.

IT IS THEREFORE ORDERED that the Motion [Doc. #24] is GRANTED, and:

1. Co-Lead Plaintiffs shall file a consolidated amended complaint no later than April 24, 2025;

2. Defendants shall answer or otherwise respond to the amended complaint on or before June 27, 2025;

1

3.  If Defendants move to dismiss the amended complaint, Co-Lead Plaintiffs' opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before August 28, 2025;

4.  Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before October 3, 2025;

5.   The class certification motion deadline established by LR 23.1(b) is excused and is extended until such other time as ordered by the Court.

This, the 19th day of February, 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge