| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No.  1:24-cv-00954-TDS-JEP |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |

Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood ("Co-Lead Plaintiffs") respectfully submit this Unopposed Motion for Extension of Time to File Amended Complaint and do so pursuant to Local Civil Rule 7.3(j).  In support, Co-Lead Plaintiffs state:

1.      On November 18, 2024, plaintiff James A. Cutshall, on behalf of himself and all others similarly situated, filed a purported Complaint for Violation of the Federal Securities Laws – Class Action (the "Complaint").

2.      The Complaint is brought on behalf of a putative class of all persons and entities that purchased or otherwise acquired Humacyte securities between May 10, 2024 and October 17, 2024, and is against Defendants Humacyte, Inc. ("Humacyte"), Laura E. Niklason, Dale A. Sander, and Heather Prichard (collectively, "Defendants").  The Complaint alleges claims for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 10b-5 promulgated thereunder.

1

3. On January 31, 2025, the Honorable William L. Osteen, Jr. entered a Stipulation and Order appointing Co-Lead Plaintiffs and approving selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Pomerantz LLP ("Pomerantz") as co-Lead Counsel. ECF 21.

4. On February 12, 2025, Lead Plaintiffs and Defendants filed a Joint Motion To (1) Set Deadline to File the Amended Complaint; (2) Establishing Briefing Schedule on Defendants' Responsive Pleadings; and (3) Excuse LR 23.1's Default Class Certification Motion Deadline (ECF 24), which the Court granted on February 19, 2025 ("Scheduling Order") (ECF 28). The Scheduling Order set (i) the deadline for Co-Lead Plaintiffs to file a consolidated amended complaint on April 24, 2025; (ii) the deadline for Defendants to answer or otherwise respond on June 27, 2025; (iii) if Defendants move to dismiss, the deadline for Co-Lead Plaintiffs to oppose on August 28, 2025; and (iv) Defendants' deadline to file a reply on October 3, 2025.

5. Co-Lead Plaintiffs have been conducting an investigation in preparation to file the Amended Complaint since their appointment.

6. However, a confluence of family medical emergencies has recently come up for co-Lead Counsel, Matthew L. Tuccillo of Pomerantz and Reed Kathrein of Hagens Berman, who have primary responsibility for Co-Lead Plaintiffs' investigation and for the drafting of the Amended Complaint. Mr. Tuccillo's mother had an unplanned, emergency surgery, with life-altering impacts, which required weeks of combined hospitalization and rehabilitation facility time. While handling that issue, Mr. Tuccillo took temporary residence with his father, who requires assistance, and both tested positive for COVID.

Mr. Tuccillo is currently handling post-surgery home care staffing and issues for his family, while overcoming his illness. All the foregoing extensively impacted his workflow. Mr. Tuccillo is also unavailable due to a pre-scheduled family trip during his children's spring break week from April 12, 2025 to April 20, 2025. Mr. Kathrein also recently dealt with the hospitalization of his mother, likewise with impacts to availability and workflow.

7. Due to these personal circumstances, counsel for Co-Lead Plaintiffs has requested, and Defendants have graciously agreed to, extend the deadlines established by the Scheduling Order by twenty-eight (28) days, resetting the deadlines as follows: (i) May 22, 2025 as the deadline for Co-Lead Plaintiffs to file the Amended Complaint; (ii) July 25, 2025 as the deadline for Defendants to answer or otherwise respond; (iii) September 25, 2025 as the deadline for Co-Lead Plaintiffs to oppose any motion to dismiss; and (iv) October 31, 2025 as Defendants' deadline to file a motion to dismiss reply.

8. In accordance with LR 6.1, counsel for Co-Lead Plaintiffs has consulted with counsel for Defendants, and Defendants do not oppose this Motion or the relief sought herein for the reasons discussed above.

9. Co-Lead Plaintiffs also believe recent revelations about Humacyte on March 25-26, 2025, days with significant Humacyte stock price declines, are relevant to this litigation, require investigation, and warrant inclusion as part of an expanded class period in their Amended Complaint. The requested extension will permit them to do so.

10. Co-Lead Plaintiffs hope not to seek any additional extensions to file the Amended Complaint.

WHEREFORE, Co-Lead Plaintiffs respectfully request that the Court enter an Order granting Co-Lead Plaintiffs an extension of time up to and including May 22, 2025 to file the Amended Complaint and extending the remaining Scheduling Order deadlines a corresponding 28 days.

DATED:     April 1, 2025

**TIN FULTON WALKER & OWEN PLLC**

*/s/ Gagan Gupta*
Gagan Gupta (NC Bar # 53119)
119 Orange Street, Floor 2
Durham, North Carolina 27701
Telephone: (919) 370-8807
ggupta@tinfulton.com

*Counsel for Co-Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood*

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo (*special appearance*)
Jeremy A. Lieberman (*special appearance*)
Zachary Denver (*special appearance*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
zdenver@pomlaw.com

*Counsel for Co-Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed Kathrein (*notice of special appearance forthcoming*)
Lucas Gilmore (*special appearance*)
715 Hearst Avenue, Suite 300

4

Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Co-Lead Plaintiffs Frederick Foote,
Matthew Cognetti, and Damion Hopwood*

5