# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No.  1:24-cv-00954-TDS-JEP |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

**[PROPOSED] ORDER ON CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Before this Court is Co-Lead Plaintiffs' Unopposed Motion for Extension of Time to File Amended Complaint.  Having carefully considered the Motion, the Court finds good cause to grant the Motion.

IT IS THEREFORE ORDERED that the Motion is GRANTED, and:

1. Co-Lead Plaintiffs shall file a consolidated amended complaint no later than May 22, 2025;

2. Defendants shall answer or otherwise respond to the amended complaint on or before July 25, 2025;

3. If Defendants move to dismiss the amended complaint, Co-Lead Plaintiffs' opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before September 25, 2025; and

4. Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before October 31, 2025.

This, the ____ day of _____, 2025.

_____
Joi Elizabeth Peake
United States Magistrate Judge