

**Matthew Tuccillo**
Partner

May 29, 2025

**<u>Via ECF</u>**

Hon. Joi Elizabeth Peake
United States Magistrate Judge
United States District Court
Middle District of North Carolina
251 N. Main Street
Winston-Salem, NC 27101

   *Re:*  *In re Humacyte, Inc. Securities Litigation*, No. 1:24-cv-00954-TDS-JEP

Dear Judge Peake:

  I write as Court-appointed Co-Lead Counsel on behalf of Lead Plaintiffs in the above-captioned securities class action matter regarding Lead Plaintiffs' recently-filed First Amended Complaint (ECF 34). Since its filing, we have noticed two non-substantive errors to the headers which, if corrected, would improve readability for all parties and the Court.  Specifically, the as-filed version inadvertently excluded a sub-header (IV.G.) entitled "The Truth Begins to Emerge," sectioning off Lead Plaintiffs' alleged corrective disclosures beginning with ¶144 and extending through ¶163.  It also improperly applied a top-level header (V.) to the section entitled "Additional Facts Supporting Scienter," when that section should be a sub-header (IV.H.).  Correcting these two formatting errors would not in any way affect the content of the Amended Complaint, or any page numbers or paragraph numbers.

  As such, I hereby respectfully request the Court's permission to file a Corrected First Amended Complaint to serve as the operative pleading in this matter.  I have contacted counsel for Defendants, explained the issue, and provided a redline showing the non-substantive proposed changes.  As a result of that outreach, Defendants consent to this request.

  My apologies for any inconvenience or confusion.  Thank you for the Court's attention.

       Respectfully submitted,

       Matthew L. Tuccillo

Cc:  Counsel of record (via ECF)

**600 Third Avenue, New York, New York 10016 tel: 212.661.1100 www.pomerantzlaw.com**

**NEW YORK   CHICAGO   LOS ANGELES   PARIS**