| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954-TDS-JEP<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Before this Court is Co-Lead Plaintiffs' Motion to File a Corrected First Amended Complaint. The Letter Motion seeks to make minor, non-substantive edits to the recently-filed First Amended Complaint. Defendants do not object to the request. Having carefully considered the Letter Motion [Doc. #35], given the nature of the changes and the lack of any objection, the Court will allow the request.

IT IS THEREFORE ORDERED that the Motion [Doc. #35] is GRANTED, and Co-Lead Plaintiffs may file a Corrected First Amended Complaint making the changes described in the Letter Motion, but none of the deadlines established by Court Order [Doc. #33] are affected by this Order.

This, the 6th day of June, 2025.

Joi Elizabeth Peake
United States Magistrate Judge