IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-954 |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS | |

## ORDER

This matter is before the court on Defendants' Consent Motion to Expand Word-Count Limits for Briefing on Motion to Dismiss First Amended Complaint. (Doc. 38.) For good cause shown and with consent of Plaintiffs,

IT IS HEREBY ORDERED that the word-count limitation for Defendants' brief in support of their motion to dismiss Plaintiffs' First Amended Class Action Complaint For Violations Of The Federal Securities Laws, and for Plaintiffs' response brief, be extended to 10,000 words, and that the word-count limitation for Defendants' reply brief be extended to 5,000 words.

/s/ Thomas D. Schroeder
United States District Judge

June 17, 2025