IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-954-WO-JEP |
| This Document Relates to: ALL ACTIONS | CLASS ACTION |

**MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

Defendants Humacyte, Inc. ("Humacyte"), Laura E. Niklason, Dale A. Sander, and Heather Prichard (collectively, "Defendants") hereby move the Court for an order dismissing Plaintiffs Frederick Foote, Mathew Cognetti, and Damion Hopwood's ("Plaintiffs") First Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"), in its entirety and with prejudice (the "Motion").

This Motion is brought pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b) ("PSLRA"), on the grounds that the Complaint fails to state a claim under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"). Among other deficiencies, Plaintiffs fail to plead facts establishing that (1) any of the challenged statements were false and misleading or (2) that any Defendant acted with the necessary strong inference of scienter required under the PSLRA. Defendants rely on their Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint. Defendants respectfully request oral argument in light

of the length and complexity of the Complaint, which is 170 pages in length and purports to assert securities fraud claims based on three different factual theories

This the 25th day of July, 2025.


By */s/ Mark P. Gimbel*

COVINGTON & BURLING LLP

Mark P. Gimbel
N.Y. State Bar No. 2998102
James H. Fitch
N.Y. State Bar No. 6150411
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Ph: (212) 841-1000
mgimbel@cov.com
jhfitch@cov.com

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

*/s/ Clifton L. Brinson*
Clifton L. Brinson
N.C. Bar No. 34331
Mary Stewart Wilson
N.C. Bar No. 61169
P.O. Box 2611
Raleigh, NC 27602-2611
Ph: (919) 821-1220
Fax: (919) 821-6800
cbrinson@smithlaw.com
mswilson@smithlaw.com

*Attorneys for Defendants*