## *In re Humacyte, Inc. Sec. Litig.* , No. 1:24-cv-00954-TDS-JEP (M.D.N.C.)

### Appendix A
### To Lead Plaintiffs' Opposition to Motion to Dismiss The First Amended Complaint (ECF 37)

**Alleged Misstatements, FDA Actions, Corrective Events / Disclosures, Employee Resignations, Defendant Transactions, Company Offerings, and Other Significant Events**

| Alleged Misstatements | FDA Approval Actions | Alleged Corrective Events / Disclosures | Suspiciously Timed Defendant / Insider Actions | | |
|---|---|---|---|---|---|
| | | | Options Transactions (Number of Options) | Stock Transactions (Number of Shares) | Company Offerings & Insider Resignations |
| 8/14/2023 Earnings Release (¶¶104(a), 139(a))<br>8/14/2023 8-K (¶¶104(a), 139(a))<br>8/14/2023 Earnings Call (¶¶104(b), 139(b))<br>8/14/2023 2Q23 10-Q (¶139(c))<br>9/12/2023 Press Release (¶105)<br>9/12/2023 8-K (¶105)<br>9/12/2023 KOL Webinar (¶¶106, 127)<br>9/20/2023 KOL Event (¶107) | 8/14/2023 - Humacyte Announced V017 Trial Topline Results (¶¶104(a)-(b))<br>9/12/2023 - Humacyte Announced V005 Trial Topline Results (¶¶105-106) | | Niklason (¶185(a))<br>10/10/2023 options exercised (114,420) | Niklason (¶185(a))<br>8/17/2023 stock sold (AB) (570,174)<br>8/18/2023 stock sold (AB) (626,979)<br>8/21/2023 stock sold (AB) (602,443)<br>9/14/2023 stock sold (AB) (2,000,000) | |
| 11/9/2023 Earnings Release (¶¶108, 140(a))<br>11/9/2023 8-K (¶¶108, 140(a))<br>11/9/2023 Earnings Call (¶¶109, 140(b))<br>11/9/2023 3Q23 10-Q (¶140(c))<br>11/17/2023 Press Release (¶¶110, 128)<br>12/12/2023 Press Release (¶111)<br>12/12/2023 8-K (¶111)<br>2/9/2024 Press Release (¶¶112, 129)<br>2/9/2024 8-K (¶¶112, 129) | 12/12/2023 - Humacyte submitted BLA to FDA (¶32)<br>2/9/2024 - FDA accepted BLA, granted Priority Review, set PDUFA date (¶34)<br>   [PDUFA date set at 8/10/2024] | Initial 2/29/2024 Press Release (¶145(a))<br>Second 2/29/2024 Press Release (¶145(b)) | Niklason (¶185(a))<br>12/8/2023 options granted (803,000)<br><br>Prichard (¶185(b))<br>12/8/2023 options granted (290,000)<br><br>Sander (¶185(c))<br>12/8/2023 options granted (301,000) | | 2/29/2024 - public offering announced (¶188(a))<br>   [13.4 million common shares]<br>3/5/2024 - offering closed raising $43 million (¶188(a)) |
| 3/22/2024 Earnings Release (¶¶113(a), 141(a))<br>3/22/2024 8-K (¶¶113(a), 141(a))<br>3/22/2024 Earnings Call (¶¶113(b), 130, 141(b))<br>3/28/2024 2023 10-K (¶¶114, 131, 141(c)) | 4/1/2024 - FDA began Durham facility inspection (¶45)<br>4/2/2024 - FDA Mid-Cycle Review Meeting (¶98)<br>4/5/2024 - FDA completed facility inspection, issued Form 483 (¶44) | | | Niklason (¶185(a))<br>4/19/2024 stock transfer (1,148,240)<br>   [Transfer to non-reporting family trust] | 4/26/2024 - Director Gordon Binder Resigned (¶199)<br>4/26/2024 - Director Rajiv Shukla Resigned (¶199) |
| 5/10/2024 Earnings Release (¶¶115, 132, 142(a))<br>5/10/2024 8-K (¶¶115, 132, 142(a))<br>5/10/2024 Earnings Call (¶¶116, 133, 142(b))<br>5/13/2024 1Q24 10-Q (¶142(c))<br>6/6/2024 Jeffries Conference (¶117)<br>6/17/2024 Press Release (¶134) | 5/10/2024 - FDA gave Humacyte the Late-Cycle Meeting Agenda (¶65)<br>5/20/2024 - FDA Late-Cycle Review Meeting (¶¶65-68, 98) | 8/9/2024 Press Release (¶147)<br>8/13/2024 8-K (¶147)<br>8/13/2024 2Q24 10-Q (¶150) | Prichard (¶185(b))<br>5/30/2024 options exercised (78,779)<br>5/30/2024 options exercised (48,166) | Niklason (¶185(a))<br>5/31/2024 stock sold (AB) (716,573)<br>5/31/2024 stock sold (AB) (93,213)<br>6/3/2024 stock purchased (2,050)<br>6/3/2024 stock sold (AB) (190,214)<br>6/4/2024 stock purchased (2,362)<br>6/4/2024 stock sold (AB) (1,852)<br>6/11/2024 stock sold (AB) (282,000)<br>6/11/2024 stock sold (AB) (76,630)<br>6/11/2024 stock sold (AB) (271,518)<br><br>Prichard (¶185(b))<br>5/30/2024 stock sold (61,941)<br>5/30/2024 stock sold (78,779)<br>5/30/2024 stock sold (48,166)<br>5/31/2024 stock sold (2,625) | |

*In re Humacyte, Inc. Sec. Litig.* , No. 1:24-cv-00954-TDS-JEP (M.D.N.C.)

**Appendix A**

**To Lead Plaintiffs' Opposition to Motion to Dismiss The First Amended Complaint (ECF 37)**

**Alleged Misstatements, FDA Actions, Corrective Events / Disclosures, Employee Resignations, Defendant Transactions, Company Offerings, and Other Significant Events**

| Alleged Misstatements | FDA Approval Actions | Alleged Corrective Events / Disclosures | Suspiciously Timed Defendant / Insider Actions | | |
| --- | --- | --- | --- | --- | --- |
| | | | Options Transactions (Number of Options) | Stock Transactions (Number of Shares) | Company Offerings & Insider Resignations |
| 8/9/2024 Press Release (¶¶118, 135) 8/13/2024 8-K (¶¶118, 119, 135, 136(a)) 8/13/2024 Earnings Release (¶¶119, 136(a)) 8/13/2024 Earnings Call (¶¶120, 136(b)) | 8/9/2024 - FDA Communicated PDUFA Date Delay (¶7) | 9/24/2024 8-K (¶152) 10/17/2024 Form 483 (¶154) | Sander (¶185(c)) 8/27/2024 options exercised (39,389) | Niklason (¶185(a)) 8/27/2024 stock sold (AB) (252,676) 8/28/2024 stock sold (AB) (277,090) 8/29/2024 stock purchased (1,222) 8/29/2024 stock sold (AB) (352,112) 9/9/2024 stock sold (AB) (157,704) 9/10/2024 stock sold (AB) (288,674)<br><br>Sander (¶185(c)) 8/27/2024 stock sold (39,389) | 9/24/2024 LP Agreements (¶188(b)) [*For up to $50 million in stock sales to Lincoln Park*] |
| 11/8/2024 Earnings Release (¶121) 11/8/2024 8-K (¶121) 11/8/2024 Earnings Call (¶122) | | 11/14/2024 Press Release (¶156) 11/14/2024 8-K (¶156) | | | 10/4/2024 - registered direct offering announced (¶188(c)) [*5.68 million shares / 5.68 million warrants*] 10/7/2024 - offering closed raising $30 million (¶188(c)) 11/14/2024 - registered direct offering announced (¶188(d)) [*2.8 million common shares*] 11/15/2024 - offering closed raising $15 million (¶188(d)) |
| 11/21/2024 Press Release (¶123) 12/19/2024 Press Release (¶124) 12/20/2024 8-K (¶124) | 12/19/2024 - FDA granted BLA (¶47) [*Imposed black box warning label, approved for reduced indication*] | 3/24/2025 *NYT* Article (¶158) 3/25/2025 Bloomberg Article (¶159) Initial 3/25/2025 Press Release (¶161(a)) Second 3/25/2025 Press Release (¶161(b)) | Niklason (¶185(a)) 1/21/2025 options granted (1,130,311)<br><br>Prichard (¶185(b)) 1/21/2025 options granted (283,101)<br><br>Sander (¶185(c)) 1/21/2025 options granted (283,101) | Niklason (¶185(a)) 11/18/2024 stock sold (AB) (811,172) 11/19/2024 stock purchased (1,797) 11/19/2024 stock sold (AB) (427,459) 11/20/2024 stock sold (AB) (261,369) | March 2025 - CQO Harold Alterson quietly departed (¶200) 3/25/2025 - public offering announced (¶188(e)) [*28.75 million common shares*] 3/25/2025 - offering closed raising $50 million (¶188(e)) 3/31/2025 - $2.5 million in Lincoln Park sales by then (¶188(b)) |