IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-954-TDS-JEP |
| This Document Relates to: | CLASS ACTION |
| ALL ACTIONS | |

## SUPPLEMENTAL DECLARATION OF MARK P. GIMBEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

**MARK P. GIMBEL** declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of Covington & Burling LLP, counsel to Humacyte, Inc. ("Humacyte"), Laura E. Niklason, Dale A. Sander, and Heather Prichard (collectively, "Defendants"). I make this declaration in further support of Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint for Violations of the Federal Securities Laws in order to place before the Court documents relevant to its determination of the Motion.

2. Attached as **Exhibit 13** is a true and correct copy of a Humacyte press release dated November 17, 2023

3. Attached as **Exhibit 14** is a true and correct copy of a Humacyte press release dated February 9, 2024.

4. Attached as **Exhibit 15** is a true and correct copy of a Humacyte press release dated May 10, 2024.

5. Attached as **Exhibit 16** is a true and correct copy of Humacyte's 2024 Q2 2024 10-Q for the quarterly period ended June 30, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2025 in New York, New York.

By: */s/ Mark. P. Gimbel*
Mark P. Gimbel

# Exhibit 13



# Humacyte Announces Two Presentations at the VEITHsymposium® of Positive Clinical Results of the Human Acellular Vessel™ (HAV™) in the Treatment of Vascular Trauma

*– Presentations included results from Phase 2/3 clinical trial and outcomes of real-world use of the HAV under a humanitarian aid program to treat wartime injuries in Ukraine –*

*– Results showed the HAV had higher rates of patency, and lower rates of amputation and infection, compared to historic synthetic graft benchmarks –*

*– BLA for an indication in vascular trauma planned to be filed with the FDA during the current quarter –*

DURHAM, N.C., Nov. 17, 2023 (GLOBE NEWSWIRE) -- Humacyte, Inc. (Nasdaq: HUMA), a clinical-stage biotechnology platform company developing universally implantable, bioengineered human tissue at commercial scale, today announced the presentation of positive V005 Phase 2/3 clinical trial results of the investigational Human Acellular Vessel (HAV) in the treatment of vascular trauma, as well as results from the treatment of wartime injuries in Ukraine. The two presentations were made at the VEITHsymposium, a major vascular surgery conference in New York City. Results showed the HAV had higher rates of patency (blood flow), and lower rates of amputation and infection, compared to historic synthetic graft benchmarks. Humacyte plans to file a Biologics License Application (BLA) for the HAV for an indication in vascular trauma patients with the U.S. Food and Drug Administration (FDA) during the current quarter.

The V005 trial was a single-arm study conducted in the United States and Israel in patients with arterial injuries resulting from gun shots, workplace injuries, car accidents, or other traumatic events for whom the standard of care, saphenous vein, was not feasible or available to use as a bypass graft. As a single-arm study, the comparators for the HAV results were a systematic literature review and meta-analysis of studies conducted with synthetics grafts, providing a benchmark for comparison. A total of 69 patients were enrolled in the V005 trial, of which 51 had vascular injury of the extremities and comprised the primary evaluation group for the study. The V005 trial met its objectives, and the HAV demonstrated a higher 30-day secondary patency rate of 90.2% for the extremity patients compared to 78.9% historically reported for synthetic grafts. Primary patency for the HAV was 81.2% for the extremity patients, although no comparison to synthetic graft primary patency was possible since this measure was not reported in the benchmark publications. The HAV also demonstrated lower amputation rates, with a rate of 9.8% for extremity patients compared to 24.3% historically reported for synthetic grafts. Furthermore, the HAV demonstrated lower rates of infection, with a rate of 2.0% for the extremity patients compared to 8.4% historically reported for synthetic grafts.

In the V005 trial, the most common reasons reported by clinicians for using the HAV instead of the standard of care, saphenous vein, was the need to avoid the time required to harvest saphenous vein (32.3%), the quality of the patient's vein (25.8%), and concomitant injuries to the vein (16.1%), suggesting that the ready, off-the-shelf feature of the HAV has the potential to save valuable time for surgeons in the restoration of blood flow.

"These results indicate that the HAV performed well in this vascular trauma population who were at a very high risk of limb loss due to the nature of their injuries," said Ernest E. Moore, MD, FACS, Director of Research at the Ernest E. Moore Shock Trauma Center at Denver Health, a clinical investigator in the V005 trial. "These results are most notable considering the high risk of wound infection and immediate availability of a durable conduit. I look forward to the HAV being available in my practice."

The FDA has advised Humacyte to include in the BLA submission patient outcomes from a humanitarian program conducted in Ukraine. Results for the 16 extremity patients from Ukraine who provided consent for use of their results in the BLA filing were also presented at the meeting, a set of data known as the "V017 trial." The rate of success for treatment of patients with the HAV in the V017 trial was high, with a 30-day secondary patency of 93.8%, zero amputations, and zero cases of infection of the HAV. The results of a meta-analysis combining the V005 and V017 trials concluded that the HAV demonstrated higher patency with a 30-day secondary patency rate of 91.5% for the extremity patients compared to 78.9% historically reported for synthetic grafts. For the secondary comparison of amputation rates, the HAV demonstrated an improvement with a rate of 4.5% for extremity patients compared to 24.3% historically reported for synthetic grafts. For the secondary comparison of infection, the HAV demonstrated an improvement with a rate of 0.9% for the extremity patients compared to 8.4% historically reported for synthetic grafts.

"As a former Army surgeon, I appreciate the patient outcomes in Ukraine as I have seen first-hand too many front-line fighters who have had their lives cut short, or were forever damaged, as a result of the devastating wounds they suffered defending their country," said Charles J. Fox, MD, FACS, Director of Vascular Surgery at the University of Maryland Capital Region, a clinical investigator in the V005 trial. "The HAV offered a new option to Ukraine's war-wounded in the V017 trial and to civilian patients in the V005 trial, and I look forward to the advancements this technology may bring to the future of vascular regenerative medicine."

Results of the V005 trial were presented by Dr. Fox in a podium presentation titled "Phase 2/3 Study for the Evaluation of Safety and Efficacy of HAV for Vascular Reconstruction in Patients with Limb or Life-Threatening Vascular Trauma." Results from V005, the Ukraine humanitarian program, and statistical comparison to historic benchmarks were presented at a symposium titled "Vascular Trauma Repair Clinical Study Results with Humacyte Human Acellular Vessel (V005 & V017 Data)" by Dr. Moore, Dr. Fox, and Laura Niklason, MD, PhD, Chief Executive Officer of Humacyte.

There were no unexpected safety signals for the HAV in the V005 and V017 studies. Common adverse events reported were anemia, vascular graft thrombosis, blood loss anemia, pyrexia, thrombocytopenia, constipation, nausea peripheral edema, and tachycardia. There were four deaths among the extremity patients in the V005 trial, and zero deaths in the V017 trial. There were no deaths among extremity patients in the V005 trial attributed to the HAV. A meta-analysis combing the V005 and V017 trials showed a rate of death for extremity patients comparable to that historically reported for synthetic grafts, with a 30-day rate for the HAV of 3.5%, and a 30-day rate of deaths attributed to the HAV of 0.0%. A 30-day rate of death of 3.4% is reported historically for synthetic grafts, although deaths attributed to the synthetic grafts were not reported.

The HAV, a bioengineered tissue, is under investigation as an infection-resistant alternative for revascularization. Designed to be ready off-the-shelf, the HAV has the potential to save valuable time for surgeons and to reduce discomfort and complications for patients. The HAV can be produced at commercial scale in Humacyte's existing manufacturing facilities, which are expected to have the capacity to provide thousands of vessels for treating patients in need. The HAV has accumulated more than 1,000 patient-years of experience worldwide in a series of clinical trials in multiple indications,

including vascular trauma repair, arteriovenous access for hemodialysis, and peripheral artery disease.

The HAV is an investigational product and has not been approved for sale by the FDA or any other regulatory agency.

**About Humacyte**

Humacyte, Inc. (Nasdaq: HUMA) is developing a disruptive biotechnology platform to deliver universally implantable bioengineered human tissues, advanced tissue constructs, and organ systems designed to improve the lives of patients and transform the practice of medicine. The company develops and manufactures acellular tissues to treat a wide range of diseases, injuries, and chronic conditions. Humacyte's initial opportunity, a portfolio of HAVs, is currently in late-stage clinical trials targeting multiple vascular applications, including vascular trauma repair, AV access for hemodialysis, and peripheral arterial disease. Preclinical development is also underway in coronary artery bypass grafts, pediatric heart surgery, treatment of type 1 diabetes, and multiple novel cell and tissue applications. Humacyte's 6mm HAV for AV access in hemodialysis was the first product candidate to receive the FDA's Regenerative Medicine Advanced Therapy (RMAT) designation and has also received FDA Fast Track designation. Humacyte's 6mm HAV for urgent arterial repair following extremity vascular trauma also has received an RMAT designation. The HAV received priority designation for the treatment of vascular trauma by the U.S. Secretary of Defense. For more information, visit www.Humacyte.com.

**Forward-Looking Statements**

This press release contains forward-looking statements that are based on beliefs and assumptions and on information currently available. In some cases, you can identify forward-looking statements by the following words: "may," "will," "could," "would," "should," "expect," "intend," "plan," "anticipate," "believe," "estimate," "predict," "project," "potential," "continue," "ongoing" or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. These statements involve risks, uncertainties, and other factors that may cause actual results, levels of activity, performance, or achievements to be materially different from the information expressed or implied by these forward-looking statements. Although we believe that we have a reasonable basis for each forward-looking statement contained in this press release, we caution you that these statements are based on a combination of facts and factors currently known by us and our projections of the future, about which we cannot be certain. Forward-looking statements in this press release include, but are not limited to, statements regarding the initiation, timing, progress, and results of our preclinical and clinical trials; the anticipated characteristics and performance of our HAVs; our ability to successfully complete, preclinical and clinical trials for our HAVs; the anticipated benefits of our HAVs relative to existing alternatives; the anticipated commercialization of our HAVs and our ability to manufacture at commercial scale; the implementation of our business model and strategic plans for our business; the timing or likelihood of regulatory filings and approvals, including the BLA for our V005 clinical trial; timing, scope, and rate of reimbursement for our HAVs; and our estimated available market opportunity. We cannot assure you that the forward-looking statements in this press release will prove to be accurate. These forward-looking statements are subject to a number of significant risks and uncertainties that could cause actual results to differ materially from expected results, including, among others, changes in applicable laws or regulations, the possibility that Humacyte may be adversely affected by other economic, business, and/or competitive factors, and other risks and uncertainties, including those described under the header "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2022 and in our Quarterly Report on Form 10-Q for the quarter ended June 30, 2023, each filed by Humacyte with the SEC, and in future SEC filings. Most of these factors are outside of Humacyte's control and are difficult to predict. Furthermore, if the forward-looking statements prove to be inaccurate, the inaccuracy may be material. In light of the significant uncertainties in these forward-looking statements, you should not regard these statements as a representation or warranty by us or any other person that we will achieve our objectives and plans in any specified time frame, or at all. Except as required by law, we have no current intention of updating any of the forward-looking statements in this press release. You should, therefore, not rely on these forward-looking statements as representing our views as of any date subsequent to the date of this press release.

**Humacyte Investor Contact:**
Joyce Allaire
LifeSci Advisors LLC
+1-617-435-6602
jallaire@lifesciadvisors.com
investors@humacyte.com

**Humacyte Media Contact:**
Rich Luchette
Precision Strategies
+1-202-845-3924
rich@precisionstrategies.com
media@humacyte.com

# Exhibit 14



## Humacyte, Inc. Announces Pricing of $40.2 Million Public Offering of Common Stock

DURHAM, N.C., Feb. 29, 2024 (GLOBE NEWSWIRE) -- Humacyte, Inc. (Nasdaq: HUMA), a clinical-stage biotechnology platform company developing universally implantable, bioengineered human tissue at commercial scale, today announced today announced the pricing of an underwritten public offering of 13,400,000 shares of its common stock at a public offering price of $3.00 per share. The aggregate gross proceeds from this offering are expected to be $40.2 million, before deducting underwriting discounts and commissions and other offering expenses payable by Humacyte. The closing of the offering is expected to occur on or about March 5, 2024, subject to the satisfaction of customary closing conditions. In addition, Humacyte has granted the underwriters an option for a period of 30 days to purchase up to an additional 2,010,000 shares of Humacyte's common stock at the public offering price, less underwriting discounts and commissions. All of the shares of common stock are being sold by Humacyte.

TD Cowen and Cantor are acting as joint book-running managers for the offering. BTIG is acting as lead manager.

Humacyte intends to use the net proceeds that it will receive from the offering to continue the advancement of its pipeline in regenerative medicine, to support U.S. Food and Drug Administration's ("FDA") review of its Biologics License Application ("BLA") seeking approval of Humacyte's bioengineered human acellular vessels ("HAVs") in urgent arterial repair following extremity vascular trauma when synthetic graft is not indicated and when autologous vein use is not feasible, to establish its initial commercial infrastructure in anticipation of future potential commercial launches and for general corporate purposes.

A shelf registration statement on Form S-3 (No. 333-267225) was previously filed with the Securities and Exchange Commission ("SEC") on September 1, 2022 and declared effective by the SEC on September 9, 2022. The securities are being offered by means of a prospectus supplement and accompanying prospectus relating to the offering that form a part of the registration statement. A preliminary prospectus supplement relating to and describing the terms of the offering was filed with the SEC on February 29, 2024 and is available on the SEC's website at www.sec.gov. The final prospectus supplement relating to and describing the terms of the offering will be filed with the SEC and also will be available on the SEC's website at www.sec.gov. Before investing in the offering, you should read each of the prospectus supplement and the accompanying prospectus relating to the offering in their entirety as well as the other documents that Humacyte has filed with the SEC that are incorporated by reference in the prospectus supplement and the accompanying prospectus relating to the offering, which provide more information about Humacyte and the offering. Copies of the final prospectus supplement, when available, and accompanying prospectus relating to the offering may be obtained from Cowen and Company, LLC, 599 Lexington Avenue, New York, NY 10022, by email at Prospectus_ECM@cowen.com or by telephone at (833) 297-2926; or Cantor Fitzgerald & Co, Attention: Capital Markets, 110 East 59th Street, 6th Floor New York, New York 10022 or by email at prospectus@cantor.com.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy any of the securities described herein, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

**About Humacyte**

Humacyte, Inc. (Nasdaq: HUMA) is developing a disruptive biotechnology platform to deliver universally implantable bioengineered human tissues, advanced tissue constructs, and organ systems designed to improve the lives of patients and transform the practice of medicine. The Company develops and manufactures acellular tissues to treat a wide range of diseases, injuries, and chronic conditions. Humacyte's initial product candidates, a portfolio of HAVs, are currently in late-stage clinical trials targeting multiple vascular applications, including vascular trauma repair, arteriovenous ("AV") access for hemodialysis, and peripheral artery disease. Preclinical development is also underway in coronary artery bypass grafts, pediatric heart surgery, treatment of type 1 diabetes, and multiple novel cell and tissue applications. Humacyte's 6mm HAV for AV access in hemodialysis was the first product candidate to receive the FDA's Regenerative Medicine Advanced Therapy ("RMAT") designation and has also received FDA Fast Track designation. Humacyte's 6mm HAV for urgent arterial repair following extremity vascular trauma also has received an RMAT designation. The HAV received priority designation for the treatment of vascular trauma by the U.S. Secretary of Defense.

**Forward-Looking Statements**

This press release contains forward-looking statements that are based on beliefs and assumptions and on information currently available. In some cases, you can identify forward-looking statements by the following words: "may," "will," "could," "would," "should," "expect," "intend," "plan," "anticipate," "believe," "estimate," "predict," "project," "potential," "continue," "ongoing" or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. These statements involve risks, uncertainties, and other factors that may cause actual results, levels of activity, performance, or achievements to be materially different from the information expressed or implied by these forward-looking statements. Although Humacyte believes that it has a reasonable basis for each forward-looking statement contained in this press release, Humacyte cautions you that these statements are based on a combination of facts and factors currently known by it and its projections of the future, about which Humacyte cannot be certain. Forward-looking statements in this press release include, but are not limited to, statements regarding the success of the offering; the anticipated use of proceeds from the offering; the implementation of Humacyte's business model and strategic plans for its business; and the timing or likelihood of regulatory filings, acceptances and approvals, including the BLA seeking approval of the HAV in urgent arterial repair following extremity vascular trauma when synthetic graft is not indicated and when autologous vein use is not feasible. Humacyte cannot assure you that the forward-looking statements in this press release will prove to be accurate. These forward-looking statements are subject to a number of significant risks and uncertainties that could cause actual results to differ materially from expected results, including, among others, changes in applicable laws or regulations, the possibility that Humacyte may be adversely affected by other economic, business, and/or competitive factors, and other risks and uncertainties, including those described under the header "Risk Factors" in Humacyte's Annual Report on Form 10-K for the year ended December 31, 2022 and in its subsequently filed Quarterly Reports on Form 10-Q, each filed by Humacyte with the SEC, and in future SEC filings. Most of these factors are outside of Humacyte's control and are difficult to predict. Furthermore, if the forward-looking statements prove to be inaccurate, the inaccuracy may be material. In light of the significant uncertainties in these forward-looking statements, you should not regard these statements as a representation or warranty by Humacyte or any other person that Humacyte will achieve its objectives and plans in any specified time

frame, or at all. Except as required by law, we have no current intention of updating any of the forward-looking statements in this press release. You should, therefore, not rely on these forward-looking statements as representing Humacyte's views as of any date subsequent to the date of this press release.

**Humacyte Investor Contact:**
Joyce Allaire
LifeSci Advisors LLC
+1-617-435-6602
jallaire@lifesciadvisors.com
investors@humacyte.com

**Humacyte Media Contact:**
Rich Luchette
Precision Strategies
+1-202-845-3924
rich@precisionstrategies.com
media@humacyte



Source: Humacyte, Inc.

# Exhibit 15



# Humacyte First Quarter 2024 Financial Results and Business Update

*-Biologics License Application (BLA) for HAV™ Accepted by FDA-*

*-BLA Granted Priority Review for Vascular Trauma Indication; PDUFA date set for August 10, 2024-*

*-Raised approximately $43 million in net proceeds from public offering of common stock-*

**-Conference call and live webcast at 8:00 a.m. ET today-**

DURHAM, N.C., May 10, 2024 (GLOBE NEWSWIRE) -- Humacyte, Inc. (Nasdaq: HUMA), a clinical-stage biotechnology platform company developing universally implantable, bioengineered human tissue at commercial scale, today announced financial results for the first quarter ended March 31, 2024 and highlighted recent accomplishments advancing the investigational Human Acellular Vessel™ (HAV) closer to planned U.S. market launch.

"During the first quarter of 2024, we achieved a major milestone with the acceptance by the Food and Drug Administration (FDA) of our Biologics License Application (BLA) seeking approval of the HAV in the vascular trauma indication," said Laura Niklason, M.D., Ph.D., Chief Executive Officer of Humacyte. "The FDA's decision to grant Priority Review sets a Prescription Drug User Fee Act (PDUFA) date of August 10, 2024, and the entire Humacyte team is working to support our planned U.S. market launch. Among our recent accomplishments is the completion of a Budget Impact Model illustrating the potential economic value of the HAV compared to current standard of care in vascular trauma. In addition, the FDA completed its Pre-Licensing Inspection of our manufacturing facilities in Durham, North Carolina as part of the BLA review process. We remain on track with our BLA review and commercial launch preparations and remain confident in the approvability of the HAV in vascular trauma."

**First Quarter 2024 and Recent Corporate Highlights**

*HAV in Vascular Trauma*

- **Biologics License Application for HAV Granted Priority Review by U.S. FDA for the Vascular Trauma Indication** – In February 2024, the FDA accepted and granted Priority Review to Humacyte's BLA seeking approval of the HAV in urgent arterial repair following extremity vascular trauma when synthetic graft is not indicated, and when autologous vein use not feasible. The BLA submission is supported by positive results from the V005 Phase 2/3 clinical trial, as well as real-world evidence from the treatment of wartime injuries in Ukraine under a humanitarian aid program. The HAV was observed to have higher rates of patency, or blood flow, and lower rates of amputation and infection, as compared to historic synthetic graft benchmarks.

- **Preparation for Planned U.S. Launch of HAV in Vascular Trauma** – Building upon the positive clinical results and the Priority Review grant by the FDA, Humacyte has implemented a company-wide, multi-disciplinary program designed to ensure U.S. launch readiness upon the anticipated approval of the HAV for the vascular trauma indication. Major recent milestones include the completion of a Budget Impact Model illustrating the potential economic value of the HAV compared to current standard of care. Presentations of clinical results and the Budget Impact Model are planned at upcoming medical meetings and in publications during the remainder of 2024. Other ongoing activities to build awareness include demonstrations of the HAV by Humacyte's Medical Affairs team at medical and military conferences, and at meetings conducted across the U.S. at Trauma medical centers. The Company has also begun the process to procure an ICD-10 PCS code for the HAV with the Centers for Medicare & Medicaid Services (CMS). We have also commenced the recruiting of a high-quality sales team to support the planned market launch. Humacyte is pleased to announce that we have hired Morgan Rankin as Vice President of Sales, joining Humacyte after 12 years at Teleflex Medical. Morgan most recently served as Vice President of Sales, Trauma and Emergency Medicine at Teleflex where she led a team of approximately 100 sales professionals focused on vascular access and hemorrhage control.

*Medical and Scientific Presentations*

- **Presentation Highlighting Advancement of the HAV in Dialysis Access** – in April 2024, Humacyte completed one year of follow-up in our Phase 3 clinical trial in arteriovenous (AV) access for hemodialysis comparing the HAV to the current standard of care, autologous arteriovenous fistula. Top line results are expected in the third quarter of this year. In addition, in collaboration with our corporate partner Fresenius Medical Care and its subsidiary Frenova Renal Research, Humacyte conducted a study to review the outcomes of close to 180,000 adult patients who received in-center dialysis at Fresenius Kidney Care dialysis centers. Among the areas of study were the complications and cost of treatment by patient demographic. The objective of the study was to further define patient subgroups who could most benefit from the HAV. Results from the study were presented by clinicians at a virtual KOL event in March 2024 titled "Hemodialysis Access: A Crossroads of Care" (a replay of the webinar is available here https://lifescievents.com/event/humacyte-2/). In the study women, particularly obese and diabetic women, were observed to have higher complication rates, including infections and access failures, and that these factors drive substantially higher treatment costs. The cost of maintaining dialysis access in patients, including costs of infections and fistula failures, average approximately $22,000 to $55,000 per year. In addition,

data indicate that vascular access costs for the upper quintile of patients exceed approximately $91,000 per year. Based on the results of this research, Humacyte has commenced a clinical study designed to demonstrate the anticipated clinical and health economic benefits of the HAV in female dialysis patients, a high-unmet-need population.

- **Advancement of Diabetes Program** – Results from ongoing preclinical studies support the potential of Humacyte's BioVascular Pancreas (BVP™) product candidate to enable the delivery and survival of insulin-producing islets as a potential treatment for type 1 diabetes. In three-month studies conducted in non-human primates, researchers observed that insulin-producing cells in the BVP survive after implantation and continue to make insulin. In addition, Humacyte has advanced the manufacturing of islets from human stem cells and has observed that these islets can arrest diabetes in rodent models. These and other preclinical results will be presented at several upcoming scientific conferences, including the American Diabetes Association Annual Meeting 2024 to be held June 21-24, 2024.
- **CABG Preclinical Remodeling Results** – Preclinical six-month studies have been conducted in non-human primates to support the planned advancement of the small-diameter HAV into human clinical trials in cardiac bypass graft surgery (CABG). Humacyte has observed remodeling of the HAV to a diameter that closely matches that of the native coronary vessels, which is an outcome not observed with any other conduit. These promising results of HAV patency and remodeling will be presented at the Tissue Engineering and Regenerative Medicine (TERM-2024) Conference on June 11-12, 2024.

The HAV and BVP are investigational products and have not been approved for sale by the FDA or any other regulatory agency.

**First Quarter 2024 Financial Highlights**

- The Company reported cash and cash equivalents of $115.5 million as of March 31, 2024. Total net cash provided was $35.1 million for the first three months of 2024, compared to net cash used of $20.2 million for the first three months of 2023. The increase in net cash provided resulted primarily from the receipt of approximately $43.0 million in net proceeds from an underwritten public offering of Humacyte's common stock in March 2024, and $20 million in proceeds from an additional draw under its previously disclosed funding arrangement with Oberland Capital Management. Humacyte believes that its cash and cash equivalents will be adequate to finance operations for at least 12 months from the date of this financial report, well past the currently anticipated timelines for FDA approval of commercialization of the HAV in the vascular trauma indication.
- There was no revenue for either the first quarter of 2024 or the first quarter of 2023.
- The overall operating expense run rate for the first quarter of 2024 is virtually identical to the fourth quarter of 2024. Total operating expenses, which includes non-cash expenses, were $26.6 million for the first quarter of 2024, largely unchanged compared to $26.2 million incurred for the 4th quarter of 2023.
- Research and development expenses were $21.3 million for the first quarter of 2024, compared to $17.3 million for the first quarter of 2023. The current-period increase resulted primarily from increased materials and personnel expenses to support expanded research and development initiatives and our clinical trials, including the expansion of clinical development of the HAV for use in AV access for hemodialysis.
- General and administrative expenses were $5.3 million for the first quarter of 2024, compared to $5.2 million for the first quarter of 2023. The slight increase during the three months ended March 31, 2024 compared to the prior-year period resulted primarily from increased professional fees and external services costs.
- Other net income (expense) was net expense of $5.3 million for the first quarter of 2024, compared to net expense of $14.5 million for the first quarter of 2023. The decrease in other net expense for the first quarter of 2024 compared to 2023 resulted primarily from the non-cash remeasurement of the contingent earnout liability associated with the Company's August 2021 merger with Alpha Healthcare Acquisition Corp.
- Net loss was $31.9 million for the first quarter of 2024, compared to $37.0 million for the first quarter of 2023. The current-period decrease in net loss resulted primarily from the non-cash remeasurement of the contingent earnout liability described above.

**Conference Call and Webcast Details**

| | |
|---|---|
| Title: | Humacyte First Quarter 2024 Financial Results Corporate Update |
| Date: | Friday, May 10, 2024 |
| Time: | 8:00 a.m. ET |
| Conference Call Details: | Toll-Free: 1- 877-704-4453 |
| | International: 1-201-389-0920 |
| | Conference ID #: 13746046 |
| Call me™ Feature (avoid waiting for operator): | Click Here |
| Webcast: | Webcast Link - Click Here |

A replay of the webcast will be available following the conclusion of the live broadcast and will be accessible on the investors section of the Company's website for at least 30 days.

**About Humacyte**

Humacyte, Inc. (Nasdaq: HUMA) is developing a disruptive biotechnology platform to deliver universally implantable bioengineered human tissues, advanced tissue constructs, and organ systems designed to improve the lives of patients and transform the practice of medicine. The Company develops and manufactures acellular tissues to treat a wide range of diseases, injuries, and chronic conditions. Humacyte's initial opportunity, a portfolio of HAVs, is currently in late-stage clinical trials targeting multiple vascular applications, including vascular trauma repair, AV access for hemodialysis, and peripheral arterial disease. Preclinical development is also underway in coronary artery bypass grafts, pediatric heart surgery, treatment of type 1 diabetes, and multiple novel cell and tissue applications. Humacyte's 6mm HAV for AV access in hemodialysis was the first product candidate to receive the FDA's Regenerative Medicine Advanced Therapy (RMAT) designation and has also received FDA Fast Track designation. Humacyte's 6mm HAV for urgent arterial repair following extremity vascular trauma also has received an RMAT designation. The HAV received priority designation for the treatment of vascular trauma by the U.S. Secretary of Defense. For more information, visit www.Humacyte.com.

**Forward-Looking Statements**

This press release contains forward-looking statements that are based on beliefs and assumptions and on information currently available. In some cases, you can identify forward-looking statements by the following words: "may," "will," "could," "would," "should," "expect," "intend," "plan," "anticipate," "believe," "estimate," "predict," "project," "potential," "continue," "ongoing" or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. These statements involve risks, uncertainties, and other factors that may cause actual results, levels of activity, performance, or achievements to be materially different from the information expressed or implied by these forward-looking statements. Although we believe that we have a reasonable basis for each forward-looking statement contained in this press release, we caution you that these statements are based on a combination of facts and factors currently known by us and our projections of the future, about which we cannot be certain. Forward-looking statements in this press release include, but are not limited to, statements regarding our plans and ability to execute product development, process development and preclinical development efforts successfully and on our anticipated timelines; our plans and ability to obtain marketing approval from the FDA and other regulatory authorities for the HAV and other product candidates; the outcome of the FDA's review of our BLA seeking approval of the HAV in the vascular trauma indication; our ability to design, initiate and successfully complete clinical trials and other studies for our product candidates and our plans and expectations regarding our ongoing or planned clinical trials, including for our V007 Phase 3 clinical trial; the characteristics and performance of the HAV; our ability to manufacture HAVs and other product candidates in sufficient quantities to satisfy our clinical trial and commercial needs; our plans and ability to commercialize the HAV and other product candidates, if approved by regulatory authorities; and our anticipated cash runway. We cannot assure you that the forward-looking statements in this press release will prove to be accurate. These forward-looking statements are subject to a number of significant risks and uncertainties that could cause actual results to differ materially from expected results, including, among others, changes in applicable laws or regulations, the possibility that Humacyte may be adversely affected by other economic, business, and/or competitive factors, and other risks and uncertainties, including those described under the header "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2023 filed with the SEC, and in future SEC filings. Most of these factors are outside of Humacyte's control and are difficult to predict. Furthermore, if the forward-looking statements prove to be inaccurate, the inaccuracy may be material. In light of the significant uncertainties in these forward-looking statements, you should not regard these statements as a representation or warranty by us or any other person that we will achieve our objectives and plans in any specified time frame, or at all. Except as required by law, we have no current intention of updating any of the forward-looking statements in this press release. You should, therefore, not rely on these forward-looking statements as representing our views as of any date subsequent to the date of this press release.

**Humacyte Investor Contact:**
Joyce Allaire
LifeSci Advisors LLC
+1-617-435-6602
jallaire@lifesciadvisors.com
investors@humacyte.com

**Humacyte Media Contact:**
Rich Luchette
Precision Strategies
+1-202-845-3924
rich@precisionstrategies.com
media@humacyte.com

**Humacyte, Inc.**

**Condensed Consolidated Statements of Operations and Comprehensive Loss**

**(unaudited)**

**(in thousands except for share and per share amounts)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2024** | **2023** |
| **Revenue** | $ — | $ — |
| **Operating expenses:** | | |
| Research and development | 21,264 | 17,278 |
| General and administrative | 5,314 | 5,234 |

| | | | |
|---|---|---:|---:|
| Total operating expenses | | 26,578 | 22,512 |
| **Loss from operations** | | **(26,578)** | **(22,512)** |
| | | | |
| Other income (expense), net: | | | |
| Change in fair value of contingent earnout liability | | (4,593) | (14,191) |
| Other expense (net) | | (725) | (266) |
| Total other expense, net | | (5,318) | (14,457) |
| **Net loss and comprehensive loss** | $ | **(31,896)** $ | **(36,969)** |
| | | | |
| Net loss per share, basic and diluted | $ | (0.29) $ | (0.36) |
| Weighted-average shares outstanding, basic and diluted | | 108,246,008 | 103,263,528 |

**Humacyte, Inc.**

**Condensed Consolidated Balance Sheets**

**(unaudited)**

**(in thousands)**

| | | March 31, 2024 | | December 31, 2023 |
|---|---|---:|---|---:|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 115,505 | $ | 80,448 |
| Prepaid expenses and other current assets | | 2,421 | | 2,830 |
| Total current assets | | 117,926 | | 83,278 |
| Property and equipment, net | | 25,653 | | 26,791 |
| Finance lease right-of-use assets, net | | 17,059 | | 17,313 |
| Other long-term assets | | 828 | | 841 |
| **Total assets** | $ | **161,466** | $ | **128,223** |
| | | | | |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 3,452 | $ | 6,490 |
| Accrued expenses | | 7,917 | | 9,340 |
| Other current liabilities | | 2,718 | | 2,613 |
| Total current liabilities | | 14,087 | | 18,443 |
| | | | | |
| Revenue interest liability | | 57,959 | | 38,600 |
| Contingent earnout liability | | 42,509 | | 37,916 |
| Finance lease obligation, net of current portion | | 15,850 | | 16,293 |
| Other long-term liabilities | | 4,909 | | 3,425 |
| **Total liabilities** | | **135,314** | | **114,677** |
| | | | | |
| **Stockholders' equity** | | | | |
| Common stock and additional paid-in capital | | 595,362 | | 550,860 |
| Accumulated deficit | | (569,210) | | (537,314) |
| Total stockholders' equity | | 26,152 | | 13,546 |
| **Total liabilities and stockholders' equity** | $ | **161,466** | $ | **128,223** |



Source: Humacyte, Inc

# Exhibit 16

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2024**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____.**

**Commission File Number: 001-39532**

# Humacyte, Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **85-1763759** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **2525 East North Carolina Highway 54** | |
| **Durham, NC** | **27713** |
| (Address of principal executive offices) | (Zip code) |

**(919) 313-9633**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.0001 per share** | **HUMA** | **The Nasdaq Stock Market LLC** |
| **Redeemable Warrants, each whole warrant exercisable for one share of Common Stock at an exercise price of $11.50** | **HUMAW** | **The Nasdaq Stock Market LLC** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 5, 2024, 119,351,122 shares of common stock, par value $0.0001, were issued and outstanding.

**Humacyte, Inc.**
**Quarterly Report on Form 10-Q**
**Table of Contents**

|  |  | Page No. |
|---|---|---|
| **PART I – FINANCIAL INFORMATION** |  |  |
| Item 1. | Financial Statements | 5 |
|  | Condensed Consolidated Balance Sheets (unaudited) | 5 |
|  | Condensed Consolidated Statements of Operations and Comprehensive Loss (unaudited) | 6 |
|  | Condensed Consolidated Statements of Changes in Stockholders' Equity (unaudited) | 7 |
|  | Condensed Consolidated Statements of Cash Flows (unaudited) | 8 |
|  | Notes to Condensed Consolidated Financial Statements (unaudited) | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 44 |
| Item 4. | Controls and Procedures | 44 |
| **PART II – OTHER INFORMATION** |  |  |
| Item 1. | Legal Proceedings | 45 |
| Item 1A. | Risk Factors | 45 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 45 |
| Item 3. | Defaults Upon Senior Securities | 45 |
| Item 4. | Mine Safety Disclosures | 45 |
| Item 5. | Other Information | 46 |
| Item 6. | Exhibits | 47 |
| **SIGNATURES** |  | 48 |

2

FORWARD-LOOKING STATEMENTS

This Quarterly Report on Form 10-Q ("Quarterly Report") contains forward-looking statements that involve substantial risks and uncertainties. "Forward-looking statements," as that term is defined in the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 (the "Exchange Act") are statements that are not historical facts and involve a number of risks and uncertainties. These statements include, without limitation, statements regarding the financial position, business strategy and the plans and objectives of management for future operations. These statements constitute projections, forecasts and forward-looking statements, and are not guarantees of performance. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used therein, words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. Such statements are based on the beliefs of, as well as assumptions made by and information currently available to, our management.

Forward-looking statements may include, for example, statements about:

- the outcome of the United States ("U.S.") Food and Drug Administration ("FDA") review of our Biologics License Application ("BLA") seeking approval of our bioengineered human acellular vessels (Acellular Tissue Engineered Vessel or "ATEV™", formerly referred to as the "Human Acellular Vessel" or "HAV") in urgent arterial repair following extremity vascular trauma when synthetic graft is not indicated and autologous vein graft is not feasible;

- our plans and ability to execute product development, process development and preclinical development efforts successfully and on our anticipated timelines;

- our plans, anticipated timeline and ability to file applications for, and obtain marketing approvals from, the U.S. FDA and other regulatory authorities, including the European Medicines Agency, for our ATEV and other product candidates;

- our ability to design, initiate and successfully complete clinical trials and other studies for our product candidates and our plans and expectations regarding our ongoing or planned clinical trials, including for our V007 and V012 Phase 3 clinical trials;

- the outcome of our ongoing discussions with the FDA concerning the design of our clinical trials;

- our anticipated growth rate and market opportunities;

- the potential liquidity and trading of our securities;

- our ability to raise additional capital in the future;

- our ability to use our proprietary scientific technology platform to build a pipeline of additional product candidates;

- the characteristics and performance of our ATEVs;

- our plans and ability to commercialize our ATEVs and other product candidates, if approved by regulatory authorities;

- the degree of market acceptance of ATEVs, if approved by regulatory authorities, and the availability of third-party coverage and reimbursement;

- our ability to manufacture ATEVs and other product candidates in sufficient quantities to satisfy our clinical trial and commercial needs, if approved by regulatory authorities;

- our expectations regarding our strategic partnership with Fresenius Medical Care Holdings, Inc. ("Fresenius Medical Care") to sell, market and distribute our 6 millimeter ATEV for certain specified indications and in specified markets, if approved by regulatory authorities;

- the expected size of the target populations for our product candidates;

- the anticipated benefits of our ATEVs relative to existing alternatives;

- our assessment of the competitive landscape;

- the performance of other third parties on which we rely, including our third-party manufacturers, our licensors, our suppliers and the organizations conducting our clinical trials;

- our ability to obtain and maintain intellectual property protection for our product candidates as well as our ability to operate our business without infringing, misappropriating or otherwise violating the intellectual property rights of others;

- our ability to maintain the confidentiality of our trade secrets, particularly with respect to our manufacturing process;

- our compliance with applicable laws and regulatory requirements, including FDA regulations, healthcare laws and regulations, and anti-corruption laws;

- our ability to attract, retain and motivate qualified personnel and to manage our growth effectively;

- our future financial performance and capital requirements;

- our estimates regarding how long our existing cash and cash equivalents will be sufficient to fund our anticipated operating expenses, capital expenditures and debt service obligations;

- our ability to implement and maintain effective internal controls; and

- the impact of the overall global economy and increasing interest rates and inflation on our business.

We caution readers not to place undue reliance on any such forward-looking statements, which speak only as of the date they are made. Any forward-looking statements are based on information current as of the date of this Quarterly Report and speak only as of the date on which such statements are made. Actual events or results may differ materially from the results, plans, intentions or expectations anticipated in these forward-looking statements as a result of a variety of factors, many of which are beyond our control. More information on factors that could cause actual results to differ materially from those anticipated is included from time to time in our reports filed with the Securities and Exchange Commission (the "SEC"), including, but not limited to, those described in the sections titled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in this Quarterly Report and our Annual Report on Form 10-K for the year ended December 31, 2023, which we filed with the SEC on March 28, 2024. We disclaim any obligation, except as specifically required by law, to publicly update or revise any such statements to reflect any change in our expectations or in events, conditions or circumstances on which any such statements may be based, or that may affect the likelihood that actual results will differ from those set forth in the forward-looking statements.

4

## PART I – FINANCIAL INFORMATION

### Item 1. Financial Statements

**Humacyte, Inc.**
**Condensed Consolidated Balance Sheets**
**(unaudited)**
**(in thousands except for share and per share amounts)**

| | June 30, 2024 | | December 31, 2023 | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 93,563 | $ | 80,448 |
| Prepaid expenses and other current assets | | 2,547 | | 2,830 |
| Total current assets | | 96,110 | | 83,278 |
| | | | | |
| Property and equipment, net | | 24,820 | | 26,791 |
| Finance lease right-of-use assets, net | | 16,536 | | 17,313 |
| Other long-term assets | | 815 | | 841 |
| **Total assets** | **$** | **138,281** | **$** | **128,223** |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 6,005 | $ | 6,490 |
| Accrued expenses | | 8,950 | | 9,340 |
| Finance lease obligation, current portion | | 2,746 | | 2,560 |
| Operating lease obligation, current portion | | 56 | | 53 |
| Total current liabilities | | 17,757 | | 18,443 |
| | | | | |
| Contingent Earnout Liability | | 68,080 | | 37,916 |
| Revenue interest liability | | 60,078 | | 38,600 |
| Finance lease obligation, net of current portion | | 15,123 | | 16,293 |
| Contingent derivative liability | | 4,266 | | 2,636 |
| Other long-term liabilities | | 1,264 | | 789 |
| **Total liabilities** | | **166,568** | | **114,677** |
| | | | | |
| **Commitments and contingencies (Note 11)** | | | | |
| | | | | |
| **Stockholders' equity** | | | | |
| Preferred stock, $0.0001 par value; 20,000,000 shares designated as of June 30, 2024 and December 31, 2023; 0 shares issued and outstanding as of June 30, 2024 and December 31, 2023 | | — | | — |
| Common stock, $0.0001 par value; 250,000,000 shares authorized as of June 30, 2024 and December 31, 2023; 119,347,688 and 103,673,728 shares issued and outstanding as of June 30, 2024 and December 31, 2023, respectively | | 12 | | 10 |
| Additional paid-in capital | | 597,574 | | 550,850 |
| Accumulated deficit | | (625,873) | | (537,314) |
| Total stockholders' equity | | (28,287) | | 13,546 |
| **Total liabilities and stockholders' equity** | **$** | **138,281** | **$** | **128,223** |

The accompanying notes are an integral part of these financial statements.

5

**Humacyte, Inc.**
**Condensed Consolidated Statements of Operations and Comprehensive Loss**
**(unaudited)**
**(in thousands except for share and per share amounts)**

| | For the Three Months Ended June 30, | | For the Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | 2024 | 2023 |
| **Revenue** | $ — | $ — | $ — | $ — |
| | | | | |
| **Operating expenses:** | | | | |
| Research and development | 23,753 | 20,540 | 45,017 | 37,818 |
| General and administrative | 5,746 | 6,191 | 11,060 | 11,425 |
| Total operating expenses | 29,499 | 26,731 | 56,077 | 49,243 |
| **Loss from operations** | **(29,499)** | **(26,731)** | **(56,077)** | **(49,243)** |
| | | | | |
| Other income (expense), net: | | | | |
| Interest income | 1,310 | 1,479 | 2,341 | 2,954 |
| Change in fair value of Contingent Earnout Liability | (25,571) | 3,627 | (30,164) | (10,564) |
| Interest expense | (2,515) | (1,710) | (4,331) | (3,409) |
| Change in fair value of derivative liabilities | (388) | (57) | (328) | (99) |
| Employee retention credit | — | 3,107 | — | 3,107 |
| Loss on extinguishment of debt | — | (2,421) | — | (2,421) |
| Total other income (expense), net | (27,164) | 4,025 | (32,482) | (10,432) |
| **Net loss and comprehensive loss** | **$ (56,663)** | **$ (22,706)** | **$ (88,559)** | **$ (59,675)** |
| | | | | |
| Net loss per share attributable to common stockholders, basic and diluted | $ (0.48) | $ (0.22) | $ (0.78) | $ (0.58) |
| Weighted-average shares outstanding used in computing net loss per share attributable to common stockholders, basic and diluted | 119,174,681 | 103,361,501 | 113,710,344 | 103,312,785 |

The accompanying notes are an integral part of these financial statements.

6

**Humacyte, Inc.**
**Condensed Consolidated Statements of Changes in Stockholders' Equity**
**(unaudited)**
**(in thousands except for share amounts)**

| | Common Stock | | Additional Paid-in Capital | | Accumulated Deficit | | Total Stockholders' Equity | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | | | | | | |
| **Balance as of December 31, 2023** | 103,673,728 | $ 10 | $ 550,850 | $ (537,314) | $ 13,546 |
| Issuance of stock in public offering, net of issuance costs | 15,410,000 | 2 | 43,044 | — | 43,046 |
| Proceeds from the exercise of stock options | 625 | — | 2 | — | 2 |
| Stock-based compensation | — | — | 1,454 | — | 1,454 |
| Net loss | — | — | — | (31,896) | (31,896) |
| **Balance as of March 31, 2024** | 119,084,353 | $ 12 | $ 595,350 | $ (569,210) | $ 26,152 |
| Proceeds from the exercise of stock options | 263,335 | — | 787 | — | 787 |
| Stock-based compensation | — | — | 1,437 | — | 1,437 |
| Net loss | — | — | — | (56,663) | (56,663) |
| **Balance as of June 30, 2024** | 119,347,688 | $ 12 | $ 597,574 | $ (625,873) | $ (28,287) |

| | Common Stock | | Additional Paid-in Capital | | Accumulated Deficit | | Total Stockholders' Equity | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | | | | | | |
| **Balance as of December 31, 2022** | 103,229,013 | $ 10 | $ 543,456 | $ (426,538) | $ 116,928 |
| Proceeds from the exercise of stock options | 100,158 | — | 119 | — | 119 |
| Stock-based compensation | — | — | 1,809 | — | 1,809 |
| Net loss | — | — | — | (36,969) | (36,969) |
| **Balance as of March 31, 2023** | 103,329,171 | $ 10 | $ 545,384 | $ (463,507) | $ 81,887 |
| Proceeds from the exercise of stock options | 79,077 | — | 95 | — | 95 |
| Stock-based compensation | — | — | 1,841 | — | 1,841 |
| Net income | — | — | — | (22,706) | (22,706) |
| **Balance as of June 30, 2023** | 103,408,248 | $ 10 | $ 547,320 | $ (486,213) | $ 61,117 |

The accompanying notes are an integral part of these financial statements.

7

**Humacyte, Inc.**
**Condensed Consolidated Statements of Cash Flows**
**(unaudited)**
**(in thousands)**

| | For the Six Months Ended June 30, | |
| --- | --- | --- |
| | **2024** | **2023** |
| **Cash flows from operating activities** | | |
| Net loss | $ (88,559) | $ (59,675) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation expense | 2,530 | 3,026 |
| Stock-based compensation expense | 2,891 | 3,650 |
| Change in fair value of Contingent Earnout Liability | 30,164 | 10,564 |
| Non-cash interest expense | 3,544 | 737 |
| Change in fair value of derivative liabilities | 328 | 99 |
| Loss on extinguishment of debt | — | 2,421 |
| Loss on disposal of property and equipment | — | 9 |
| Amortization expense | 1,040 | 1,030 |
| Non-cash operating lease costs | 26 | 24 |
| Amortization of SVB debt discount | — | 482 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | — | 31 |
| Prepaid expenses and other current assets | 283 | (3,660) |
| Accounts payable | (638) | 766 |
| Accrued expenses | (221) | (724) |
| Operating lease obligation | (26) | (24) |
| Net cash used in operating activities | (48,638) | (41,244) |
| | | |
| **Cash flows from investing activities** | | |
| Proceeds from maturity of short-term investments (certificates of deposit) | — | 2,107 |
| Purchase of property and equipment | (575) | (1,637) |
| Net cash (used in) provided by investing activities | (575) | 470 |
| | | |
| **Cash flows from financing activities** | | |
| Proceeds from issuance of stock in public offering, net of underwriting fees | 43,396 | — |
| Payments of costs related to public offering | (350) | — |
| Proceeds from revenue interest purchase agreement, net of issuance costs | 20,000 | 39,377 |
| Payments of transaction costs related to revenue interest purchase agreement | (500) | (1,164) |
| Proceeds from the exercise of stock options | 789 | 214 |
| Proceeds from JDRF Agreement | 240 | 80 |
| Payments of finance lease principal | (1,247) | (1,091) |
| Principal payments on SVB loan | — | (31,500) |
| Payments for debt prepayment and extinguishment costs | — | (310) |
| Net cash provided by financing activities | 62,328 | 5,606 |
| | | |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 13,115 | (35,168) |
| Cash, cash equivalents and restricted cash at the beginning of the period | 80,801 | 149,772 |
| **Cash, cash equivalents and restricted cash at the end of the period** | $ 93,916 | $ 114,604 |
| | | |
| **Supplemental disclosure:** | | |
| Cash paid for interest on SVB loan | $ — | $ 1,613 |
| | | |
| **Supplemental disclosure of noncash activities:** | | |
| Debt discount from embedded contingent derivative liability | $ 1,552 | $ 2,354 |

The accompanying notes are an integral part of these financial statements.

8

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

## 1. Organization and Description of Business

**Organization**

Humacyte, Inc. and subsidiary (unless the context indicates otherwise, collectively, the "Company") is pioneering the development and manufacture of off-the-shelf, universally implantable, bioengineered human tissues, advanced tissue constructs and organ systems with the goal of improving the lives of patients and transforming the practice of medicine. The Company is leveraging its regenerative medicine technology platform to develop proprietary product candidates for use in the treatment of diseases and conditions across a range of anatomic locations in multiple therapeutic areas.

On August 26, 2021 (the "Closing Date"), Alpha Healthcare Acquisition Corp. ("AHAC") consummated a merger pursuant to a Business Combination Agreement, dated as of February 17, 2021 (the "Merger Agreement"), by and among Humacyte, Inc. ("Legacy Humacyte"), AHAC and Hunter Merger Sub, Inc. ("Merger Sub"), a wholly owned subsidiary of AHAC. As contemplated by the Merger Agreement, Merger Sub merged with and into Legacy Humacyte, with Legacy Humacyte continuing as the surviving corporation and as a wholly-owned subsidiary of AHAC (such transactions, the "Merger," and, collectively with the other transactions described in the Merger Agreement, the "Reverse Recapitalization"). On the Closing Date, AHAC changed its name to Humacyte, Inc. and Legacy Humacyte changed its name to Humacyte Global, Inc. ("Global"). The Merger was accounted for as a reverse recapitalization in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"), and under this method of accounting, AHAC was treated as the acquired company for financial reporting purposes and Legacy Humacyte was treated as the acquirer. Operations prior to the Merger are those of Legacy Humacyte.

**Liquidity and Going Concern**

Since its inception in 2004, the Company has generated no product revenue and has incurred operating losses and negative cash flows from operations in each year. To date, the Company has financed its operations primarily through the sale of equity securities and convertible debt, proceeds from the Reverse Recapitalization, borrowings under loan facilities, proceeds from a revenue interest purchase agreement and, to a lesser extent, through governmental and other grants. At June 30, 2024 and December 31, 2023, the Company had an accumulated deficit of $625.9 million and $537.3 million, respectively. The Company's operating losses were $56.1 million and $49.2 million for the six months ended June 30, 2024 and 2023, respectively. Net cash flows used in operating activities were $48.6 million and $41.2 million during the six months ended June 30, 2024 and 2023, respectively. Substantially all of the Company's operating losses resulted from costs incurred in connection with the Company's research and development programs and from general and administrative costs associated with the Company's operations. On August 9, 2024, the FDA informed the Company that the FDA required additional time to complete its review of the Company's BLA for the ATEV in adults as a vascular conduit for extremity arterial injury when urgent revascularization is needed to avoid imminent limb loss, and autologous vein graft is not feasible. The Company will have an additional $40.0 million available for draw under the Purchase Agreement upon BLA approval, when and if received from the FDA. The Company expects to incur substantial operating losses and negative cash flows from operations for the foreseeable future as the Company advances its product candidates.

As further disclosed in Note 6, on May 12, 2023, Humacyte, Inc. and Global entered into a Revenue Interest Purchase Agreement (the "Purchase Agreement") with two purchasers, both affiliates of Oberland Capital Management LLC (the "Purchasers"), and another affiliate of Oberland Capital Management LLC, as agent for the Purchasers, to obtain financing with respect to the further development and commercialization of the Company's ATEV, to repay the Company's then-existing credit facility with SVB, and for other general corporate purposes. As of June 30, 2024, $60.1 million was recorded as a revenue interest liability on the condensed consolidated balance sheet.

The Purchase Agreement contains customary representations and warranties and affirmative covenants for transactions of this type, including, among others, the provision of financial and other information to the Purchaser, notice to the Purchaser upon the occurrence of certain material events, and compliance with applicable laws. The Purchase Agreement also contains customary negative covenants, including certain restrictions on the ability to incur indebtedness and grant liens or security interests on assets. On February 18, 2024, the Company reached an agreement with the Purchasers and the Agent to waive certain breaches related to, and extend the deadline for

certain post-closing obligations under, the Purchase Agreement, including the requirement for the Company to deliver a leasehold mortgage in favor of the Agent over the

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

Company's headquarters. On May 8, 2024, the Company agreed with the Purchasers to amend the Purchase Agreement to remove requirements related to the leasehold mortgage. In exchange for removing this requirement, the Company agreed to fund, no later than August 17, 2024, an account in the amount of $54.0 million over which the Agent will have certain consent and other rights to $50.0 million of the funds. As of the date of this filing, the Company has not funded the required amount but intends to do so prior to the August 17, 2024 deadline. If the Company does not fund the required amount by August 17, 2024, the Purchasers have the right to terminate the Purchase Agreement and to require Global to repurchase the Revenue Interests. See Note 6 for further information.

The Company is required to evaluate whether there are conditions and events, considered in the aggregate, that raise substantial doubt about its ability to continue as a going concern for at least one year from the issuance date of its financial statements. As of June 30, 2024, the Company had cash and cash equivalents of $93.6 million. As noted above, by August 17, 2024, the Company is required to fund the restricted cash account, in accordance with the amended Purchase Agreement, of which $50.0 million will not be subject to the Company's unilateral control. Based on current plans and assumptions, which exclude this $50.0 million of cash and the potential approval of the BLA from its forecasted liquidity, the Company will not have sufficient cash and cash equivalents to fund its operations beyond one year from the issuance of these financial statements if the Company is unable to achieve approval of the ATEV and generate sufficient cash flows from commercial sales on a timely basis and/or obtain additional capital. These factors raise substantial doubt about the Company's ability to continue as a going concern. Accordingly, the Company will, over the course of the next year, require additional financing to continue its operations. Adequate additional capital may not be available to the Company when needed or on acceptable terms. If the Company is unable to raise sufficient capital when required, the Company may be required to reduce or discontinue its operations, sell assets, or cease all operations. The accompanying unaudited condensed consolidated financial statements have been prepared assuming that the Company will continue as a going concern and contemplate the realization of assets and the satisfaction of liabilities in the normal course of business. The accompanying financial statements do not include any adjustments related to the recoverability and classification of assets or the amounts and classification of liabilities or any other adjustments that might be necessary should the Company be unable to continue as a going concern.

## 2. Summary of Significant Accounting Policies

### Basis of Presentation

The Company has prepared the accompanying financial statements in conformity with U.S. GAAP. The Company's condensed consolidated financial statements reflect the operations of the Company and its wholly owned subsidiary. All intercompany accounts and transactions have been eliminated in consolidation.

### Use of Estimates

The preparation of financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Significant estimates in the financial statements include stock-based compensation costs, right-of-use assets, accruals for research and development activities, contingent earnout liability, revenue interest liability, derivative liabilities, fair value of common stock warrants and income taxes. The Company evaluates its estimates and assumptions on an ongoing basis using historical experience and other factors and adjusts those estimates and assumptions when facts and circumstances dictate. Actual results could differ from those estimates.

10

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

**Unaudited Interim Condensed Consolidated Financial Statements**

The accompanying interim condensed consolidated financial statements and the related footnote disclosures are unaudited. These unaudited interim financial statements have been prepared on the same basis as the audited financial statements and, in management's opinion, include all adjustments, consisting of only normal recurring adjustments, necessary for the fair statement of the Company's financial position as of June 30, 2024 and its results of operations for the three and six months ended June 30, 2024 and 2023, and cash flows for the six months ended June 30, 2024 and 2023. The results of operations for the three and six months ended June 30, 2024 are not necessarily indicative of the results to be expected for the year ending December 31, 2024 or any other period. The December 31, 2023 year-end condensed consolidated balance sheet was derived from audited annual financial statements but does not include all disclosures from the annual financial statements.

Certain information and footnote disclosures normally included in consolidated financial statements prepared in accordance with U.S. GAAP have been condensed or omitted pursuant to such rules and regulations. Accordingly, these condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements for the year ended December 31, 2023 and the related notes included in the Company's Annual Report on Form 10-K, filed with the SEC on March 28, 2024 (the "Annual Report"), which provides a more complete discussion of the Company's accounting policies and certain other information. There have been no significant changes to the significant accounting policies disclosed in Note 2 of the audited consolidated financial statements as of and for the years ended December 31, 2023 and 2022 included in the Company's Annual Report.

**Segments**

The Company operates and manages its business as one reportable and operating segment. The Company is developing proprietary, bioengineered, acellular human tissues, advanced tissue constructs and organ systems that are designed to be used in the treatment of diseases and conditions across a range of anatomic locations in multiple therapeutic areas. The Company's chief executive officer, who is the chief operating decision maker, reviews financial information on an aggregate basis for purposes of evaluating financial performance and allocating resources.

**Concentration of Credit Risk**

Financial instruments which potentially subject the Company to concentrations of credit risk consist principally of cash and cash equivalents. Total cash balances exceeded insured balances by the Federal Deposit Insurance Corporation as of June 30, 2024 and December 31, 2023. As of both June 30, 2024 and December 31, 2023, the Company had cash equivalents held in highly rated money market funds that are invested only in obligations of the U.S. government and its agencies.

**Restricted Cash**

The Company classifies as restricted cash all cash pledged as collateral to secure long-term obligations and all cash whose use is otherwise limited by contractual provisions. As of both June 30, 2024 and December 31, 2023, restricted cash consisted of $0.2 million in funds maintained in a separate deposit account to secure a letter of credit for the benefit of the lessor of the Company's headquarters lease, and $0.1 million in cash balances held as collateral for the Company's employee credit card program.

The following table provides a reconciliation of cash, cash equivalents and restricted cash reported within the condensed consolidated balance sheets to the total of the amounts shown in the condensed consolidated statements of cash flows as of June 30, 2024 and December 31, 2023.

11

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

| ($ in thousands) | June 30, 2024 | | December 31, 2023 | |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 93,563 | $ | 80,448 |
| Restricted cash included in prepaid expenses and other current assets | | 144 | | 144 |
| Restricted cash included in other long-term assets | | 209 | | 209 |
| Total cash, cash equivalents and restricted cash | $ | 93,916 | $ | 80,801 |

**Employee Retention Credit**

The Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act") provided refundable employee retention credits, which could be used to offset payroll tax liabilities. Under the provisions of the extension of the CARES Act, the Company qualified for the employee retention credit for the first three quarters of 2021, and the Company applied for the credit in February 2023. As there is no authoritative guidance under U.S. GAAP for accounting for grants to for-profit business entities, the Company accounted for the grant by applying Accounting Standards Codification ("ASC") 450, *Contingencies*. The Company received an employee retention credit of $3.1 million in July 2023, and recognized the credit as a component of other income (expense), net on the condensed consolidated statement of operations and comprehensive loss during the three and six months ended June 30, 2023 after the Company received notices from the Internal Revenue Service specifying the amount of the credit receivable, and all uncertainties were resolved regarding receipt of the credit.

**Net Loss per Share Attributable to Common Stockholders**

Basic net loss per share attributable to common stockholders is computed by dividing net loss attributable to common stockholders by the weighted-average number of common shares outstanding during the period without consideration of potentially dilutive shares of the Company's common stock, par value $0.0001 per share ("Common Stock"). Diluted net loss per share attributable to common stockholders reflects the potential dilution that could occur if securities or other contracts to issue Common Stock were exercised or converted into Common Stock or resulted in the issuance of Common Stock that then shared in the earnings of the Company unless inclusion of such shares would be anti-dilutive. As the Company has incurred losses for the three and six months ended June 30, 2024 and 2023, basic and diluted net loss per share is the same for each period.

The following potential shares of Common Stock were excluded from the computation of diluted net loss per share for each period because including them would have had an antidilutive effect.

| | Three and Six Months Ended June 30, | |
|---|---|---|
| | 2024 | 2023 |
| Exercise of options under stock plan | 12,521,655 | 7,263,434 |
| Warrants to purchase Common Stock | 5,588,506 | 5,588,506 |

The 15,000,000 Contingent Earnout Shares, as defined in Note 8, are excluded from the anti-dilutive table for all periods presented, as such shares are contingently issuable until the share price of the Company exceeds specified thresholds that have not yet been achieved, or upon the occurrence of a change in control. The Option Agreement, as defined in Note 6 — Revenue Interest Purchase Agreement, is excluded from the anti-dilutive table for all periods presented based on the Company's assumption that the Option Agreement will not be exercised unless the Company's stock price exceeds $7.50 per share, the minimum purchase price under the Option Agreement.

12

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

**Other Risks and Uncertainties**

The Company is subject to risks and uncertainties common to early-stage companies in the biotechnology industry, including, but not limited to, successful discovery and development of its product candidates, the success of clinical trials and other studies for its product candidates, including its ongoing V007 and V012 Phase 3 clinical trials, the regulatory approval and commercialization of its ATEVs and other product candidates, the expected size of the target populations for the Company's product candidates, the degree of market acceptance of the ATEVs, if approved, the availability of third-party coverage and reimbursement, development by competitors of new technological innovations, the ability to manufacture ATEVs and other product candidates in sufficient quantities, expectations regarding the Company's strategic partnerships, dependence on third parties, key personnel and the ability to attract and retain qualified employees, protection of proprietary technology and confidentiality of trade secrets, compliance with governmental regulations, the Company's implementation and maintenance of effective internal controls, and the ability to secure additional capital to fund operations and the commercial success of its product candidates.

Product candidates currently under development will require extensive preclinical and clinical testing and regulatory approval prior to commercialization. These efforts require significant amounts of additional capital, adequate personnel, and infrastructure and extensive compliance-reporting capabilities. Even if the Company's commercialization efforts are successful, it is uncertain when, if ever, the Company will realize significant revenue from product sales, and the Company may depend on certain strategic relationships to distribute its products, including the Company's strategic partnership with Fresenius Medical Care, to sell, market and distribute its 6 millimeter ATEV for certain specified indications outside the United States.

**Recent Accounting Pronouncements**

In November 2023, the FASB issued ASU No. 2023-07, "Segment Reporting (Topic 280), Improvements to Reportable Segment Disclosures" ("ASU 2023-07"). The FASB issued this update to improve the disclosures about an entity's reportable segments, including providing more detailed information about a reportable segment's expenses, enhancing interim disclosure requirements and providing new segment disclosure requirements for entities with a single reportable segment. This standard is effective for fiscal years beginning after December 15, 2023, and interim periods within fiscal years beginning after December 15, 2024, with early adoption permitted. Entities should apply the amendments retrospectively to all prior periods presented in the financial statements. This ASU is applicable to the Company's Annual Report on Form 10-K for the fiscal year ending December 31, 2024, and subsequent interim periods. The Company is currently evaluating the impact of adopting ASU 2023-07 on its disclosures included in the notes to the consolidated financial statements.

In December 2023, the FASB issued ASU No. 2023-09, "Income Taxes (Topic 740), Improvements to Income Tax Disclosures" ("ASU 2023-09"). The FASB issued this update to improve the transparency and comparability of income tax disclosures, including requiring consistent categories and greater disaggregation of information in the rate reconciliation and further disaggregation of income taxes paid by jurisdiction. This standard is effective for fiscal years beginning after December 15, 2024, with early adoption is permitted. Entities should apply the amendments prospectively, with retrospective application permitted. This ASU is applicable to the Company's Annual Report on Form 10-K for the fiscal year ending December 31, 2025. The Company is currently evaluating the impact of adopting ASU 2023-09 on its disclosures included in the notes to the consolidated financial statements.

**3. Fair Value Measurements**

Fair value is defined as the price that would be received to sell an asset or paid to transfer a liability in the principal or most advantageous market in an orderly transaction between market participants at the measurement date. ASC 820, *Fair Value Measurement and Disclosures*, establishes a hierarchy whereby inputs to valuation techniques used in measuring fair value are prioritized, or the fair value hierarchy. There are three levels to the fair value hierarchy based on reliability of inputs, as follows:

- Level 1 — Observable inputs that reflect unadjusted quoted prices for identical assets or liabilities in active markets.

13

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

- Level 2 — Inputs other than quoted prices included in Level 1 that are observable for the asset or liability, such as quoted prices for similar assets or liabilities, quoted prices in markets that are not active, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities.

- Level 3 — Unobservable inputs in which little or no market data exists, therefore requiring the Company to develop its own assumptions.

The Company's money market funds are classified within Level 1 of the fair value hierarchy because they are valued using quoted market prices. The carrying values of cash, prepaid expenses and other current assets, accounts payable and accrued expenses as of June 30, 2024 and December 31, 2023 approximated their fair values due to the short-term nature of these items.

The Company evaluates assets and liabilities subject to fair value measurements on a recurring basis to determine the appropriate level at which to classify them for each reporting period, utilizing valuation techniques that maximize the use of observable inputs and minimize the use of unobservable inputs to the extent possible. The determination requires significant judgments to be made by the Company.

The Company's assets and liabilities that were measured at fair value on a recurring basis were as follows:

| ($ in thousands) | Fair Value Measured as of June 30, 2024 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Assets: | | | | |
| Cash equivalents (money market funds) | $ 91,748 | $ — | $ — | $ 91,748 |
| Total financial assets | $ 91,748 | $ — | $ — | $ 91,748 |
| Liabilities: | | | | |
| Contingent Earnout Liability | $ — | $ — | $ 68,080 | $ 68,080 |
| Contingent derivative liability | — | — | 4,266 | 4,266 |
| Private Placement Warrants liability | — | — | 285 | 285 |
| Option Agreement liability | — | — | 75 | 75 |
| JDRF Agreement derivative liability | — | — | 126 | 126 |
| Total financial liabilities | $ — | $ — | $ 72,832 | $ 72,832 |

| ($ in thousands) | Fair Value Measured as of December 31, 2023 | | | |
| --- | --- | --- | --- | --- |
| | Level 1 | Level 2 | Level 3 | Total |
| Assets: | | | | |
| Cash equivalents (money market funds) | $ 78,995 | $ — | $ — | $ 78,995 |
| Total financial assets | $ 78,995 | $ — | $ — | $ 78,995 |
| Liabilities: | | | | |
| Contingent Earnout Liability | $ — | $ — | $ 37,916 | $ 37,916 |
| Contingent derivative liability | — | — | 2,636 | 2,636 |
| Private Placement Warrants liability | — | — | 78 | 78 |
| Option Agreement liability | — | — | 35 | 35 |
| JDRF Agreement derivative liability | — | — | 28 | 28 |
| Total financial liabilities | $ — | $ — | $ 40,693 | $ 40,693 |

14

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

The fair value of the Contingent Earnout Liability, Private Placement Warrants liability (as defined in Note 8 — Stockholders' Equity), contingent derivative liability related to the Put Option (as defined in Note 6 — Revenue Interest Purchase Agreement and discussed below), Option Agreement liability (as defined in Note 6 — Revenue Interest Purchase Agreement), and the derivative liability associated with the JDRF Agreement Disposition Payment are based on significant unobservable inputs, which represent Level 3 measurements within the fair value hierarchy. The fair values of the Private Placement Warrants liability, the Option Agreement liability and the derivative liability associated with the JDRF Agreement Disposition Payment, are included in other long-term liabilities on the condensed consolidated balance sheets.

**Contingent Earnout Liability**

The following table presents a summary of the changes in the fair value of the Contingent Earnout Liability:

| | Contingent Earnout Liability | | | |
| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| ($ in thousands) | 2024 | 2023 | 2024 | 2023 |
|---|---|---|---|---|
| Fair value as of beginning of period | $ (42,509) | $ (42,084) | $ (37,916) | $ (27,893) |
| Change in fair value included in other income (expense), net | (25,571) | 3,627 | (30,164) | (10,564) |
| Fair value as of end of period | $ (68,080) | $ (38,457) | $ (68,080) | $ (38,457) |

In determining the fair value of the Contingent Earnout Liability, the Company used the Monte Carlo simulation value model using a distribution of potential outcomes on a monthly basis over a 10-year period prioritizing the most reliable information available. The assumptions utilized in the calculation were based on the achievement of certain stock price milestones, including the current Common Stock price, expected volatility, risk-free rate, expected term and expected dividend yield (see Note 8 — Stockholders' Equity). Contingent earnout payments involve certain assumptions requiring significant judgment and actual results can differ from assumed and estimated amounts.

**Private Placement Warrants Liability**

The following table presents a summary of the changes in the fair value of the Private Placement Warrants liability:

| | Private Placement Warrants | | | |
| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| ($ in thousands) | 2024 | 2023 | 2024 | 2023 |
|---|---|---|---|---|
| Fair value as of beginning of period | $ (121) | $ (122) | $ (78) | $ (80) |
| Change in fair value included in other income (expense), net | (164) | (36) | (207) | (78) |
| Fair value as of end of period | $ (285) | $ (158) | $ (285) | $ (158) |

In determining the fair value of the Private Placement Warrants liability, the Company used the Monte Carlo simulation valuation model to estimate the fair value utilizing assumptions including the current Company stock price, expected volatility, risk-free rate, expected term and expected dividend yield (see Note 8 — Stockholders' Equity).

15

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

**Derivative liabilities**

*Contingent derivative liability*

The debt pursuant to the Purchase Agreement, as defined in Note 6, contains an embedded derivative related to the Put Option, as defined in Note 6, requiring bifurcation as a single compound derivative instrument. The Company estimated the fair value of the derivative liability using a "with-and-without" methodology. The "with-and-without" methodology involves valuing the whole instrument on an as-is basis and then valuing the instrument without the individual embedded derivative. The difference between the entire instrument with the embedded derivative compared to the instrument without the embedded derivative was the fair value of the derivative liability at issuance and each subsequent reporting period. In determining the fair value of the contingent derivative liability, the Company used the Monte Carlo simulation value model using a distribution of potential outcomes on a monthly basis over a 10-year period. The estimated probability and timing of underlying events triggering the exercisability of the Put Option contained within the Purchase Agreement, forecasted cash flows and the discount rates are significant unobservable inputs used to determine the estimated fair value of the entire instrument with the embedded derivative.

As of June 30, 2024, the discount rates used to calculate the value of the contingent derivative liability were 14.1% to calculate the present-value of the revenue forecast and 17.9% to calculate the present-value of the payoff of the Put Option. As of December 31, 2023, the discount rates used to calculate the value of the contingent derivative liability were 14.5% to calculate the present-value of the revenue forecast and 17.1% to calculate the present-value of the payoff of the Put Option. Changes in fair value of the contingent derivative liability are recognized as other income (expense) in the condensed consolidated statements of operations and comprehensive loss, classified in change in fair value of derivative liabilities.

The following table presents a summary of the changes in the fair value of the contingent derivative liability, which is classified as a Level 3 financial instrument.

| | Contingent Derivative Liability | | | |
| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| ($ in thousands) | 2024 | 2023 | 2024 | 2023 |
|---|---|---|---|---|
| Fair value as of beginning of period | $ (4,079) | $ — | $ (2,636) | $ — |
| Fair value of embedded derivative upon issuance of debt | — | (2,354) | (1,552) | (2,354) |
| Change in fair value included in other income (expense), net | (187) | (38) | (78) | (38) |
| Fair value as of end of period | $ (4,266) | $ (2,392) | $ (4,266) | $ (2,392) |

16

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

### 4. Property and Equipment, Net

Property and equipment, net consisted of the following:

| ($ in thousands) | | June 30, 2024 | | December 31, 2023 |
|---|---|---|---|---|
| Scientific and manufacturing equipment | $ | 28,552 | $ | 28,400 |
| Computer equipment | | 125 | | 125 |
| Software | | 1,032 | | 682 |
| Furniture and fixtures | | 1,066 | | 1,066 |
| Leasehold improvements | | 27,858 | | 27,844 |
| Construction in progress | | 43 | | — |
| | | 58,676 | | 58,117 |
| Accumulated depreciation | | (33,856) | | (31,326) |
| Property and equipment, net | $ | 24,820 | $ | 26,791 |

Depreciation expense totaled $1.3 million and $2.5 million for the three and six months ended June 30, 2024, respectively, and $1.5 million and $3.0 million for the three and six months ended June 30, 2023, respectively. All long-lived assets are maintained in the United States.

### 5. Accrued Expenses

Accrued expenses consisted of the following:

| ($ in thousands) | | June 30, 2024 | | December 31, 2023 |
|---|---|---|---|---|
| Accrued external research, development and manufacturing costs | $ | 4,288 | $ | 3,845 |
| Accrued employee compensation and benefits | | 3,997 | | 5,238 |
| Accrued professional fees | | 665 | | 257 |
| Total | $ | 8,950 | $ | 9,340 |

### 6. Revenue Interest Purchase Agreement

**Revenue Interest Purchase Agreement**

On May 12, 2023, Humacyte, Inc. and Global entered into the Purchase Agreement with the Purchasers, and another affiliate of Oberland Capital Management LLC, as agent for the Purchasers, to obtain financing with respect to the further development and commercialization of the Company's ATEV, to repay the Company's then-existing credit facility with SVB, and for other general corporate purposes. Pursuant to the Purchase Agreement, on May 12, 2023, the Purchasers purchased certain revenue interests (the "Revenue Interests") from Global in exchange for an aggregate investment amount of up to $150.0 million (the "Investment Amount") to be paid in multiple tranches. On May 12, 2023, the Company received an initial payment of $40.0 million, less certain transaction expenses, which was used to repay in full the Company's then-existing obligations under the Loan Agreement with SVB, as defined in Note 7 — Debt. In February 2024, the FDA accepted the Company's BLA for an indication in vascular trauma, and in accordance with the Purchase Agreement, on March 11, 2024, the Company received a subsequent installment of $20.0 million.

17

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

As of June 30, 2024, the Company is entitled to receive up to approximately $90.0 million in subsequent installments subject to the terms and conditions set forth in the Purchase Agreement, as follows: (i) $40.0 million, at the Company's option, upon the Company receiving FDA approval of the ATEV for the vascular trauma indication on or prior to December 31, 2024 and (ii) $50.0 million, at the Company's option, upon reaching $35.0 million trailing worldwide three-month net sales any time prior to December 31, 2025. Each tranche is dependent on the satisfaction of the conditions and receipt of funds from the previous tranche.

Pursuant to the Purchase Agreement, the Revenue Interests entitle the Purchasers to receive a royalty initially equal to 7.5% (the "Rate") of global net sales of the Company's products (subject to a lower rate for net sales by specified licensees outside the United States), to be paid on a calendar quarterly basis (the "Revenue Interest Payments").

If the Purchasers do not receive cumulative Revenue Interest Payments equal to 100% of the amount funded to date (the "Cumulative Purchaser Payments") by the last business day of 2028 (the "Test Date"), the Rate will increase to a rate that, had such increased rate applied during the period from May 12, 2023 through the Test Date, would have provided the Purchasers with cumulative Revenue Interest Payments equal to the Cumulative Purchaser Payments as of the Test Date. Additionally, Global will be required to pay the Purchasers an amount equal to 100% of the Cumulative Purchaser Payments as of the Test Date less the total Revenue Interest Payments made by Global to the Purchasers under the Purchase Agreement as of the Test Date. Global's obligation to make Revenue Interest Payments terminates on the date on which the Purchasers have received Revenue Interest Payments of 150% of the Cumulative Purchaser Payments unless the Purchase Agreement is terminated earlier due to the Purchaser's exercise of a Put Option, the Company's exercise of a call option, or by mutual consent. However, if the Purchasers have not received such Revenue Interest Payments as of the Test Date, the Purchase Agreement will instead terminate on the date on which the Purchasers receive Revenue Interest Payments of 195% of the Cumulative Purchaser Payments.

Under the Purchase Agreement, Global has an option (the "Call Option") to repurchase the Revenue Interests and terminate the Purchase Agreement at any time upon advance written notice. Additionally, the Purchasers have an option (the "Put Option") to terminate the Purchase Agreement and to require Global to repurchase the Revenue Interests upon enumerated events such as a bankruptcy event, an uncured material breach, a material adverse effect or a change of control. If (i) the Put Option is exercised by May 12, 2026, or (ii) the Call Option is exercised on or prior to May 12, 2026, then in each case, the required repurchase price will be 175% of the Cumulative Purchaser Payments (minus the aggregate Revenue Interest Payments Global has made to the Purchasers as of such date). If a Put Option or Call Option is exercised after May 12, 2026, the required repurchase price will be 195% of the Cumulative Purchaser Payments (minus the aggregate Revenue Interest Payments Global has made to the Purchasers as of such date).

The Purchase Agreement contains customary representations and warranties and affirmative covenants for transactions of this type, including, among others, the provision of financial and other information to the Purchaser, notice to the Purchaser upon the occurrence of certain material events, and compliance with applicable laws. The Purchase Agreement also contains customary negative covenants, including certain restrictions on the ability to incur indebtedness and grant liens or security interests on assets. On February 18, 2024, the Company reached an agreement with the Purchasers and the Agent to waive certain breaches related to, and extend the deadline for certain post-closing obligations under, the Purchase Agreement, including the requirement for the Company to deliver a leasehold mortgage in favor of the Agent over the Company's headquarters. On May 8, 2024, the Company agreed with the Purchasers to amend the Purchase Agreement, the effect of which is to remove requirements related to the leasehold mortgage. In exchange for the removal of these requirements, the Company committed to funding an account in an amount of $54.0 million by August 17, 2024, over which the Agent will have certain consent and other rights to $50.0 million of the funds.

The Company has provided a parent company guaranty to guarantee the payment in full of the obligations under the Purchase Agreement. The Company's obligations under the parent company guaranty and Global's obligations under the Purchase Agreement and the Revenue Interests are secured by a perfected security interest on substantially all of the Company's and Global's assets.

The Purchase Agreement is considered a sale of future revenues and accounted for as long-term debt recorded at amortized cost using the interest method.

18

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

The Company recorded a revenue interest liability related to the Purchase Agreement on the accompanying condensed consolidated balance sheet on the date the Company entered into the Purchase Agreement, net of a debt discount comprised of $2.1 million issuance costs and transaction costs, $0.1 million fair value allocated to the Option Agreement, defined below, and the $2.4 million initial fair value of the bifurcated contingent derivative liability related to the Put Option. The revenue interest liability is based on the Company's contractual repayment obligation to the Purchasers, based on the current estimates of future revenues, over the life of the Purchase Agreement. The Company imputes interest expense associated with this liability using the interest method. The effective interest rate is calculated based on the rate that would enable the debt to be repaid in full over the anticipated life of the arrangement. The interest rate on this liability may vary during the term of the agreement depending on a number of factors, including the level and expected timing of forecasted net sales. The Company evaluates the interest rate quarterly based on its current net sales forecasts. If the level and timing of any forecasted net sales and related payments change, the Company prospectively adjusts the effective interest and the related amortization of the liability and related issuance costs on a quarterly basis.

As of June 30, 2024 and December 31, 2023, $60.1 million and $38.6 million, respectively, was recorded as a revenue interest liability. The estimated effective annual interest rate as of June 30, 2024 and December 31, 2023 was 14.6% and 14.1%, respectively. The Company recorded $2.1 million and $3.5 million in interest expense related to the Purchase Agreement for the three and six months ended June 30, 2024, respectively, and recorded $0.7 million in interest expense related to the Purchase Agreement for each of the three and six month periods ended June 30, 2023. The Company incurred and paid $0.5 million of transaction costs during the six months ended June 30, 2024 in connection with the Purchase Agreement. The transaction costs were capitalized to debt discount and are being amortized to interest expense over the estimated term of the debt, consistent with the issuance and transaction costs incurred in 2023 discussed above.

The Put Option under the Purchase Agreement that is exercisable by the Purchasers upon certain contingent events was determined to be an embedded derivative requiring bifurcation and separately accounted for as a single compound derivative instrument. At May 12, 2023, the Company recorded the initial fair value of the derivative liability of $2.4 million as a debt discount. On March 11, 2024, upon the issuance of the second installment of the Purchase Agreement of $20.0 million, the Company estimated the fair value of the embedded derivative and recorded a $1.6 million increase in fair value as a debt discount. The debt discount is being amortized to interest expense over the expected term of the debt using the interest method. See Note 3 — Fair Value Measurements for a further discussion of the fair value of the contingent derivative liability associated with the Put Option.

Revenue Interest Payments made as a result of the Company's net product sales will reduce the revenue interest liability. During the three and six months ended June 30, 2024 and 2023, the Company did not record any product sales revenue.

The following table summarizes the revenue interest liability activity during the three and six months ended June 30, 2024:

| ($ in thousands) | | |
| --- | --- | --- |
| Revenue interest liability at December 31, 2023 | $ | 38,600 |
| Proceeds from revenue interest purchase agreement | | 20,000 |
| Debt discount from embedded contingent derivative liability | | (1,552) |
| Interest expense recognized | | 1,411 |
| Transaction costs accrued at March 31, 2024 | | (500) [1] |
| Revenue interest liability at March 31, 2024 | $ | 57,959 |
| Interest expense recognized | | 2,119 |
| Revenue interest liability at June 30, 2024 | $ | 60,078 |

_____

(1) These transaction costs were paid during the three months ended June 30, 2024.

19

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

**Option Agreement**

In connection with the Purchase Agreement, the Company also entered into an option agreement with TPC Investments III LP and TPC Investment Solutions LP (the "Option Agreement"), which gives TPC Investments III LP and TPC Investment Solutions LP (the "Holders") the right to purchase, in the aggregate, up to $10.0 million worth of shares of common stock of the Company (the "Option") at a purchase price per share equal to the greater of $7.50, or the 15 day volume-weighted average price as of the exercise date, exercisable in cash only at any time prior to the earlier of (i) December 31, 2026 and (ii) the closing date of a corporate reorganization. The Holders also received certain registration rights relating to the shares underlying the Option pursuant to the Option Agreement.

The Option granted to the Holders represents a freestanding instrument separate from the purchaser commitments outlined in the Purchase Agreement. The Option Agreement does not qualify for the equity contract scope exception under ASC 815-40 and the Company recorded the Option as a liability ("Option Agreement liability") on the condensed consolidated balance sheet at an initial fair value of $55 thousand, with subsequent changes in the fair value to be recognized in the condensed consolidated statements of operations and comprehensive loss at each reporting date. The fair value of the Option Agreement liability as of June 30, 2024 and December 31, 2023 was $75 thousand and $35 thousand, respectively.

**7. Debt**

Pursuant to the Purchase Agreement, on May 12, 2023, $40.0 million, less certain transaction expenses, was funded to the Company, which was used to repay in full the Company's existing obligations under its term loan agreement with Silicon Valley Bank ("SVB") and SVB Innovation Credit Fund VIII, L.P., entered into on March 30, 2021, as amended in June 2021 and September 2021 (the "Loan Agreement").

In connection with the termination of the Loan Agreement, the Company paid a prepayment premium of $0.3 million and recorded a loss on extinguishment of debt of $2.4 million during the three and six months ended June 30, 2023 in other income (expense), net in the condensed consolidated statements of operations and comprehensive loss.

**8. Stockholders' Equity**

**Common Stock**

On February 29, 2024, the Company entered into an underwriting agreement (the "Underwriting Agreement") with Cowen and Company, LLC and Cantor Fitzgerald & Co., as representatives of the several underwriters named therein (collectively, the "Underwriters"), relating to the issuance and sale in an underwritten offering (the "Offering") of 15,410,000 shares of the Company's Common Stock, which included a full exercise of the Underwriters' option to purchase additional shares, at a price to the public of $3.00 per share. The net proceeds to the Company from the Offering were approximately $43.0 million after deducting underwriting discounts and commissions and Offering expenses. The Offering closed on March 5, 2024.

As of June 30, 2024, the Company's Second Amended and Restated Certificate of Incorporation authorized the Company to issue 250,000,000 shares of Common Stock. The number of authorized shares of Common Stock may be increased or decreased (but not below the number of shares then outstanding or reserved for issuance) by the affirmative vote of the holders of a majority in interest of the Common Stock.

The holders of Common Stock are entitled to receive dividends from time to time as may be declared by the Company's board of directors. Through June 30, 2024, no dividends have been declared. The Purchase Agreement limits the Company's ability to pay cash dividends to the holders of Common Stock.

The holders of Common Stock are entitled to one vote for each share held with respect to all matters voted on by the common stockholders of the Company.

In the event of a reorganization of the Company, after payment to any preferred stockholders of their liquidation preferences, holders of Common Stock are entitled to share ratably in all remaining assets of the Company.

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

As of June 30, 2024, the Company had reserved Common Stock for future issuances as follows:

|  | June 30, 2024 |
|---|---|
| Common stock reserved for Contingent Earnout Shares | 15,000,000 |
| Common stock reserved for Option Agreement | 1,333,334 [1] |
| Exercise of options outstanding under stock plans | 12,521,655 |
| Options available for issuance under stock plans | 5,809,549 |
| Shares available for grant under ESPP | 1,030,033 |
| Warrants to purchase Common Stock | 5,588,506 |
|  | 41,283,077 |

_____

(1)  Assumes the exercise of the entire Option as provided for in the Option Agreement at the minimum purchase price of $7.50 per share.

**Preferred Stock**

The Company's Second Amended and Restated Certificate of Incorporation provides the Company's board of directors with the authority to issue preferred stock, par value $0.0001 per share, in one more series and to establish from time to time the number of shares to be included in each such series, by adopting a resolution and filing a certificate of designations. Voting powers, designations, powers, preferences and relative, participating, optional, special and other rights shall be stated and expressed in such resolutions. There were 20,000,000 shares designated as preferred stock and none were outstanding as of June 30, 2024 and December 31, 2023.

**Warrants**

The Company had the following Common Stock warrants outstanding as of June 30, 2024 and December 31, 2023:

|  | Common Stock Warrants Outstanding |
|---|---|
| Legacy Humacyte Common Stock Warrants | 411,006 |
| Private Placement Warrants | 177,500 |
| Public Warrants | 5,000,000 |
| Total Common Stock Warrants | 5,588,506 |

In connection with the Company's Loan Agreement, in 2021 the Company granted warrants to the lenders to purchase 411,006 shares of Common Stock at an exercise price of $10.28 per share (such warrants, "Legacy Humacyte Common Stock Warrants"). The Company recognized the fair value of the warrants within stockholders' equity using a Black-Scholes valuation model, as the settlement of the warrants is indexed to the Common Stock. There were no issuances, exercises or expirations of warrants during the six months ended June 30, 2024 or June 30, 2023.

In connection with the Merger, the Company assumed 5,000,000 publicly-traded warrants ("Public Warrants") and 177,500 private placement warrants issued to AHAC Sponsor LLC (the "Sponsor"), Oppenheimer & Co. Inc. and Northland Securities, Inc., in connection with AHAC's initial public offering ("Private Placement Warrants" and, together with the Public Warrants, the "Common Stock Warrants"). The Common Stock Warrants entitle the holder to purchase one share of Common Stock at an exercise price of $11.50 per share. The Company evaluated the Common Stock Warrants to determine the appropriate financial statement classification upon the consummation of the Merger. The Common Stock Warrants are not mandatorily redeemable and are considered to be freestanding instruments as they are separately exercisable into Common Stock. As such, the Common Stock Warrants were not

classified as liabilities under FASB ASC Topic 480, *Distinguishing Liabilities from Equity*. The Company then evaluated the Common Stock Warrants under FASB ASC Topic 815, *Derivatives and Hedging*.

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

*Public Warrants*

The Public Warrants are publicly traded and are exercisable for cash unless certain conditions occur, such as the failure to have an effective registration statement related to the shares issuable upon exercise or redemption by the Company under certain conditions, at which time the Public Warrants may be eligible for a cashless exercise. The Public Warrants may only be exercised for a whole number of shares and will expire five years after the completion of the Merger. The Public Warrants became exercisable 30 days after the completion of the Merger.

The Public Warrants are considered to be "indexed to the Company's own stock." The agreement provides that in the event of a tender or exchange offer made to and accepted by holders of more than 50% of the outstanding shares of the Company's Common Stock, all holders of the Common Stock Warrants (both the Public Warrants and the Private Placement Warrants) would be entitled to receive cash for all of their Common Stock Warrants. As the Company has a single class of Common Stock, a qualifying cash tender offer of more than 50% of the Company's Common Stock will always result in a change in control and would not preclude permanent equity classification of the Public Warrants. Based on this evaluation, the Company concluded that the Public Warrants meet the criteria to be classified within stockholders' equity. The Public Warrants were initially recognized as equity on the Closing Date at a fair value of $2.80 per share.

*Private Placement Warrants*

The Private Placement Warrants are non-redeemable for cash so long as they are held by the initial purchasers or their permitted transferees. If the Private Placement Warrants are held by someone other than the initial purchasers or their permitted transferees, the Private Placement Warrants are redeemable by the Company and exercisable by such holders on the same basis as the Public Warrants.

The agreement governing the Common Stock Warrants includes a provision, the application of which could result in a different settlement value for the Private Placement Warrants depending on their holder. Because the holder of an instrument is not an input into the pricing of a fixed-for-fixed option on the Common Stock, the Private Placement Warrants are not considered to be "indexed to the Company's own stock" and therefore are not classified in stockholders' equity. As the Private Placement Warrants meet the definition of a derivative, the Company recorded these warrants as liabilities on the condensed consolidated balance sheet at fair value, with subsequent changes in their respective fair values recognized in the condensed consolidated statements of operations and comprehensive loss at each reporting date.

The Private Placement Warrants were initially recognized as a liability on the Closing Date, at a fair value of $0.6 million. See Note 3 — Fair Value Measurements for a summary of the change in the fair value of the Private Placement Warrants during the three and six months ended June 30, 2024 and 2023. The remeasurement of the Private Placement Warrant liability to a fair value of $0.3 million as of June 30, 2024 from $0.1 million as of December 31, 2023 resulted in non-cash losses of $0.2 million for each of the three and six months ended June 30, 2024, compared to non-cash losses of less than $0.1 million and $0.1 million for the three and six months ended June 30, 2023, respectively. The remeasurement of the Private Placement Warrant liability is classified within Change in fair value of derivative liabilities in the condensed consolidated statements of operations and comprehensive loss.

The Private Placement Warrants were valued using the following assumptions under the Monte Carlo simulation value model:

|  | June 30, 2024 | December 31, 2023 |
|---|---|---|
| Market price of public stock | $ 4.80 | $ 2.84 |
| Exercise price | $ 11.50 | $ 11.50 |
| Expected term (years) | 2.16 | 2.65 |
| Expected share price volatility | 96.0 % | 75.0 % |
| Risk-free interest rate | 4.68 % | 4.09 % |
| Estimated dividend yield | 0 % | 0 % |

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

**Contingent Earnout Liability**

Following the closing of the Merger (the "Closing"), former holders of Legacy Humacyte common and preferred shares are eligible to receive up to 15,000,000 additional shares of Common Stock (the "Contingent Earnout Shares") in the aggregate, in two equal tranches of 7,500,000 shares of Common Stock per tranche. The first and second tranches are issuable if the closing volume weighted average price ("VWAP") per share of Common Stock quoted on The Nasdaq Stock Market LLC ("Nasdaq") (or the exchange on which the shares of Common Stock are then listed), is greater or equal to $15.00 and $20.00, respectively, over any 20 trading days within any 30 consecutive trading day period.

Upon the Closing, the contingent obligation to issue Contingent Earnout Shares was accounted for as a liability because the triggering events that determine the number of Contingent Earnout Shares required to be issued include events that are not solely indexed to the Common Stock. The Contingent Earnout Shares are subsequently remeasured at each reporting date with changes in fair value recorded as a component of other income (expense), net in the condensed consolidated statements of operations and comprehensive loss. The estimated fair value of the total Contingent Earnout Shares at the Closing on August 26, 2021 was $159.4 million based on a Monte Carlo simulation valuation model using a distribution of potential outcomes on a monthly basis over a 10-year period using the most reliable information available.

See Note 3 — Fair Value Measurements for a summary of the change in the fair value of the Contingent Earnout Liability during the three and six months ended June 30, 2024 and 2023. The remeasurement of the Contingent Earnout Liability to a fair value of $68.1 million as of June 30, 2024 from a fair value of $37.9 million as of December 31, 2023, resulted in non-cash losses of $25.6 million and $30.2 million for the three and six months ended June 30, 2024, respectively, compared to a non-cash gain of $3.6 million and a non-cash loss of $10.6 million for the three and six months ended June 30, 2023, respectively, related to the remeasurement of the Contingent Earnout Liability. The remeasurement of the Contingent Earnout Liability is classified within Change in fair value of Contingent Earnout Liability in the condensed consolidated statements of operations and comprehensive loss. The assumptions utilized in the calculations of fair value were based on the achievement of certain stock price milestones, including the current Common Stock price, expected volatility, risk-free rate, expected term and expected dividend yield.

Assumptions used in the valuations are described below:

| | June 30, 2024 | December 31, 2023 |
|---|---|---|
| Current stock price | $ 4.80 | $ 2.84 |
| Expected share price volatility | 88.6 % | 86.7 % |
| Risk-free interest rate | 4.36 % | 3.88 % |
| Estimated dividend yield | 0 % | 0 % |
| Expected term (years) | 10.00 | 10.00 |

**9. Stock-based Compensation**

At Closing, the 2021 Long-Term Incentive Plan, (the "2021 Plan"), and the 2021 Employee Stock Purchase Plan, (the "ESPP"), became effective. Under the 2021 Plan, the Company can grant non-statutory stock options, incentive stock options, stock appreciation rights, restricted stock, restricted stock units, unrestricted stock, performance awards and other forms of awards. Under the ESPP, when and if implemented, eligible employees will be permitted to purchase shares of the Company's Common Stock at the lower of 85% of the closing trading price per share of the Company's Common Stock on the first day of the offering or 85% of the closing trading price per share on the exercise date, which will occur on the last day of each offering.

23

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

The 2021 Plan and ESPP provide that on January 1 of each year commencing January 1, 2022, the 2021 Plan and the ESPP reserve will automatically increase in an amount equal to the lesser of (a) 5% and 1%, respectively, of the number of shares of the Company's Common Stock outstanding on December 31 of the preceding year and (b) a number of shares of Common Stock determined by the Company's board of directors. The Company's board of directors determined that there would be no automatic increase in the number of shares reserved under the 2021 Plan on either January 1, 2022 or January 1, 2023. The 2021 Plan share reserve automatically increased on January 1, 2024 by 5,183,686, which was equivalent to 5% of the number of shares of the Company's Common Stock outstanding on December 31, 2023. Since the inception of the ESPP, the Company's board of directors has determined that there would be no automatic increase in the number of shares reserved under the ESPP. As of June 30, 2024, 5,809,549 and 1,030,033 shares of Common Stock were available under the 2021 Plan and ESPP, respectively.

Prior to the Closing, Legacy Humacyte had two equity incentive plans, the 2015 Omnibus Incentive Plan, as amended (the "2015 Plan"), and the 2005 Stock Option Plan (the "2005 Plan"). As a result of the Merger, no further awards will be granted under either the 2015 Plan or the 2005 Plan. All awards previously granted and outstanding as of the effective date of the Merger were adjusted to reflect the impact of the Merger as set forth in the Merger Agreement, but otherwise remain in effect pursuant to their original terms. The shares underlying any award granted under the 2021 Plan or the 2015 Plan that are forfeited, cancelled or reacquired by the Company prior to vesting, that expire or that are paid out in cash rather than shares will become available for grant and issuance under the 2021 Plan. As of June 30, 2024, 8,652,958, 3,867,045 and 1,652 shares of Common Stock remain reserved for outstanding options issued under the 2021 Plan, the 2015 Plan and the 2005 Plan, respectively. The Company has sufficient authorized and unissued shares to issue Common Stock in satisfaction of any outstanding awards and any awards available for grant under the 2021 Plan.

The Company's stock option plans allow for the grant of awards that the Company believes aid in aligning the interests of award recipients with those of its stockholders. The Company's board of directors or compensation committee determines the specific terms of equity incentive grants, including the exercise price per share and vesting period for option awards. Option awards are granted with an exercise price equal to the fair market value of the Company's Common Stock at the date of grant.

The Company has granted options that include either a service-based or performance-based vesting condition, or both, and a 10-year contractual term. The service-based vesting condition for the plans is generally satisfied over 36 to 48 months from the date of grant. The performance-based vesting conditions are satisfied upon the attainment of certain product development milestones. The Company recognizes stock-based compensation expense based on the grant date fair value of the awards measured using the Black-Scholes option pricing model. Compensation expense related to awards with service-based vesting conditions is recognized on a straight-line basis over the requisite service period. Option valuation models, including the Black-Scholes option-pricing model, require the input of highly subjective assumptions, and changes in the assumptions used can materially affect the grant-date fair value of an award. These assumptions include the risk-free rate of interest, expected dividend yield, expected volatility, the expected term of the award, and the fair value of the underlying Common Stock on the date of grant. Forfeitures are accounted for as they occur.

Compensation expense related to awards with performance-based vesting conditions is recognized over the requisite service period using the accelerated attribution method to the extent achievement of the performance-based condition is probable. The Company does not recognize compensation expense related to awards with performance-based vesting conditions until it is probable that the performance-based vesting condition will be achieved. Forfeitures are accounted for as they occur.

Option awards under the Company's option plans generally provide for accelerated vesting of the unvested portions of any option award in the event of an involuntary termination, as such term is defined in the relevant stock option agreement, of a grantee's employment during the period that commences 30 days prior to the effective date of a corporate transaction and that ends 12 months following the effective date of such transaction. Additionally, the Company's board of directors may, in its sole discretion, accelerate the vesting of any unvested stock options in the event of a corporate transaction.

24

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

The Company estimated the fair value of the stock options on the date of grant using the following assumptions in the Black-Scholes option-pricing model:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | 2024 | 2023 |
| Estimated dividend yield | 0 % | 0 % | 0 % | 0 % |
| Expected share price volatility (weighted average and range, if applicable) | 91.6% (91.6% to 91.6%) | 88.9% (88.8% to 88.9%) | 91.5% (90.8% to 91.6%) | 88.8% (88.6% to 88.9% |
| Risk-free interest rate (weighted average and range, if applicable) | 4.31% (4.24% to 4.41%) | 3.86% (3.86% to 3.87%) | 4.28% (4.07% to 4.41%) | 3.78% (3.58% to 3.87%) |
| Expected term of options (in years) | 6.25 | 6.25 | 6.25 | 6.25 |

- *Fair Value of Common Stock.* The fair value of the Common Stock has been determined based on the closing price of the shares on Nasdaq.

- *Expected Term.* The expected term represents the period that stock options are expected to be outstanding. The Company calculated the expected term using the simplified method for options, which is available where there is insufficient historical data about exercise patterns and post-vesting employment termination behavior. The simplified method is based on the vesting period and the contractual term for each grant, or for each vesting-tranche for awards with graded vesting. The mid-point between the vesting date and the maximum contractual expiration date is used as the expected term under this method. For awards with multiple vesting-tranches, the times from grant until the mid-points for each of the tranches may be averaged to provide an overall expected term.

- *Expected Volatility.* The expected volatility was determined based on a blended approach using the historical share volatility of the Company's Common Stock and that of several publicly traded peer companies over a period of time equal to the expected term of the options, as the Company has a limited trading history. For purposes of identifying these peer companies, the Company considered the industry, stage of development, size and financial leverage of potential comparable companies.

- *Risk-Free Interest Rate.* The risk-free interest rate was based on the yields of U.S. Treasury zero-coupon securities with maturities similar in duration to the expected term of the options.

- *Expected Dividend Yield.* The Company has not paid dividends on its Common Stock nor does it expect to pay dividends in the foreseeable future. Accordingly, the Company has estimated the dividend yield to be zero.

The following table shows a summary of stock-based compensation expense included in the condensed consolidated statements of operations and comprehensive loss for the three and six months ended June 30, 2024 and 2023:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| *($ in thousands)* | 2024 | 2023 | 2024 | 2023 |
| Research and development | $ 729 | $ 480 | $ 1,475 | $ 901 |
| General and administrative | 708 | 1,361 | 1,416 | 2,749 |
| Total | $ 1,437 | $ 1,841 | $ 2,891 | $ 3,650 |

As of June 30, 2024, unrecognized stock-based compensation cost for options was $20.4 million and is expected to be recognized over a weighted-average period of 3.0 years.

25

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

A summary of option activity under the Company's stock option plans during the six months ended June 30, 2024 is presented below:

| | Number of Shares | Weighted Average Exercise Price Per Share | | Weighted Average Remaining Contractual Term (years) | Aggregate Intrinsic Value (in thousands) | |
|---|---|---|---|---|---|---|
| Options outstanding at December 31, 2023 | 11,919,421 | $ | 4.64 | 8.3 | $ | 383 |
| Granted | 1,184,550 | $ | 6.61 | | | |
| Exercised | (263,960) | $ | 2.99 | | | |
| Forfeited | (318,356) | $ | 3.78 | | | |
| Options outstanding at June 30, 2024 | 12,521,655 | $ | 4.89 | 8.1 | $ | 15,242 |
| Vested and exercisable, June 30, 2024 | 4,418,097 | $ | 7.21 | 5.9 | $ | 2,446 |
| Vested and expected to vest, June 30, 2024 | 12,521,655 | $ | 4.89 | 8.1 | $ | 15,242 |

## 10. Income Taxes

The Company's tax provision for interim periods is determined using an estimate of its annual effective tax rate, adjusted for discrete items, if any, that arise during the period. Each quarter, the Company updates its estimate of the annual effective tax rate and, if the estimated annual effective tax rate changes, the Company makes a cumulative adjustment in such period. No such adjustment was made as of June 30, 2024. The Company's effective federal and state tax rate for the three and six months ended June 30, 2024 and 2023 was 0%, primarily as a result of estimated net operating losses for the fiscal year to date offset by the increase in the valuation allowance against its deferred tax asset.

The Company did not record any income tax expense or benefit during the three and six months ended June 30, 2024 and 2023. The Company has a net operating loss and has provided a valuation allowance against net deferred tax assets due to uncertainties regarding the Company's ability to realize these assets. All losses before income taxes arose in the United States.

## 11. Commitments and Contingencies

### Patent License Agreements

*Duke University*

In March 2006, the Company entered into a license agreement with Duke University ("Duke"), which was subsequently amended in 2011, 2014, 2015, 2018, 2019 and 2022. Under this license agreement, Duke granted the Company a worldwide, exclusive, sublicensable license to certain patents related to decellularized tissue engineering, referred to as the patent rights, as well as a non-exclusive license to use and practice certain know-how related to the patent rights. The relevant licensed patent on decellularization of tissue expired in 2021. The Company has agreed to use commercially reasonable efforts to develop, register, market and sell products utilizing the patent rights, referred to as the licensed products. Any services provided to a third party utilizing licensed products are referred to as licensed services. The Company has also agreed to meet certain benchmarks in its development efforts, including as to development events, clinical trials, regulatory submissions and marketing approval, within specified timeframes. Under the license agreement, Duke retains the right to use the patent rights for its own educational and research purposes, and to provide the patent rights to other non-profit, governmental or higher-learning institutions for non-commercial purposes without paying royalties or other fees.

In connection with the Company's entry into the license agreement, the Company granted equity consideration to Duke in the form of 52,693 shares of Common Stock. Under the license agreement, the Company also agreed to pay Duke:

- a low single-digit percentage royalty on eligible sales of licensed products and licensed services, plus a low double-digit percentage of any sublicensing revenue;

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

- an annual minimum royalty beginning in 2012, which increases in the calendar year immediately following the first commercial sale of licensed products or licensed services (whichever occurs first); and

- an additional amount in license fees, as certain milestones are met.

The license agreement remains effective until the later of (i) the last of the patent rights expires or (ii) four years after the Company's first commercial sale, unless terminated earlier. Either party may terminate the agreement for fraud, willful misconduct or illegal conduct, or uncured material breach. Duke may terminate the agreement if the Company becomes insolvent. Duke may also terminate the license, convert the license into a non-exclusive license or seek assignment of any sublicense if the Company fails to reach diligence milestones within the applicable time period. If the Company abandons any claim, patent or patent application, its rights under the license with respect to such patent rights will be terminated in the territory in which the Company abandons such rights. The Company may terminate the license agreement unilaterally upon three months' prior notice to Duke. The Company agrees to indemnify Duke against certain third-party claims.

In December 2023, the Company filed a BLA with the FDA for urgent arterial repair following extremity vascular trauma when synthetic graft is not indicated, and when autologous vein use is not feasible. Based on the achievement of this milestone under the Duke license agreement, the Company recorded license expense payable of $0.5 million in accounts payable in the Company's condensed consolidated balance sheets as of December 31, 2023. The Company paid the $0.5 million license fee to Duke during the first quarter of 2024. Other payments to Duke under the license agreement were immaterial during the periods presented.

*Yale University*

In August 2019, the Company entered into a license agreement with Yale University ("Yale") that granted the Company a worldwide license to the patents related to the biovascular pancreas ("BVP") product candidate (the "BVP License Agreement"). The license granted under the BVP License Agreement is exclusive in the field of engineered vascular tissues that deliver pancreatic islet cells to patients, except that it is subject to Yale's non-exclusive right, on behalf of itself and all other non-profit academic institutions, to use the licensed products for research, teaching, and other non-commercial purposes. The Company has agreed to pay to Yale an annual maintenance fee, increasing between the first and fourth anniversaries of the BVP License Agreement up to a maximum of less than $0.1 million per year for this license.

In August 2019, the Company entered into a license agreement with Yale that granted the Company a worldwide license to the patents related to tubular prostheses (the "Tubular Prosthesis License Agreement"). The license granted under the Tubular Prosthesis License Agreement is exclusive in the field of engineered urinary conduits, engineered tracheas/airways, and engineered esophagi, except that it is subject to Yale's non-exclusive right, on behalf of itself and all other non-profit academic institutions, to use the licensed products for research, teaching, and other non-commercial purposes. The Company has agreed to pay to Yale an annual maintenance fee, increasing between the first and fourth anniversaries of the Tubular Prosthesis License Agreement up to a maximum of less than $0.1 million per year for this license.

The Company has agreed to use reasonable commercial efforts to develop and commercialize the licensed patents and any licensed products and methods, and to use reasonable efforts to make the licensed products available to patients in low and low-middle income countries. The Company is also obligated to provide Yale periodically an updated and revised copy of its plan for each license, which must indicate progress of its development and commercialization. The Company may also sublicense the Company's rights without Yale's prior written consent, but such sublicense is subject to certain conditions.

In connection with its entry into the Tubular Prosthesis License Agreement, the Company paid Yale upfront cash fees. The Company has also agreed to pay Yale:

- annual maintenance fees, increasing annually until the fifth anniversary for the BVP License Agreement and until the fourth anniversary for the Tubular Prostheses License Agreement up to a maximum of less than $0.1 million per year;

- milestone payments upon achievement of certain regulatory and commercial milestones of $0.2 million and $0.6 million, respectively;

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

- a low single-digit percentage royalty on worldwide net sales, subject to reductions for third-party license fees; and

- a low double-digit percentage of sublicensing income.

If the Company or any of its future sublicensees bring a patent challenge against Yale or assists another party in bringing a patent challenge against Yale, the license fees described above will be subject to certain increases and penalties.

The BVP License Agreement and Tubular Prosthesis License Agreement expire on a country-by-country basis on the date on which the last of the patents in such country expires, lapses or is declared invalid. Yale may terminate the BVP License Agreement and Tubular Prosthesis License Agreement if the Company fails to (i) provide written diligence reports, (ii) provide commercially reasonable diligence plans, (iii) implement the plans in accordance with the obligations under the agreements, or (iv) reach certain research and development milestones within the scheduled timeframe set forth in the agreements; however, any such termination right would be limited in scope to the country to which such failure relates. Yale may also terminate for the Company's non-payment, uncured material breach, failure to obtain adequate insurance, bringing or assisting in bringing of a patent challenge against Yale, abandonment of the research and development of the Company's products or insolvency. The Company may terminate the BVP License Agreement and Tubular Prosthesis License Agreement (i) on 90 days' prior written notice to Yale, provided the Company is not in breach of the license agreements and has made all required payments to Yale thereunder and (ii) on written notice to Yale following an uncured material breach. With respect to the BVP License Agreement, the Company's rights under the agreement will also terminate automatically with respect to a patent application or patent within the licensed patents in a specified country if, upon receipt of written notice from Yale, the Company does not agree to pay the patent filing, prosecution and maintenance fees incurred by Yale for such patent applications or patents in the specified country. Under certain circumstances, Yale may, at its option, convert the exclusive licenses to non-exclusive licenses if the Company declines to initiate certain infringement or interference proceedings with respect to the licensed patents. The Company has agreed to indemnify Yale against certain third-party claims. Payments to Yale under the BVP License Agreement and Tubular Prosthesis License Agreement were immaterial during the periods presented.

**JDRF Agreement**

On April 1, 2023, the Company entered into an Industry Discovery and Development Partnership Agreement with JDRF International ("JDRF," and such agreement, the "JDRF Agreement") to further develop and perform preclinical testing of the BVP, a product candidate designed to deliver insulin-producing islets using the ATEV as a means of treating patients with type 1 diabetes. According to the terms of the JDRF Agreement, JDRF will provide funding up to $0.8 million ("JDRF Award") based on the achievement of certain research and development milestones related to the Company's BVP. The JDRF Agreement refers to the total cumulative payments the Company has received from JDRF as of any point in time as the "Actual Award."

The Company received the first milestone payment of $80 thousand in April 2023 upon execution of the JDRF Agreement. In May 2024, the Company received the second milestone payment of $90 thousand and the third milestone payment of $150 thousand, based upon the achievement of certain research and development milestones specified in the JDRF Agreement. As of June 30, 2024, the Actual Award totaled $320 thousand.

The Company determined that the JDRF Actual Award payments are to be classified as long-term debt under ASC 470, *Debt* in the condensed consolidated balance sheets. The JDRF liability related to the Actual Award payments is reported at amortized cost and is included in other long-term liabilities in the condensed consolidated balance sheets. As of June 30, 2024 and December 31, 2023, the carrying value of the JDRF liability is $228 thousand and $69 thousand, respectively. There was an insignificant amount of interest expense related to the JDRF liability recorded in each period presented.

In accordance with the JDRF Agreement, the Company has agreed to pay JDRF:

- a one-time royalty in an amount equal to four times the Actual Award, to be paid in three equal installments following the first commercial sale of any product containing the Company's technology identified in the JDRF Agreement;

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

- an additional royalty equal to the Actual Award at a specified payment date after net sales exceed $250 million; and

- in the event of a license, sale or transfer of the Company's rights to the product's technology identified in the JDRF Agreement or a change of control transaction, a payment equal to 10% of any license or purchase price payments received by the Company up to an amount equal to four times the Actual Award (the "Royalty Cap"), less any previous royalty payments paid towards the Royalty Cap (the "Disposition Payment"). The Disposition Payment was determined to meet the definition of an embedded derivative requiring bifurcation and is measured at fair value each reporting period with changes in fair value recognized as other income (expense) in the condensed consolidated statements of operations and comprehensive loss, classified in change in fair value of derivative liabilities.

The JDRF Agreement expires on the date on which the Company has paid all of the royalty payments described above. Either party may terminate the JDRF Agreement for cause by providing the other party with written notice and allowing the other party 30 days to cure such breach. JDRF may terminate the JDRF Agreement without cause by providing 90 days' notice to the Company at any time after April 1, 2024. Royalties on previously received milestone payments would remain due after a termination by JDRF without cause.

**Legal Matters**

The Company currently is not aware of any legal proceedings or claims that management believes will have, individually or in the aggregate, a material adverse effect on the Company's business, financial condition, results of operations, or cash flows.

**Indemnification**

To the extent permitted under Delaware law, the Company has agreed to indemnify its directors and officers for certain events or occurrences while the director or officer is, or was serving, at the Company's request in such capacity. The indemnification period covers all pertinent events and occurrences during the director's or officer's service. The maximum potential amount of future payments the Company could be required to make under these indemnification arrangements is not specified in such arrangements; however, the Company has director and officer insurance coverage that is intended to reduce its exposure and enable the Company to recover a portion of any potential future amounts the Company could be required to make. To date, the Company has not incurred any costs as a result of such obligations and has not accrued any liabilities related to such obligations in the condensed consolidated financial statements.

**12. Related Party Transactions**

*Fresenius Medical Care investments and distribution agreement*

In June 2018, the Company completed a $150 million financing transaction pursuant to which Fresenius Medical Care purchased shares of series D redeemable convertible preferred stock that at the Closing converted into 15,812,735 shares of Common Stock. In August 2021, Fresenius Medical Care invested $25 million as part of a private placement offering related to the Merger (the "PIPE Financing") and received an additional 2.5 million shares of Common Stock.

In addition, the Company entered into a distribution agreement with Fresenius Medical Care in June 2018 which, as amended as of February 16, 2021, granted Fresenius Medical Care and its affiliates exclusive rights to develop outside the United States and European Union (the "EU") and commercialize outside of the United States the Company's 6 millimeter x 42 centimeter ATEV and all improvements thereto, and modifications and derivatives thereof (including any changes to the length, diameter or configuration of the foregoing), for use in vascular creation, repair, replacement or construction, including renal replacement therapy for dialysis access, the treatment of peripheral artery disease, and the treatment of vascular trauma, but excluding coronary artery bypass graft, pediatric heart surgery, or adhering pancreatic islet cells onto the outer surface of the distribution product for use in diabetic patients. Within the United States, Fresenius Medical Care will collaborate with the Company in its commercialization of the product in the field, including adoption of the distribution product as a standard of care in patients for which such use is supported by clinical results and health economic analyses.

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

The Company is responsible for developing and seeking regulatory approval for the distribution product in the field in the United States. For countries outside the United States, the parties agreed to use commercially reasonable efforts to satisfy certain agreed minimum market entry criteria for the distribution product in the field in such country. For the EU, once such criteria have been satisfied for the applicable country, or if the parties otherwise mutually agree to obtain regulatory approval for the distribution product in the field in the applicable country, the Company agreed to use commercially reasonable efforts to obtain such regulatory approval (other than pricing approval), and Fresenius Medical Care agreed to use commercially reasonable efforts to obtain the corresponding pricing approval. For the rest of the world (i.e., outside the United States and the EU), once such criteria have been satisfied for the applicable country, or if the parties otherwise mutually agree to obtain regulatory and pricing approval for the distribution product in the field in the applicable country, Fresenius Medical Care agreed to use commercially reasonable efforts to obtain such approvals, and the Company agreed to use commercially reasonable efforts to support Fresenius Medical Care in its efforts.

Under the distribution agreement, the Company grants an exclusive, sublicensable license to Fresenius Medical Care under the patents, know-how and regulatory materials controlled by the Company during the term to commercialize the distribution product in the field outside the United States, subject to the Company's retained rights to carry out its obligations under the distribution agreement. The Company also grants a non-exclusive, sublicensable license to Fresenius Medical Care under the patents, know-how and regulatory materials controlled by the Company during the term to develop the distribution product in accordance with the terms of the distribution agreement. In addition, the Company grants to Fresenius Medical Care, among other things, a perpetual, irrevocable, non-exclusive sublicensable license under the patents and know-how that primarily relate to the distribution product or its manufacture and that were created, conceived or developed solely or jointly by or on behalf of Fresenius Medical Care in the performance of its activities under the distribution agreement.

The distribution agreement provides that the Company will own all know-how and patents that primarily relate to the distribution product or its manufacture that are created, conceived or developed by or on behalf of either party in the performance of activities under the distribution agreement. Ownership of all other know-how, patents, materials and other intellectual property created, conceived or developed during the performance of activities under the distribution agreement will be determined in accordance with U.S. patent laws for determining inventorship.

The Company is obligated to make payments to Fresenius Medical Care based on a share of aggregate net sales by or on behalf of the Company of the distribution product in the United States in the field. Such revenue-share payments will be a percentage of net sales in the low double digits, without regard to the calendar year in which such net sales are attributable, until such time that the Company has paid to Fresenius Medical Care a certain total amount, at which time the revenue-share will decrease to a percentage of net sales in the mid-single digits. The amounts that Fresenius Medical Care will be obligated to pay the Company under the distribution agreement for sales of the distribution product in the field outside of the United States will vary. Fresenius Medical Care agreed to pay the Company initially, on a country-by-country basis for sales outside of the United States, the amount equal to the average cost of manufacturing the Company's distribution product plus a fixed dollar amount per unit. Following a specified period, on a country-by-country basis outside of the United States, Fresenius Medical Care will pay the Company a fixed percentage of net sales for each unit sold in such country, such that the Company will receive more than half of such net sales.

The distribution agreement will generally continue on a country-by-country basis until the later of (a) the tenth anniversary of the launch date of the distribution product in the relevant country or (b) the expiration of the last-to-expire valid claim of specified patents in such country. Each party is permitted to terminate the distribution agreement for insolvency of, or, under certain circumstances, including various cure periods, material breach by the other party. Subject to a cure period, Fresenius Medical Care may also terminate the distribution agreement in its entirety or on a country-by-country basis (i) for certain withdrawals of regulatory approval or (ii) for termination or expiration of any of our in-licenses that is necessary for the exercise of Fresenius Medical Care's rights, or the satisfaction of its obligations, under the distribution agreement. In addition, Fresenius Medical Care may terminate the distribution agreement for convenience on a country-by-country basis upon not less than 12 months' written notice to the Company, although Fresenius Medical Care is not permitted to give such notice prior to the end of the second year following launch of the distribution product in such country. Each party is required to indemnify one another for certain third-party claims.

30

**Humacyte, Inc.**
**Notes to Condensed Consolidated Financial Statements**
**(unaudited)**

*Agreements with Frenova Renal Research*

In May 2022 and June 2023, the Company entered into three services agreements with Frenova Renal Research ("Frenova"), a subsidiary of Fresenius Medical Care, to conduct a study to review the outcomes of 178,575 adult patients who received in-center dialysis at Fresenius Kidney Care dialysis centers. The Company expensed approximately $0.2 million for clinical research services performed by Frenova during each of the three and six months ended June 30, 2023. There were no amounts expensed under the agreements with Frenova during the three and six months ended June 30, 2024.

*Arrangements with Yale University*

The Company's President and Chief Executive Officer, Laura Niklason M.D., PhD., serves as an Adjunct Professor in Anesthesia at Yale University. As of June 30, 2024 and December 31, 2023, the Company was a party to license agreements with Yale University as described in Note 11 — Commitments and Contingencies above. Amounts expensed in relation to the license agreements with Yale University were insignificant during the three and six months ended June 30, 2024 and 2023.

31

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our unaudited condensed consolidated financial statements and related notes appearing elsewhere in this Quarterly Report on Form 10-Q ("Quarterly Report") and with our audited financial statements and the notes thereto included in our Annual Report. In addition, you should read the "Risk Factors" and "Information Regarding Forward-Looking Statements" sections of this Quarterly Report and our Annual Report for a discussion of important factors that could cause actual results to differ materially from the results described in or implied by the forward-looking statements contained in the following discussion and analysis.*

*Unless the context indicates otherwise, references in this Quarterly Report to the "Company," "Humacyte," "we," "us," "our" and similar terms refer to Humacyte, Inc. (formerly known as Alpha Healthcare Acquisition Corp.) and its consolidated subsidiary (Humacyte Global, Inc.) following the Merger (defined below); references to "Legacy Humacyte" refer to Humacyte, Inc. prior to the Merger; and references to "AHAC" refer to Alpha Healthcare Acquisition Corp. prior to the Merger.*

**Overview**

We are pioneering the development and manufacture of off-the-shelf, universally implantable, bioengineered human tissues, advanced tissue constructs and organ systems with the goal of improving the lives of patients and transforming the practice of medicine. We believe our regenerative medicine technology has the potential to overcome limitations in existing standards of care and address the lack of significant innovation in products that support tissue repair, reconstruction and replacement. We are leveraging our novel, scalable technology platform to develop proprietary bioengineered, acellular human tissues for use in the treatment of diseases and conditions across a range of anatomic locations in multiple therapeutic areas.

We are initially using our proprietary, scientific technology platform to engineer and manufacture ATEVs. Our investigational ATEVs are designed to be easily implanted into any patient without inducing a foreign body response or leading to immune rejection. We are developing a portfolio, or "cabinet", of ATEVs with varying diameters and lengths. The ATEV cabinet would initially target the vascular repair, reconstruction and replacement market, including use in vascular trauma; arteriovenous ("AV") access for hemodialysis and peripheral artery disease ("PAD"). We are also developing the ATEV for coronary artery bypass grafting ("CABG") and pediatric heart surgery. Over the longer term, we are developing our ATEV for the delivery of cellular therapies, including pancreatic islet cell transplantation to treat Type 1 diabetes (our BioVascular Pancreas or "BVP™"). We will continue to explore the application of our technology across a broad range of markets and indications, including the development of urinary conduit, trachea, esophagus and other novel cell delivery systems.

For the ATEV, we believe there is substantial clinical demand for safe and effective vascular conduits to replace and repair blood vessels throughout the body. Vascular injuries resulting from trauma are common in civilian and military populations, frequently resulting in the loss of either life or limb. Existing treatment options in the vascular repair, reconstruction and replacement market include the use of autologous vessels and synthetic grafts, which we believe suffer from significant limitations. For example, the use of autologous veins to repair traumatic vascular injuries can lead to significant morbidity associated with the surgical wounds created for vein harvest and prolonged times to restore blood flow to injured limbs, leading to an increased risk of complications such as amputation and reperfusion injury. In addition, in many instances of vascular trauma the patient may not have adequate vein available, or the time between injury and treatment is too long, to make autologous graft repair feasible. Synthetic grafts are often contraindicated in the setting of vascular trauma due to higher infection risk that can lead to prolonged hospitalization and limb loss. Given the competitive advantages our ATEVs are designed to have over existing vascular substitutes, we believe that ATEVs have the potential to become the standard of care and lead to improved patient outcomes and lower healthcare costs.

32

We and our collaborators are currently conducting Phase 3 and Phase 2 trials of our 6 millimeter ATEV across three therapeutic indications: vascular trauma, AV access for hemodialysis, and PAD. We were granted Fast Track designation by the FDA for our 6 millimeter ATEV for use in AV access for hemodialysis in 2014. We also received the first Regenerative Medicine Advanced Therapy ("RMAT") designation from the FDA, for the creation of vascular access for performing hemodialysis, in March 2017. In May 2023, we were granted the RMAT designation for the ATEV for urgent arterial repair following extremity vascular trauma, and in June 2024, we were granted the RMAT designation for the ATEV for patients with advanced PAD. In addition, in 2018 our ATEV product candidate was assigned a priority designation by the Secretary of Defense under Public Law 115-92, enacted to expedite the FDA's review of products that are intended to diagnose, treat or prevent serious or life-threatening conditions facing American military personnel.

In September 2023, we announced positive topline results from our V005 Phase 2/3 trial in vascular trauma, and in December 2023, we filed a BLA for urgent arterial repair following extremity vascular trauma when synthetic graft is not indicated, and when autologous vein use is not feasible. In February 2024, the FDA accepted the BLA filing and granted priority review and set a Prescription Drug User Fee Act date of August 10, 2024. On August 9, 2024, the FDA informed us that it required additional time to complete its review of the BLA for the vascular trauma indication.

In April 2023, we announced completion of enrollment of our V007 Phase 3 trial of the ATEV for use in AV access for hemodialysis. In July 2024, we announced positive topline results from our V007 Phase 3 trial in which the ATEV met the primary endpoints in the study. We expect to discuss a potential market authorization pathway for the ATEV with the FDA for an indication in AV access for hemodialysis.

We have generated no product revenue and incurred operating losses and negative cash flows from operations in each year since our inception in 2004. As of June 30, 2024 and December 31, 2023, we had an accumulated deficit of $625.9 million and $537.3 million, respectively, and working capital of $78.4 million and $64.8 million, respectively. Our operating losses were approximately $29.5 million and $56.1 million for the three and six months ended June 30, 2024, respectively, and $26.7 million and $49.2 million for the three and six months ended June 30, 2023, respectively.

Net cash flows used in operating activities were $48.6 million and $41.2 million during the six months ended June 30, 2024 and 2023, respectively. Substantially all of our operating losses resulted from costs incurred in connection with our research and development programs and from general and administrative costs associated with our operations. We expect to incur substantial operating losses and negative cash flows from operations for the foreseeable future as we advance our product candidates.

As of June 30, 2024, we had cash and cash equivalents of $93.6 million. The extension of time required by the FDA to review our vascular trauma BLA, and the delay in potential approval, has delayed, among other items, our ability to draw an additional $40.0 million in Purchase Agreement proceeds. Accordingly, we do not believe our available cash and cash equivalents on hand will be sufficient to fund operations, including clinical trial expenses and capital expenditure requirements, for at least one year from the date of this Quarterly Report without achieving approval of the ATEV for vascular trauma and generating sufficient cash flows from commercial sales on a timely basis and/or obtaining additional capital. See Note 1 — Organization and Description of Business in the notes to our unaudited condensed consolidated financial statements included elsewhere in this Quarterly Report for additional information regarding this assessment.

Our need for additional capital will depend in part on the scope and costs of our development and commercial manufacturing activities, and the results of our planned upcoming commercial sales efforts. To date, we have not generated any revenue from the sale of commercialized products. Our ability to generate product revenue will depend on the successful development and eventual commercialization of one or more of our product candidates. Until such time, if ever, we expect to finance our operations through the use of existing cash and cash equivalents, the sale of equity or debt, proceeds from the Purchase Agreement, borrowings under credit facilities, or through potential collaborations, other strategic transactions or government and other grants. Adequate capital may not be available to us when needed or on acceptable terms. If we are unable to raise capital, we could be forced to delay, reduce, suspend or cease our research and development programs or any future commercialization efforts, which would have a negative impact on our business, prospects, operating results and financial condition. See "Risk Factors" for additional information.

We expect to continue to incur significant expenses and to increase operating losses for at least the next several years. We anticipate that our expenses will increase substantially as we seek to:

- obtain marketing approval for our 6 millimeter ATEV for vascular repair, reconstruction and replacement including for indications in vascular trauma and AV access for hemodialysis;

- commercialize the ATEV via U.S. market launch for indications in vascular trauma and hemodialysis AV access, if approved;

- scale out our manufacturing facility to the extent required to satisfy potential market demand following receipt of any regulatory approval;

- continue our preclinical and clinical development efforts;

- maintain, expand and protect our intellectual property portfolio;

- add operational, financial and management information systems and personnel to support, among other things, our product development and commercialization efforts and operations; and

- continue operating as a public company, which includes higher costs associated with hiring additional personnel, director and officer insurance premiums, audit and legal fees and expenses for compliance with public company reporting requirements under the Exchange Act and rules implemented by the SEC and Nasdaq.

**Components of Results of Operations**

*Revenue*

To date, we have not generated revenue from the sale of any products. All of our revenue has been derived from government and other grants. From inception through June 30, 2024 we have been awarded grants, including grants from the California Institute of Regenerative Medicine ("CIRM"), the National Institutes of Health ("NIH"), and the Department of Defense, to support our development, production scaling and clinical trials of our product candidates. We may generate revenue in the future from government and other grants, payments from future license or collaboration agreements and, if any of our product candidates receive marketing approval, from product sales. We expect that any revenue we generate will fluctuate from quarter to quarter. If we fail to complete the development of, or obtain marketing approval for, our product candidates in a timely manner, our ability to generate future revenue, and our results of operations and financial position, would be materially adversely affected.

*Research and Development Expenses*

Since our inception, we have focused our resources on our research and development activities, including conducting preclinical studies and clinical trials, developing our manufacturing process and activities related to regulatory filings for our product candidates. We recognize research and development expenses as they are incurred. Our research and development expenses consist primarily of:

- salaries and related overhead expenses for personnel in research and development functions, including stock-based compensation and benefits;

- fees paid to clinical research organizations ("CROs") and consultants, including in connection with our clinical trials, and other related clinical trial fees, such as for clinical site fees and investigator grants related to patient screening and treatment, conduct of clinical trials, laboratory work and statistical compilation and analysis;

- allocation of facility lease and maintenance costs;

- depreciation of leasehold improvements, laboratory equipment and computers;

- costs related to purchasing raw materials and producing our product candidates for clinical trials;

- costs related to compliance with regulatory requirements;

- costs related to our manufacturing development and expanded-capabilities initiatives; and

- license fees related to in-licensed technologies.

34

The majority of our research and development resources are currently focused on our Phase 2 and 3 clinical trials for our 6 millimeter ATEV and other work needed to obtain marketing approval for our 6 millimeter ATEV for use for vascular repair, reconstruction and replacement, including indications in vascular trauma and AV access in hemodialysis in the United States. We have incurred and expect to continue to incur significant expenses in connection with these and our other clinical development efforts, including expenses related to regulatory filings, trial enrollment and conduct, data analysis, patient follow up and study report generation for our Phase 2 and Phase 3 clinical trials.

Direct expenses for our vascular trauma, AV Access and PAD indications include costs related to our clinical trials, including fees paid to CROs, consultants, clinical sites and investigators. Costs related to development activities which broadly support multiple programs using our technology platform, including personnel, materials and supplies, external services costs, and other internal expenses, such as facilities and overhead costs, are not allocated to individual research and development programs. Other research and development expenses reported in the table below include direct costs not identifiable with a specific product candidate, including costs associated with our research and development platform used across programs, process development, manufacturing analytics and preclinical research and development for prospective product candidates and new technologies.

The successful development of our preclinical and clinical product candidates is highly uncertain. At this time, we cannot estimate with any reasonable certainty the nature, timing or costs of the efforts that will be necessary to complete the remainder of the development of any of our preclinical or clinical product candidates or the period, if any, in which material net cash inflows from these product candidates may commence. This is due to the numerous risks and uncertainties associated with the development of our product candidates, including:

- the scope, rate of progress, expense and results of our preclinical development activities, our ongoing clinical trials and any additional clinical trials that we may conduct, and other research and development activities;

- successful patient enrollment in and the initiation and completion of clinical trials;

- the timing, receipt and terms of any marketing approvals from applicable regulatory authorities including the FDA and non-U.S. regulators;

- the extent of any required post-marketing approval commitments to applicable regulatory authorities;

- development of clinical and commercial manufacturing capabilities or making arrangements with third-party manufacturers in order to ensure that it or its third-party manufacturers are able to successfully manufacture our product;

- obtaining, maintaining, defending and enforcing patent claims and other intellectual property rights;

- significant and changing government regulations;

- launching commercial sales of our product candidates, if approved, whether alone or in collaboration with others;

- the degree of market acceptance of any product candidates that obtain marketing approval; and

- maintaining a continued acceptable safety profile following approval, if any, of our product candidates.

A change in the outcome of any of these variables could lead to significant changes in the costs and timing associated with the development of our product candidates. For example, if the FDA or another regulatory authority were to require us to conduct clinical trials beyond those that we currently anticipate being required to conduct in order to complete the clinical development of any of our product candidates, or if we experience significant delays in the enrollment or the conduct of any of our clinical trials, we could be required to expend significant additional financial resources and time on the completion of clinical development.

*General and Administrative Expenses*

General and administrative expenses consist primarily of salaries and related costs for employees in executive, finance, human resources, commercialization, and administrative support functions, which also include stock-based compensation expenses and benefits for such employees. Other significant general and administrative expenses include facilities costs, professional fees for accounting and legal services and expenses associated with obtaining and maintaining patents.

We expect our general and administrative expenses will continue to increase for the foreseeable future to support our expanded infrastructure and increased costs of operating as a public company and as we prepare for our anticipated commercial launch of the ATEV. These increases are expected to include increased employee-related expenses, increased sales and marketing expenses, and increased director and officer insurance premiums, audit and legal fees, and expenses for compliance with public company reporting requirements under the Exchange Act and rules implemented by the SEC, as well as Nasdaq rules.

*Other Income (Expense), Net*

Total other income (expense), net consists of (i) the change in fair value of the Contingent Earnout Liability that was accounted for as a liability as of the date of the Merger, and is remeasured to fair value at each reporting period, resulting in a non-cash gain or loss, (ii) interest income earned on our cash and cash equivalents and short-term investments, (iii) interest expense incurred on the Purchase Agreement (defined above), finance leases, and our former loan agreement with SVB, during the periods each were outstanding, (iv) the change in fair value of our derivative liabilities including the private placement Common Stock warrant liabilities related to the Private Placement Warrants, which we assumed in connection with the Merger; the contingent derivative liability related to the Purchase Agreement; a liability related to the Option Agreement; and the derivative liability related to our agreement with JDRF, all of which are subject to remeasurement to fair value at each balance sheet date resulting in a non-cash gain or loss, (v) a loss on debt extinguishment related to the prepayment of our loan agreement with SVB in May 2023, and (vi) an employee retention credit we recognized in June 2023.

**Results of Operations**

*Comparison of the Three Months Ended June 30, 2024 and 2023*

| ($ in thousands) | Three Months Ended June 30, 2024 | Three Months Ended June 30, 2023 | Change $ | Change % |
|---|---|---|---|---|
| **Revenue** | $ — | $ — | $ — | — % |
| | | | | |
| **Operating expenses:** | | | | |
| Research and development | 23,753 | 20,540 | 3,213 | 16 % |
| General and administrative | 5,746 | 6,191 | (445) | (7) % |
| Total operating expenses | 29,499 | 26,731 | 2,768 | 10 % |
| **Loss from operations** | **(29,499)** | **(26,731)** | **(2,768)** | **10 %** |
| | | | | |
| Other income (expense), net | | | | |
| Interest income | 1,310 | 1,479 | (169) | (11) % |
| Change in fair value of Contingent Earnout Liability | (25,571) | 3,627 | (29,198) | (805) % |
| Interest expense | (2,515) | (1,710) | (805) | 47 % |
| Change in fair value of derivative liabilities | (388) | (57) | (331) | 581 % |
| Employee retention credit | — | 3,107 | (3,107) | (100) % |
| Loss on extinguishment of debt | — | (2,421) | 2,421 | (100) % |
| Total other income (expense), net | (27,164) | 4,025 | (31,189) | (775) % |
| **Net loss** | **$ (56,663)** | **$ (22,706)** | **$ (33,957)** | **150 %** |

36

*Research and Development Expenses*

The following table discloses the breakdown of research and development expenses for the periods indicated:

| | Three Months Ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| ($ in thousands) | 2024 | 2023 | $ | % |
| **Direct Expenses** | | | | |
| Vascular Trauma | $ 502 | $ 1,148 | $ (646) | (56) % |
| AV Access | 2,033 | 3,224 | (1,191) | (37) % |
| PAD | 9 | 61 | (52) | (85) % |
| Total | 2,544 | 4,433 | (1,889) | (43) % |
| **Unallocated Expenses** | | | | |
| External services | 2,112 | 1,696 | 416 | 25 % |
| Materials and supplies | 6,566 | 3,585 | 2,981 | 83 % |
| Payroll and personnel expenses | 8,981 | 7,489 | 1,492 | 20 % |
| Other research and development expenses | 3,550 | 3,337 | 213 | 6 % |
| Total | 21,209 | 16,107 | 5,102 | 32 % |
| **Total research and development expenses** | **$ 23,753** | **$ 20,540** | **$ 3,213** | **16 %** |

Research and development expenses were $23.8 million for the three months ended June 30, 2024, representing an increase of $3.2 million, or 16%, from $20.5 million for the three months ended June 30, 2023. The increase was primarily driven by expenses incurred to support our expanded research and development initiatives, including increased product manufacturing and development and support of the FDA review of the BLA in vascular trauma. Expense increases were primarily comprised of a $3.0 million increase in the purchase of materials and supplies and $1.5 million in additional payroll and personnel expenses.

*General and Administrative Expenses*

General and administrative expenses were $5.7 million and $6.2 million for the three months ended June 30, 2024 and 2023, respectively. The decrease in general and administrative expenses during this period of $0.4 million, or 7%, was primarily driven by a $0.5 million decrease in payroll and personnel expenses, including a $0.7 million decrease in non-cash stock compensation expense, partially offset by a $0.2 million increase in salaries and benefits.

*Total Other Income (Expense), net*

Total other expense, net was expense of $27.2 million for the three months ended June 30, 2024 compared to income of $4.0 million for the three months ended June 30, 2023. The increase in net expense of $31.2 million during the three months ended June 30, 2024 compared to the three months ended June 30, 2023 primarily resulted from the remeasurement of the Contingent Earnout Liability as of June 30, 2024, which resulted in a non-cash loss of $25.6 million for the three months ended June 30, 2024, compared to a $3.6 million non-cash gain for the three months ended June 30, 2023.

*Comparison of the Six Months Ended June 30, 2024 and 2023*

| ($ in thousands) | Six Months Ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | $ | % |
| **Revenue** | $ — | $ — | — | — % |
| | | | | |
| **Operating expenses:** | | | | |
| Research and development | 45,017 | 37,818 | 7,199 | 19 % |
| General and administrative | 11,060 | 11,425 | (365) | (3) % |
| Total operating expenses | 56,077 | 49,243 | 6,834 | 14 % |
| **Loss from operations** | **(56,077)** | **(49,243)** | **(6,834)** | **14 %** |
| Other income (expense), net: | | | | |
| Interest income | 2,341 | 2,954 | (613) | (21) % |
| Change in fair value of Contingent Earnout Liability | (30,164) | (10,564) | (19,600) | 186 % |
| Interest expense | (4,331) | (3,409) | (922) | 27 % |
| Change in fair value of derivative liabilities | (328) | (99) | (229) | 231 % |
| Employee retention credit | — | 3,107 | (3,107) | (100) % |
| Loss on extinguishment of debt | — | (2,421) | 2,421 | (100) % |
| Total other expense, net | (32,482) | (10,432) | (22,050) | 211 % |
| **Net loss** | **$ (88,559)** | **$ (59,675)** | **$ (28,884)** | **48 %** |

*Research and Development Expenses*

The following table discloses the breakdown of research and development expenses for the periods indicated:

| ($ in thousands) | Six Months Ended June 30, | | Change | |
| --- | --- | --- | --- | --- |
| | 2024 | 2023 | $ | % |
| **Direct Expenses** | | | | |
| Vascular Trauma | $ 1,465 | $ 2,089 | $ (624) | (30) % |
| AV Access | 3,025 | 5,405 | (2,380) | (44) % |
| PAD | 139 | 142 | (3) | (2) % |
| Total | 4,629 | 7,636 | (3,007) | (39) % |
| **Unallocated Expenses** | | | | |
| External services | 3,425 | 2,661 | 764 | 29 % |
| Materials and supplies | 12,019 | 5,752 | 6,267 | 109 % |
| Payroll and personnel expenses | 18,142 | 15,139 | 3,003 | 20 % |
| Other research and development expenses | 6,802 | 6,630 | 172 | 3 % |
| Total | $ 40,388 | $ 30,182 | $ 10,206 | 34 % |
| **Total research and development expenses** | **$ 45,017** | **$ 37,818** | **$ 7,199** | **19 %** |

Research and development expenses were $45.0 million for the six months ended June 30, 2024, representing an increase of $7.2 million, or 19%, from $37.8 million for the six months ended June 30, 2023. The increase was primarily driven by expenses incurred to support our expanded research and development initiatives, including increased product manufacturing and development and support of the FDA review of the BLA in vascular trauma. Expense increases were primarily comprised of a $6.3 million increase in the purchase of materials and supplies and $3.0 million in additional payroll and personnel expenses.

38

*General and Administrative Expenses*

General and administrative expenses were $11.1 million and $11.4 million for the six months ended June 30, 2024 and 2023, respectively. The slight decrease in general and administrative expenses during this period of $0.4 million, or 3%, was primarily driven by a $1.0 million decrease in payroll and personnel expenses, including a $1.3 million decrease in non-cash stock compensation expense, partially offset by a $0.4 million increase in salaries and benefits. The decrease in payroll and personnel expenses was partially offset by a $0.7 million increase in professional fees.

*Total Other Income (Expense), net*

Total other income (expense), net was expense of $32.5 million for the six months ended June 30, 2024, compared to expense of $10.4 million for the six months ended June 30, 2023. The increase in net expense of $22.1 million during the six months ended June 30, 2024 compared to the six months ended June 30, 2023 primarily resulted from a $19.6 million increase in the non-cash loss resulting from the remeasurement of the Contingent Earnout Liability during each period.

**Liquidity and Capital Resources**

*Sources of Liquidity*

We have historically financed our operations primarily through the sale of equity securities and convertible debt, including pursuant to the Offering, proceeds from the Merger and related PIPE Financing, borrowings under loan facilities, the Purchase Agreement, and, to a lesser extent, through grants from governmental and other agencies. Since our inception, we have incurred significant operating losses and negative cash flows. As of June 30, 2024 and December 31, 2023, we had an accumulated deficit of $625.9 million and $537.3 million, respectively.

As of June 30, 2024 and December 31, 2023, we had working capital of $78.4 million and $64.8 million, respectively. As of June 30, 2024 and December 31, 2023, we had cash and cash equivalents of $93.6 million and $80.4 million, respectively. We are required to evaluate whether there are conditions and events, considered in the aggregate, that raise substantial doubt about our ability to continue as a going concern for at least one year from the issuance date of our financial statements. By August 17, 2024, we are required to fund the restricted cash account, in accordance with our amended Purchase Agreement, of which $50.0 million will not be subject to our unilateral control. Based on current plans and assumptions, which excludes this $50.0 million of cash and the potential approval of the BLA from our forecasted liquidity, we will not have sufficient cash and cash equivalents to fund our operations beyond one year from the issuance of these financial statements if we are unable to achieve approval of the ATEV and generate sufficient cash flows from commercial sales on a timely basis and/or obtain additional capital. These factors raise substantial doubt about our ability to continue as a going concern. We will, over the course of the next year, require additional financing to continue our operations. Adequate additional capital may not be available to us when needed or on acceptable terms. If we are unable to raise sufficient capital when required, we may be required to reduce or discontinue our operations, sell assets, or cease all operations. The accompanying unaudited condensed consolidated financial statements have been prepared assuming that we will continue as a going concern and contemplate the realization of assets and the satisfaction of liabilities in the normal course of business. The accompanying financial statements do not include any adjustments related to the recoverability and classification of assets or the amounts and classification of liabilities or any other adjustments that might be necessary should we be unable to continue as a going concern. See Note 1 — Organization and Description of Business to our accompanying unaudited condensed consolidated financial statements included elsewhere in this Quarterly Report for additional information regarding our assessment. We believe that our longer-term working capital, planned research and development, capital expenditures and other general corporate funding requirements may be satisfied through the sale of equity, debt, borrowings under credit facilities or through potential collaborations with other companies, other strategic transactions or government or other grants. Our liquidity plans are subject to a number of risks and uncertainties, including those described in the sections entitled "Forward-Looking Statements" and "Risk Factors" in this Quarterly Report and our Annual Report. If we are unable to raise sufficient capital, we could be forced to further delay, reduce, suspend or cease our research and development programs or any future commercialization efforts, which would have a negative impact on our business, prospects, operating results and financial condition.

Case 1:24-cv-00954-TDS-JEP     Document 43-1     Filed 10/31/25     Page 70 of 82

On May 12, 2023, we entered into the Purchase Agreement with the Purchasers and another affiliate of Oberland Capital Management LLC, as agent for the Purchasers, to obtain financing in respect to the further development and commercialization of our ATEV, to repay the Loan Agreement, and for other general corporate purposes. Pursuant to the Purchase Agreement and subject to customary closing conditions, the Purchasers have agreed to pay us an aggregate investment amount of up to $150.0 million. Under the terms of the Purchase Agreement, $40.0 million of the Investment Amount, less certain transaction expenses, was funded on May 12, 2023, which was used to repay in full and retire our indebtedness under the Loan Agreement, with the remaining proceeds funded to the Company. On March 11, 2024, $20.0 million of the Investment Amount was funded to the Company. See Note 6 — Revenue Interest Purchase Agreement to the condensed consolidated financial statements for additional details about this financing transaction.

On February 18, 2024, we agreed with the Purchasers and the Agent, to waive certain breaches related to, and extend the deadline for certain post-closing obligations under, the Purchase Agreement, including the requirement for us to deliver a leasehold mortgage in favor of the Agent over our headquarters. On May 8, 2024, we reached an agreement with the Purchasers to amend the Purchase Agreement to remove requirements related to the leasehold mortgage. In exchange for the removal of this requirement, we agreed to fund, no later than August 17, 2024, an account in the amount of $54.0 million, over which the Agent will have certain consent and other rights to $50.0 million of the funds. As of the date of this filing, we have not funded the required amount but intend to do so prior to the August 17, 2024 deadline. If we do not fund the required amount by August 17, 2024, the Purchasers have the right to terminate the Purchase Agreement and to require Global to repurchase the Revenue Interests. See Note 6 for further information.

On February 29, 2024, we entered into the Underwriting Agreement in connection with the Offering. The net proceeds to us from the Offering were approximately $43.0 million, after deducting underwriting discounts and commissions and Offering expenses. The Offering closed on March 5, 2024.

*Material Cash Requirements*

Our known material cash requirements include: (1) the purchase of supplies and services that are primarily for research and development; (2) repayments pursuant to the Purchase Agreement; (3) employee wages, benefits, and incentives; (4) financing and operating lease payments (for additional information see below), and (5) payments under our JDRF Agreement (see Note 11 — Commitments and Contingencies to our unaudited condensed consolidated financial statements contained elsewhere in this Quarterly Report). We have also entered into contracts with CROs primarily for clinical trials. These contracts generally provide for termination upon limited notice, and therefore we believe that our non-cancellable obligations under these agreements are not material. Moreover, we may be subject to additional material cash requirements that are contingent upon the occurrence of certain events, for example, legal contingencies, uncertain tax positions, and other matters.

As of June 30, 2024, we had non-cancellable purchase commitments of $27.5 million for supplies and services that are primarily for research and development. We have existing license agreements with Duke University and Yale University, a distribution agreement with Fresenius Medical Care and our JDRF Agreement. The amount and timing of any potential milestone payments, license fee payments, royalties and other payments that we may be required to make under these agreements are unknown or uncertain at June 30, 2024. For additional information regarding our agreement with Fresenius Medical Care, see Note 12 — Related Party Transactions to our unaudited condensed consolidated financial statements contained elsewhere in this Quarterly Report. For additional information regarding our agreements with Duke University, Yale University and JDRF, see Note 11 — Commitments and Contingencies to our unaudited condensed consolidated financial statements contained elsewhere in this Quarterly Report.

40

*Revenue Interest Purchase Agreement*

On May 12, 2023, we entered into the Purchase Agreement and repaid in full all of the outstanding obligations under our Loan Agreement. Under the Purchase Agreement, as of June 30, 2024, we had $60.1 million recorded as a revenue interest liability on our condensed consolidated financial statements. For additional information regarding repayment, see Note 6 — Revenue Interest Purchase Agreement to our unaudited condensed consolidated financial statements contained elsewhere in this Quarterly Report.

*Leases*

Our finance leases relate to our headquarters facility containing our manufacturing, research and development and general and administrative functions, which was substantially completed in June 2018 and is being leased through May 2033, and our operating lease relates to the land lease associated with our headquarters. Our future contractual obligations under our lease agreements as of June 30, 2024 are as follows:

| ($ in thousands) | Total | | Less than 1 year | | 1 – 3 years | | 3 – 5 years | | More than 5 years | |
|---|---|---|---|---|---|---|---|---|---|---|
| Finance leases | $ | 23,499 | $ | 4,161 | $ | 8,028 | $ | 4,400 | $ | 6,910 |
| Operating lease | | 836 | | 105 | | 210 | | 210 | | 311 |

*ATM Facility*

On September 1, 2022, we entered into an agreement for the sale from time to time up to $80.0 million of shares of Common Stock pursuant to a sales agreement (the "ATM Facility"). As of June 30, 2024, we have not conducted any sales of Common Stock under the ATM Facility.

*Future Funding Requirements*

We expect to incur significant expenses in connection with our ongoing activities as we seek to (i) continue clinical development of our 6 millimeter ATEV for use in vascular trauma and hemodialysis AV access and submit a BLA for FDA approval of an indication in hemodialysis AV access, (ii) to launch and commercialize our ATEVs for vascular repair and hemodialysis AV access, if marketing approval is obtained, in the U.S. market, as well as subsequent launches in key international markets, (iii) advance our pipeline in major markets, including PAD Phase 3 trials and continue preclinical development and advance to planned clinical studies in CABG and BVP for diabetes, and (iv) scale out our manufacturing facility as required to satisfy market demand. We will need additional funding in connection with these activities.

Our future funding requirements, both short-term and long-term, will depend on many factors, including:

- the progress and results of our clinical trials and interpretation of those results by the FDA and other regulatory authorities;

- the cost, timing and outcome of regulatory review of our product candidates, particularly for marketing approval of our ATEVs in the United States;

- the scope, progress, results and costs of preclinical development, laboratory testing and clinical trials for our additional product candidates;

- the cost and timing of our future commercialization activities, including product manufacturing, marketing and distribution for our ATEVs if approved by the FDA, and any other product candidate for which we receive marketing approval in the future;

- the amount and timing of revenues, if any, that we receive from commercial sales of any product candidates for which we receive marketing approval;

- the costs and timing of preparing, filing and prosecuting patent applications, maintaining and enforcing our intellectual property rights and defending any intellectual property-related claims; and

- the costs of operating as a public company, including hiring additional personnel as well as increased director and officer insurance premiums, audit and legal fees, and expenses for compliance with public company reporting requirements under the Exchange Act and rules implemented by the SEC and Nasdaq.

Until such time, if ever, as we are able to successfully develop and commercialize one or more of our product candidates, we expect to continue financing our operations through the sale of equity, debt, borrowings under credit facilities or through potential collaborations with other companies, other strategic transactions or government or other grants. Adequate capital may not be available to us when needed or on acceptable terms. Other than the Purchase Agreement, we do not currently have any committed external source of funds. To the extent that we raise additional capital through the sale of equity or convertible debt securities, the ownership interest of our stockholders will be diluted, and the terms of these securities may include liquidation or other preferences that adversely affect the rights of stockholders. Debt financing and preferred equity financing, if available, may involve agreements that include covenants limiting or restricting our ability to take specific actions, such as incurring additional debt, making acquisitions or capital expenditures. Debt financing would also result in fixed payment obligations. If we are unable to raise capital, we could be forced to delay, reduce, suspend or cease our research and development programs or any future commercialization efforts, which would have a negative impact on our business, prospects, operating results and financial condition.

Our principal use of cash in recent periods has been primarily to fund our operations, including the clinical and preclinical development of our product candidates. Our future capital requirements, both short-term and long-term, will depend on many factors, including the progress and results of our clinical trials and preclinical development, timing and extent of spending to support development efforts, cost and timing of future commercialization activities, and the amount and timing of revenues, if any, that we receive from commercial sales.

See the section of this Quarterly Report entitled "Risk Factors" for additional risks associated with our substantial capital requirements.

*Cash Flows*

The following table shows a summary of our cash flows for each of the periods shown below:

| ($ in thousands) | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2024 | 2023 |
| Net loss | $ (88,559) | $ (59,675) |
| Non-cash adjustments to reconcile net loss to net cash used in operating activities[1]: | 40,523 | 22,042 |
| Changes in operating assets and liabilities: | (602) | (3,611) |
| Net cash used in operating activities | (48,638) | (41,244) |
| Net cash (used in) provided by investing activities | (575) | 470 |
| Net cash provided by financing activities | 62,328 | 5,606 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | $ 13,115 | $ (35,168) |
| Cash, cash equivalents and restricted cash at the beginning of the period | $ 80,801 | $ 149,772 |
| Cash, cash equivalents and restricted cash at the end of the period | $ 93,916 | $ 114,604 |

_____

[1] Includes depreciation, amortization related to our leases and our debt discount, stock-based compensation expense, non-cash interest expense related to our revenue interest liability and our JDRF Award liability, and the changes in fair value of our Contingent Earnout Liability and our derivative liabilities, and in 2023 includes a loss on extinguishment of debt and an immaterial amount of loss on disposal of property and equipment.

*Cash Flow from Operating Activities*

The increase in net cash used in operating activities from the six months ended June 30, 2023 to the six months ended June 30, 2024 was primarily due to increased spending on pre-clinical, clinical and pre-commercial activities as well as payroll and personnel expenses, expansion of clinical development of the ATEV for use in AV access, and preparation for the planned commercial launch of the ATEV for an indication in vascular trauma, if approved by the FDA.

*Cash Flow from Investing Activities*

Net cash used in investing activities for the six months ended June 30, 2024 consisted of purchases of property and equipment. Net cash provided by investing activities for the six months ended June 30, 2023 consisted of proceeds from the maturity of our short-term investments (certificates of deposit), partially offset by the purchases of property and equipment.

*Cash Flow from Financing Activities*

Net cash provided by financing activities for the six months ended June 30, 2024 consisted primarily of $43.0 million of net proceeds from our Offering and $20.0 million of proceeds from the Purchase Agreement. Net cash provided by financing activities for the six months ended June 30, 2023 consisted primarily of principal payments of our finance leases.

*Off-Balance Sheet Arrangements*

We did not have during the periods presented, and we do not currently have, any off-balance sheet arrangements, as defined in SEC rules and regulations.

**Critical Accounting Estimates**

Our discussion and analysis of our financial condition and results of operations are based upon our unaudited condensed consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States of America. The preparation of our unaudited condensed consolidated financial statements requires us to make estimates, assumptions and judgments that affect the reported amounts of assets, liabilities, revenues, and expenses, and disclosure of contingent liabilities. We base our estimates and assumptions on historical experience and other factors that we believe to be reasonable under the circumstances. We evaluate our estimates and assumptions on an ongoing basis. Although we believe that our estimates, assumptions, and judgments are reasonable, they are based upon information presently available. Actual results may differ significantly from these estimates based on different assumptions, judgments, or conditions.

An accounting estimate or assumption is considered critical if both (a) the nature of the estimate or assumption involves a significant level of estimation uncertainty, and (b) the impact within a reasonable range of outcomes of the estimate and assumption is material to our financial condition. There have been no material changes to our critical accounting policies and estimates as compared to those disclosed in our audited consolidated financial statements as of and for the years ended December 31, 2023 and 2022, included in our Annual Report.

**Emerging Growth Company and Smaller Reporting Company Status**

We are an "emerging growth company" as defined in the Jumpstart our Business Startups Act of 2012 (the "JOBS Act"), and may take advantage of certain exemptions from various reporting requirements that are applicable to other public companies that are not emerging growth companies until it is no longer an emerging growth company. Section 107 of the JOBS Act provides that an emerging growth company can take advantage of the extended transition period afforded by the JOBS Act for the implementation of new or revised accounting standards. We expect to use the extended transition period and, therefore, while we are an emerging growth company we will not be subject to new or revised accounting standards at the same time that they become applicable to other public companies that are not emerging growth companies, unless we choose to early adopt a new or revised accounting standard. This may make it difficult or impossible to compare our financial results with the financial results of another public company because of the potential differences in accounting standards used.

Additionally, we are a "smaller reporting company" as defined in Item 10(f)(1) of Regulation S-K under the Exchange Act ("Regulation S-K"). Smaller reporting companies may take advantage of certain reduced disclosure obligations, including, among other things, providing only two years of audited financial statements. We will remain a smaller reporting company if (1) the market value of Common Stock held by non-affiliates is less than $250 million as of the last business day of the second fiscal quarter, or (2) our annual revenues in our most recent fiscal year completed before the last business day of its second fiscal quarter are less than $100 million and the market value of Common Stock held by non-affiliates is less than $700 million as of the last business day of the second fiscal quarter.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

We qualify as a smaller reporting company, as defined by Item 10 of Regulation S-K and, thus, are not required to provide the information required by this Item.

**Item 4. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls and procedures are designed to ensure that information required to be disclosed in our reports filed or submitted under the Exchange Act is (i) recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms and (ii) accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure.

As of June 30, 2024, our management, under the supervision and with the participation of our Chief Executive Officer and Chief Financial Officer, evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act). Based on that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of June 30, 2024.

**Changes in Internal Control Over Financial Reporting**

There were no changes in our internal control over financial reporting (as defined in Rule 13a-15(f) and 15d-15(f) under the Exchange Act) during the three months ended June 30, 2024 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**Inherent Limitations on Effectiveness of Controls**

Our management, including our Chief Executive Officer and Chief Financial Officer, believes that our disclosure controls and procedures and internal control over financial reporting are designed to provide reasonable assurance of achieving their objectives and are effective at the reasonable assurance level. However, our management does not expect that our disclosure controls and procedures or our internal control over financial reporting will prevent or detect all error and fraud. Any control system, no matter how well designed and operated, is based upon certain assumptions and can provide only reasonable, not absolute, assurance that its objectives will be met. Further, no evaluation of controls can provide absolute assurance that misstatements due to error or fraud will not occur or that all control issues and instances of fraud, if any, within our company have been detected.

Case 1:24-cv-00954-TDS-JEP    Document 43-1    Filed 10/31/25    Page 78 of 82

**PART II – OTHER INFORMATION**

**Item 1. Legal Proceedings**

The Company currently is not aware of any legal proceedings or claims that management believes will have, individually or in the aggregate, a material adverse effect on the Company's business, financial condition, results of operations, or cash flows.

**Item 1A. Risk Factors**

Our risk factors are disclosed in Part I, Item 1A of our Annual Report. Except as set forth below, there have been no material changes during the six months ended June 30, 2024 from or updates to the risk factors discussed in Part I, Item 1A, Risk Factors of our Annual Report.

***We have concluded that a substantial doubt is deemed to exist concerning our ability to continue as a going concern.***

As further discussed in Note 1 — Organization and Description of Business in the notes to our unaudited condensed consolidated financial statements, substantial doubt is deemed to exist about the company's ability to continue as a going concern through August 13, 2025. Our financial statements do not include any adjustment relating to the recoverability and classification of recorded asset amounts or the amounts and classification of liabilities that might be necessary should we be unable to continue as a going concern. Our ability to continue as a going concern will require us to generate positive cash flow from operations, obtain additional financing, enter into strategic alliances, or sell assets. Our cash resources and our potential inability to continue as a going concern may materially adversely affect our share price and our ability to raise new capital, enter into strategic alliances on a timely basis or at all. If we become unable to continue as a going concern, we may have to liquidate our assets and the values we receive for our assets in liquidation or dissolution could be significantly lower than the values reflected in our financial statements.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None.

**Item 3. Defaults Upon Senior Securities**

None.

**Item 4. Mine Safety Disclosures**

None.

**Item 5. Other Information**

**Director and Officer Trading Arrangements**

On May 14, 2024, Yang (Cindy) Cao, the Company's Chief Regulatory Officer, adopted a trading arrangement for the sale of the Company's Common Stock that is intended to satisfy the affirmative defense conditions provided by Rule 10b5-1(c) under the Exchange Act. (the "Cao 10b5-1 Plan"). The Cao 10b5-1 Plan provides for a first possible trade date of August 12, 2024 and terminates automatically on the earlier of the execution of all trades contemplated by the Cao 10b5-1 Plan, or May 12, 2025. The Cao 10b5-1 Plan provides for the sale of up to 18,503 shares of Common Stock pursuant to its terms.

On June 14, 2024, Laura Niklason, the Company's President and Chief Executive Officer, adopted a trading arrangement for the sale of the Company's Common Stock that is intended to satisfy the affirmative defense conditions provided by Rule 10b5-1(c) under the Exchange Act. (the "Niklason 10b5-1 Plan"). The Niklason 10b5-1 Plan provides for a first possible trade date of September 12, 2024 and terminates automatically on the earlier of the execution of all trades contemplated by the Niklason 10b5-1 Plan, or October 13, 2025. The Niklason 10b5-1 Plan provides for the sale of up to 200,000 shares of Common Stock pursuant to its terms.

On June 14, 2024, Heather Prichard, the Company's Chief Operating Officer, adopted a trading arrangement for the sale of the Company's Common Stock that is intended to satisfy the affirmative defense conditions provided by Rule 10b5-1(c) under the Exchange Act. (the "Prichard 10b5-1 Plan"). The Prichard 10b5-1 Plan provides for a first possible trade date of September 12, 2024 and terminates automatically on the earlier of the execution of all trades contemplated by the Prichard 10b5-1 Plan, or June 13, 2025. The Prichard 10b5-1 Plan provides for the sale of up to 184,177 shares of Common Stock pursuant to its terms.

Other than as disclosed above, during the three months ended June 30, 2024, no director or officer (as defined in Rule 16a-1(f) under the Exchange Act) of the Company adopted or terminated any "Rule 10b5-1 trading arrangement" or any "non Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

**Item 6. Exhibits**

The following exhibits are filed as part of, or incorporated by reference into, this Quarterly Report on Form 10-Q.

| Exhibit Number | Description |
| --- | --- |
| 10.1* | Waiver and Amendment, dated as of May 8, 2024, by and among Humacyte Global, Inc., Humacyte, Inc. and Hook SA LLC. |
| 31.1* | Certification of Chief Executive Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2* | Certification of Chief Financial Officer pursuant to Rules 13a-14(a) and 15d-14(a) under the Securities Exchange Act of 1934, as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1** | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2** | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101* | The following materials from Humacyte, Inc.'s Quarterly Report on Form 10-Q for the quarter ended June 30, 2024, formatted in Inline XBRL (Inline eXtensible Business Reporting Language): (i) Condensed Consolidated Balance Sheets (unaudited), (ii) Condensed Consolidated Statements of Operations and Comprehensive Loss (unaudited), (iii) Condensed Consolidated Statements of Changes in Stockholders' Equity (unaudited), (iv) Condensed Consolidated Statements of Cash Flows (unaudited), (v) Notes to Condensed Consolidated Financial Statements (unaudited), and (vi) Cover Page. |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101). |

\* Filed herewith.

\*\* This exhibit is being furnished rather than filed, and shall not be deemed incorporated by reference into any filing, in accordance with Item 601 of Regulation S-K.

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized on this 13th day of August, 2024.

**HUMACYTE, INC.**

Date: August 13, 2024

By:  /s/ Laura E. Niklason, M.D., Ph.D.

|  |  |
|---|---|
| Name: | Laura E. Niklason, M.D., Ph.D. |
| Title: | President and Chief Executive Officer |

By:  /s/ Dale A. Sander

|  |  |
|---|---|
| Name: | Dale A. Sander |
| Title: | Chief Financial Officer, Chief Corporate Development Officer and Treasurer |

48