# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954-TDS-JEP <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Local Rule 6.1(b), Lead Plaintiffs Frederick Foote, Mathew Cognetti, and Damion Hopwood ("Lead Plaintiffs") respectfully request, for good cause, that the Court continue the hearing on Defendants' motion (ECF 40) to dismiss their Corrected First Amended Class Action Complaint (ECF 37) ("FAC") in this action. In support of this motion, Lead Plaintiffs state:

1. Lead Plaintiffs filed the 170-page FAC in this complex securities class action lawsuit on June 6, 2025.

2. On June 17, 2025, the Court granted Defendants' consent motion, due to the complexities of the case and breadth of issues presented, seeking to expand the word-count limits for the parties' briefing of Defendants' forthcoming motion to dismiss (ECF 39).

3. Defendants filed their motion to dismiss the FAC (ECF 40) on July 25, 2025, supported by a 39-page / 10,000 word memorandum of law (ECF 41) and a dozen exhibits submitted on judicial notice (ECFs 41-1).

4. Lead Plaintiffs filed their 41-page / 10,000 word opposition brief (ECF 42) and Appendix A (ECF 42-1) on September 25, 2025.

5. Defendants filed their 20-page / 5,000 word reply brief (ECF 43), supported by an additional four judicial notice exhibits (ECFs 43-1) on October 31, 2025.

6. On January 12, 2026, the Court noticed an in-person hearing on Defendants' motion (ECF 44) in Winston-Salem on January 27, 2026 – two weeks later. Primary counsel for all parties reside out-of-state and will need to travel to attend the hearing.

7. The Pomerantz Partner presenting oral argument for Lead Plaintiffs,

Matthew L. Tuccillo, who resides in Connecticut, has several pre-existing, competing professional obligations, making preparation for and attendance at the motion hearing on January 27th difficult. Specifically, counsel at Pomerantz has three briefs due in three other cases between January 16 and February 6, 2026, as well as oral argument in a fourth case before the Ninth Circuit Court of Appeals on February 4, 2026, with cross-country travel scheduled for February 2nd and preparatory moot courts scheduled on January 27th and 28th.

8. Lead Plaintiffs' counsel conferred with Defendants' counsel regarding the requested continuance and discussed alternative dates where all counsel would be available. All parties are available for a hearing on February 19, 20, 25, and 26, 2026. Significantly, Defendants consent to Lead Plaintiffs' request to reschedule the hearing on one of those dates.

ACCORDINGLY, Lead Plaintiffs respectfully request that the hearing on Defendants' motion to dismiss be continued from January 27, 2026 until one of February 19, 20, 25, or 26, 2026, or another date acceptable to the Court and viable for the parties.

DATED: January 14, 2026     Respectfully submitted,

**TIN FULTON WALKER & OWEN PLLC**

By: /s/ *Gagan Gupta*
     Gagan Gupta (NC Bar # 53119)
119 Orange Street
Durham, North Carolina 27701
Telephone: (919) 370-8807
ggupta@tinfulton.com

*Local Counsel for Co-Lead Plaintiffs Frederick Foote, Matthew Cognetti, and Damion Hopwood*

**POMERANTZ LLP**

By: /s/  *Matthew L. Tuccillo*
   Matthew L. Tuccillo (*special appearance*)
Jeremy A. Lieberman (*special appearance*)
Zachary Denver (*special appearance*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
zdenver@pomlaw.com

*Counsel for Co-Lead Plaintiffs Frederick Foote,*
*Matthew Cognetti, and Damion Hopwood, and*
*Co-Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Reed Kathrein*
   Reed Kathrein *(special appearance)*
Lucas Gilmore (*special appearance*)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Co-Lead Plaintiffs Frederick Foote,*
*Matthew Cognetti, and Damion Hopwood, and*
*Co-Lead Counsel for the Class*