| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | Case No. 1:24-cv-00954-TDS-JEP |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

The Court has considered Lead Plaintiffs' consent motion to continue the hearing on Defendants' motion to dismiss, previously scheduled for January 27, 2026. For good cause shown, the motion is GRANTED.

**IT IS SO ORDERED THAT** the hearing on Defendants' Motion to Dismiss is hereby reset as indicated below:

> **PLACE:** **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC, Courtroom No. 2**
> **DATE & TIME:** **February \_\_\_, 2026 at \_\_\_\_\_ a.m.**
> **PROCEEDING:** **Hearing on Motion to Dismiss (Doc. 40)**

DATED: January \_\_\_\_, 2026

_____
HON. THOMAS D. SCHROEDER
UNITED STATES DISTRICT JUDGE