IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES A. CUTSHALL,                          )
*Individually and on Behalf of*             )
*All Others Similarly Situated*,            )
                                            )
                 Plaintiff,                 )
                                            )
        v.                                  )        1:24CV954
                                            )
HUMACYTE, INC et al.,                       )
                                            )
                 Defendants.                )

## ORDER

This matter is before the court on Lead Plaintiffs' Motion to Continue Hearing on Defendants' Motion to Dismiss First Amended Class Action Complaint. (Doc. 45.)  The Defendants consent to the motion.  For good cause shown,

IT IS ORDERED that the hearing is rescheduled to February 25, 2026, at 10:00 a.m. in Winston Salem, Courtroom No. 1.

                              /s/    Thomas D. Schroeder
                              United States District Judge

January 14, 2026