IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES A. CUTSHALL,                )
                                  )
               Plaintiff,         )
                                  )
          v.                      )          1:24CV954
                                  )
HUMACYTE, et al.,                 )
                                  )
               Defendants.        )

## ORDER

This matter is before the court on Joint Motion to Continue Hearing or Hold Remotely.  (Doc. 47.)  For good cause shown,

IT IS ORDERED that the motion is GRANTED and the hearing on Defendants' motion to dismiss scheduled for February 25, 2026, is rescheduled for **March 13, 2026, at 10:00 a.m. in Winston-Salem, Courtroom # 1.**

                          /s/   Thomas D. Schroeder
                         United States District Judge

February 24, 2026