IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | **Case No. 1:24-cv-954** |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: | **CONSENT MOTION TO EXTEND TIME** |
| ALL ACTIONS | |

NOW COME Defendants Humacyte, Inc., Laura E. Niklason, Dale A. Sander and Heather Prichard ("Defendants"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, and hereby move the Court for a fifty-nine (59)[1] day extension of time by which they must file an answer to Plaintiffs' First Amended Complaint (hereafter "FAC"). (Doc. 37.) In support of this motion, Defendants state as follows:

1.      The Court entered its Memorandum Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss on March 31, 2026. (Doc. 52.)

2.      The time by which Defendants must file an answer to the FAC has not expired and will not expire before April 14, 2026.

3.      The FAC is 175 pages long.  It contains 232 separately numbered allegations, many of which contain multiple subparts.  Defendants need additional time to investigate and prepare responses to these voluminous allegations.

---

[1] A 60-day extension of time would cause the deadline to fall on a Saturday, so the parties have agreed to request a fifty-nine (59) day extension.

1

4. The requested extension is for good cause and is not designed to delay the ultimate resolution of this case.

5. Defendants have not previously requested an extension of time to respond to the FAC.

6. Counsel for Defendants has conferred with counsel for Plaintiffs and counsel for Plaintiffs has consented to the requested extension.

7. The requested extension is not intended to delay the Rule 26(f) process, and the parties have agreed to conduct a Rule 26(f) conference on April 24, 2026.

WHEREFORE, Defendants request that the Court enter the proposed order submitted herewith and extend the time for Defendants to file an answer to Plaintiffs' FAC by fifty-nine (59) days, to and including June 12, 2026.

2

This the 9th day of April, 2026.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

*/s/ Clifton L. Brinson*
Clifton L. Brinson
N.C. State Bar No. 34331
Mary Stewart Wilson
N.C. State Bar No. 61169
P.O. Box 2611
Raleigh, NC  27602-2611
Ph: (919) 821-1220; Fax: (919) 821-6800
cbrinson@smithlaw.com
mswilson@smithlaw.com

COVINGTON & BURLING LLP

Mark P. Gimbel
*(Specially Appearing)*
N.Y. State Bar No. 2998102
James H. Fitch
*(Specially Appearing)*
N.Y. State Bar No. 6150411
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Ph: (212) 841-1000
mgimbel@cov.com
jhfitch@cov.com

*Counsel for Defendants*

3