IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE HUMACYTE, INC. SECURITIES LITIGATION | **Case No. 1:24-cv-954-TDS-JEP** |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **ORDER** |
| ALL ACTIONS | |

This matter came before the Court on the motion of Defendants Humacyte, Inc., Laura E. Niklason, Dale A. Sander and Heather Prichard ("Defendants"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, for an extension of the time by which they must answer Plaintiffs' First Amended Complaint. (Doc. 37.)  Plaintiffs' counsel consents to the relief requested.  It appears to the Court that good cause has been shown and that the motion should be allowed.

IT IS, THEREFORE, ORDERED that the motion is GRANTED and that time by which Defendants must answer Plaintiffs' First Amended Complaint is hereby extended to and including June 12, 2026.

This the ___ day of April, 2026.

_____
Thomas D. Schroeder
United States District Judge